AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| BRIANNA CAMPBELL and SHAKEIM ROBINSON, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> BUKHARI GROUP LLC, NEES BUKHARI, an individual, AR GROUP OF RESTAURANTS, INC., ALI BUTT, an individual, 4399 BRONX CHICKEN LLC, BAYCHESTER CHICKEN INC., BAYCHESTER CHICKEN BG INC., 3555 WHITE PLAINS BG LLC, 3411 JEROME AVE CORP., CONEY FOOD OF NY LLC, 9400 LIBERTY CHICKEN LLC, 21903 N CONDUIT CHICKEN LLC, ATLANTIC 107 CHICKEN LLC, CRISPY FOOD CORP., and LIBERTY CHICKEN, INC. <br><br> *Defendant(s)* | Civil Action No. 22 Civ. 2813 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

All Defendants listed on the attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Troy L. Kessler
Garrett Kaske
KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, NY 11747

Delmas A. Costin, Jr.
THE LAW OFFICE OF
DELMAS A. COSTIN, JR., PC
930 Grand Concourse, Suite 1F
Bronx, NY 10451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: 5/16/22

s/Francine Piper
*Signature of Clerk or Deputy Clerk*

## RIDER TO SUMMONS

Bukhari Group LLC, 13 Kearney Avenue, Bethpage, New York 11714

Nees Bukhari, 683 Coney Island Avenue, Apt. 3, Brooklyn, New York 11218

AR Group of Restaurants, Inc., 68 Culver Road, Suite 150, Monmouth JCT, New Jersey 08852

Ali Butt, 81 Conover Road, Princeton Junction, New Jersey 08550

4399 Bronx Chicken LLC, 4397 White Plains Road, Bronx, New York 10466

Baychester Chicken Inc., 1201 E. 233 Street, Bronx, New York 10466

Baychester Chicken BG Inc., 1201 E. 233 Street, Bronx, New York 10466

3555 White Plains BG LLC, 3555 White Plains Road, Bronx, New York 10467

9400 Liberty Chicken LLC, 9400 Liberty Avenue, Ozone Park, New York 11417

3411 Jerome Ave Corp., 3411 Jerome Avenue, Bronx, New York 10467

Coney Food of NY LLC, 815 Hutchinson River Parkway, Bronx, New York 10465

21903 N Conduit Chicken LLC, 21903 N. Conduit Avenue, Springfield Gardens, New York 11413

Atlantic 107 Chicken LLC, 107-20 Atlantic Avenue, Jamaica, New York 11416

Crispy Food Corp., 1220 Surf Avenue, Brooklyn, New York 11224

Liberty Chicken, Inc., 16525 Liberty Avenue, Jamaica, New York 11433