# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Kaitlyn P. Long*
Member CT, MA & NY Bars
(914) 593-7306
KLong@moodklaw.com

December 23, 2024

**Via ECF:**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** **Campbell, et al. v. Bukhari Group LLC, et al.**
        No. 22 Civ. 2813 (MKB) (PK)
        Our File No.: 800.111367

Dear Judge Kuo:

    My office represents the Defendants in the above-referenced matter. The Parties are still working to finalize and execute the settlement papers. The Plaintiffs have provided the settlement documents and the Defendants need additional time to review and execute the documents. As such, together with Plaintiffs' counsel, I write to respectfully request Your Honor extend the Plaintiffs' time to file for preliminary approval of the putative class and collective-action settlement pursuant to Rule 23 from December 23, 2024, to January 3, 2025.

    Thank you for your time and consideration of this matter.

    Very truly yours,

    **MARKS, O'NEILL, O'BRIEN,**
    **DOHERTY & KELLY, P.C.**

    Kaitlyn P. Long

KPL:jg
cc: Counsel of Record (via ECF)

{M0833951.1}

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |