UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIANNA CAMPBELL, SHAKEIM ROBINSON, and :
KEVAUGHN ROBINSON on behalf of themselves and :
others similarly situated, : Case No. 22 Civ. 2813 (PK)
                         Plaintiffs, :
  :
   - against - :
  :
BUKHARI GROUP LLC, NAFEES BUKHARI, an :
individual, ALI BUTT, an individual, 4399 BRONX :
CHICKEN LLC, BAYCHESTER CHICKEN BG LLC., :
3555 WHITE PLAINS BG LLC, 3411 JEROME AVE :
CORP., and CONEY FOOD OF NY LLC, :
  :
                         Defendants. :
------------------------------------------------------------------------X

## NOTICE OF PLAINTIFFS' RENWED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Garrett Kaske and supporting exhibits, with Defendants' consent, Plaintiffs respectfully request that the Court:

(1) grant preliminary approval of the settlement on the terms set forth in the Agreement, attached as Exhibit A to the Kaske Declaration;

(2) conditionally certify, for settlement purposes only, the proposed settlement class under Federal Rule of Civil Procedure 23(b)(3) and collective under the FLSA;

(3) appoint Kessler Matura P.C. and The Law Office of Delmas A. Costin, Jr., PC as Class Counsel;

(4) approve the proposed Notices, attached as Exhibits A-1 and A-7 to the Kaske Declaration, and direct their distribution;

(5) appoint Xpand Legal Consulting LLC as the Settlement Administrator; and

(6) schedule a fairness hearing for final approval of the settlement, to be held approximately 160 days after the issuance of the Preliminary Approval Order.

For the Court's convenience, Plaintiffs have attached a proposed order as Exhibit I to the Kaske Declaration.

Dated: January 3, 2025
      Melville, New York

Respectfully submitted,

By: _____
    Garrett Kaske

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Delmas A. Costin, Jr.
**THE LAW OFFICE OF**
**DELMAS A. COSTIN, JR., PC**
930 Grand Concourse, Suite 1B
Bronx, NY 10451
Telephone: (718) 618-0589
dacostin@dacostinlaw.com

*Attorneys for Plaintiffs and the*
*Putative FLSA Collective and Class*

To:    Kaitlyn P. Long
       **MARKS, O'NEILL, O'BRIEN,**
       **DOHERTY & KELLY, P.C**
       580 White Plains Rd., Suite 620
       Tarrytown, New York 10591
       (914) 345-3701
       klong@moodklaw.com
       *Attorneys for Defendants*