# **Exhibit C**

**GARRETT KASKE**
Kessler Matura P.C.
534 Broadhollow Road
Melville, NY 11747
gkaske@kesslermatura.com
www.kesslermatura.com
(631) 499-9100

**CURRICULUM VITAE**

## BAR ADMISSIONS

New York (2014)
U.S. District Court Eastern District of New York
U.S. District Court Northern District of New York
U.S. District Court Southern District of New York

## EDUCATION

**City University of New York School of Law ("CUNY Law")**, Long Island City, New York
Juris Doctor (May 2013)
American Bar Association Labor and Employment Law Section's Trial Advocacy Competition, Competitor (November 2012)

**St. Joseph's College**, Patchogue, New York
B.A., History and Spanish Majors (May 2007)

## PROFESSIONAL HISTORY

**Kessler Matura P.C.**, Melville, New York
*Partner* (October 2024 – Present) || *Associate* (January 2020 – September 2024)
Since being admitted to the New York State bar, as an associate at Shulman Kessler LLP, which subsequently became Kessler Matura P.C., and now as a partner, I have represented employees in and participated in the prosecution of a variety of employment-related disputes involving individual claims of discrimination and harassment, and individual, collective, and class wage-and-hour cases.

**Shulman Kessler LLP**, Melville, New York
*Associate* (April 1, 2014 – December 2020)

**Gladstein, Reif & Meginniss LLP**, New York, New York
*Post-Graduate Law Clerk* (November 2014 – March 2015)

Garrett Kaske
Curriculum Vitae
Page 2 of 9

Performed research, legal writing, document review, and damages calculations for this employee- and union-side labor and employment firm.  I primarily worked on a wage-and-hour class and collective action known as *Perez v. City of New York*, No. 12 Civ. 4914 (S.D.N.Y.).

**CUNY Law Community Economic Development Clinic**, Long Island City, New York
*Law Student Intern* (September 2012 – May 2013)
Represented employees through the clinic, including in a wage-and-hour case styled as *Sanchez v. La Fogata Restaurant & Cafe Corp.*, No. 12 Civ. 5690 (E.D.N.Y.).

**Community Service Society**, New York, New York
*Intern* (Summer 2012)
Worked on litigation related to and assisted individuals facing barriers to employment as a result criminal convictions.

**Progressive States Network**, New York, New York
*Intern* (Summer 2011)
Researched and wrote about wage-and-hour laws for a 50-state survey.

**Outten & Golden, LLP**, New York, New York
*Law Clerk* (December 2012 – April 2013)
*Litigation Paralegal* (November 2007 – August 2010; December 2010 – January 2011)
Worked primarily on class and collective actions involving wage-and-hour violations.  *See, e.g.*, *Torres v. Gristede's Op. Corp.*, No. 04 Civ. 3316, 2012 WL 3878144, at *4 (S.D.N.Y. Aug. 6, 2012) (awarding O&G $164,175 for my 1,313.4 billable hours as a paralegal), *aff'd*, 519 F. App'x. 1 (2d Cir. 2013) (summary order).


**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- American Bar Association - Labor & Employment Law Section, Member
  Volunteered as a "juror" for the annual trial advocacy competition held at the Southern District of New York courthouse, where I observed mock employment discrimination trials and evaluated and critiqued the law-student competitors (November 2016, 2017, 2019, 2021).  Selected for Section's 2021 Leadership Development Program (July 2021). Employee Vice Chair of the Treatise Committee (2022 – Present).

- National Employment Lawyers Association, Member (2014-2022, 2024)
  Participated in NELA's Lobby Day in Washington, D.C. (2015 and 2018). Led the 2015 New York contingent for Lobby Day.  Participated in NELA-NY's lobbying efforts in support of workers' rights legislation in Albany, NY (February and May 2024).

- National Lawyers Guild – New York City Chapter Labor and Employment Committee ("L&EC"), Co-Chair (Spring 2014 – Present) and Member (December 2011 – Present)
  Regularly organize CLEs, networking events, and social events for members.  Assist L&EC members and other workers' rights advocates with research projects, trainings, and

Garrett Kaske
Curriculum Vitae
Page 3 of 9

    coalition building, including the preparation of and organization of *amici* signatories to a brief in *Franze v. Bimbo Bakeries USA, Inc.*, No. 19 Civ. 2275 (2d Cir. Jan. 22, 2020) (ECF No. 66). Published know-you-rights palm cards on employment rights for New York workers.

- National Lawyers Guild – New York City Chapter Executive Committee (Jan. 2023 – Present), Treasurer (Jan. 2024 – Present)

- Brandworkers (non-profit organization that supports food-production workers), Host Committee Member for annual fundraising dinner (2015 – 2019, 2022)

**SPEAKING ENGAGEMENTS**

- On September 18, 2015, I spoke on labor and employment issues at the Labor Employment Committee of the Suffolk County Bar Association's Law in the Workplace Conference. I presented on employee handbooks that run afoul of the National Labor Relations Act, including arbitration clauses used to quell wage-and-hour class and collective actions.

- On March 11, 2016, I spoke on a panel entitled "Strategies & Consideration for Arbitration of Employment Disputes" at the New Your City Bar Association's Employment Law Institute. My presentation and the materials I prepared for the CLE focused on strategies for plaintiffs' attorneys facing compelled arbitration of employment matters, including class and collective actions. The materials are available on Westlaw using the following identifier: 20160311A NYCBAR 618.

- On June 9, 2017, I presented on an ethics panel at the NYU 70th Annual Conference on Labor. My discussion focused on ethically communicating with low-wage workers in employment class actions.

- On March 22, 2018, I presented to the Low Wage Worker Task Force discussing representing undocumented and immigrant workers since the inauguration of President Donald J. Trump. My presentation focused on the discoverability of immigration status in wage-and-hour and discrimination lawsuits, and the use of immigration status to intimidate and retaliate against plaintiffs.

- On May 11, 2018, I moderated a panel at NELA/NY's spring conference entitled the New York Alternatives to the FLSA, focusing on differences between litigating in state court under the New York Labor Law and in federal court under the Fair Labor Standards Act.

- On April 24, 2020, I presented on a webinar for out-of-work musicians. I discussed typical employment issues facing musicians and new laws protecting these workers, including employee misclassification, the Freelance Isn't Free Act, the expansion of the New York City Human Rights Law, and common wage-theft schemes.

Garrett Kaske
Curriculum Vitae
Page 4 of 9

- On May 21, 2020, I presented on a webinar for the Yemeni American Merchants Association.  With an eye towards the COVID crisis, I presented on worker misclassification, wage rights, discrimination, the NLRA, and the WARN Act.

- On August 12, 2020, I was a panelist on a multi-day employment and wage-and-hour mediation training program for the New York County Lawyers Association.  I discussed and prepared materials on the classification of employees as overtime exempt.

- On February 24, 2022, I presented on a webinar, hosted by the Community Legal Resource Network of CUNY School of Law, called "Legal Briefing 2022." I presented on employment issues during the pandemic and facing employees returning to work.

- On November 16, 2022, I presented on a webinar discussing the impact of *Dobbs* on the workplace.  I presented on the relevant anti-discrimination laws in place at the local, state, and federal level.

- On May 27, 2023, I gave a know-your-rights presentation to day laborers on the streets for Jackson Heights, New York, in partnership with the non-profit Voce Latinas.

- On May 27, 2023, I presented at a regional union organizing conference on labor and employment law.

- On June 26, 2023, I presented on a webinar, entitled Basics and Recent Advancements of Low-Wage Workers Rights in New York, hosted by CUNY School of Law.  I presented on wage-and-hour, scheduling, discrimination, and harassment laws affecting New York City workers, including immigrant workers.

- On June 15, 2024, I gave a know-your-rights presentation on the workplace rights of immigrant workers in New York, in partnership with the non-profit Voces Latinas.

## CLE PRESENTATIONS ORGANIZED

As part of my contributions to the L&EC, I organize continuing legal education seminars on labor and employment law, including the following:

- On Offense: Tactics for Worker Justice (Nov. 13, 2012) – A seminar on identifying wage-and-hour violations and litigating wage-and-hour cases during worker-organizing drives.

- Food Fight:  Lawyering and Organizing in the Fast-Food Showdown (Oct. 31, 2013) – A seminar regarding the fast-food workers movement, including the common wage-and-hour violations in the fast-food industry and whether franchisors are jointly and severally liable for wage-and-hour violations of their franchisees.

- Bankrupting Democracy:  Constitutional Rights, Civil Rights, and Labor Rights under Siege in Detroit (Jan. 23, 2014) – A seminar looking at Detroit's municipal bankruptcy,

Garrett Kaske
Curriculum Vitae
Page 5 of 9

- the emergency manager, and pending litigation impacting Detroit workers' pensions and voting rights.

- Schooling the University: Winning Workplace Justice for Campus Workers (Apr. 10, 2015) – A seminar on the worker-organizing campaigns on college campuses and the wage-and-hour litigation surrounding interns.

- Leading the Way: New York Enacts Legal Protections for Farmworkers and Families (Dec. 2019) – A panel discussion on New York's increased legal protections for farmworkers and workers needing family leave.

- Employment in the Time of Corona: Protections for Workers During the Pandemic (May 2020) – Webinar on new and established employment laws that protect employees who face workplace discrimination, harassment, and other issues because of Covid-19.

- Black Lives Matter @ Work: Confronting and Dismantling White Supremacy in the Workplace (Sept. 2020) – Webinar on how the Black Lives Matter movement has impacted our clients' and our own workplaces.

- *Dobbs* @ Work: What Does the End of *Roe v. Wade* Mean for Workplace Rights? (Nov. 2022) – Webinar of how *Dobbs v. Jackson Women's Health Org.*, has impacted employee benefit plans and local, state, and federal anti-discrimination laws.

- The A.S.A. for Workers: What Does the Adult Survivors Act Mean for Workers'-Rights Litigation in New York (Mar. 2023) – Webinar on what labor and employment lawyers need to know about the Adult Survivors Act.

- Fall Half-Day CLEs (Sept. 2024) – Three one-hour CLE panels covering (a) ethically communicating with punitive clients in class-action and multi-plaintiff cases; (b) reproductive rights, including as it relates to workplace rights; and (c) cybersecurity, including in the labor-and-employment context.

**PUBLISHED WORKS**

Chapter Editor (2024) and Contributing Author (2022 – 2023), American Bar Association's FLSA Midwinter Report, which serves as the annual supplement to the Ellen C. Kearns et al. eds., Fair Labor Standards Act (2d. ed. 2010)

Assisted in drafting and revising: Samuel Estreicher and Troy Kessler, *Employers Should Reconsider Plans to Discharge Employees for Refusing the COVID-19 Vaccine*, N.Y. Law Journal (May 26, 2022)

Garrett Kaske
Curriculum Vitae
Page 6 of 9

**REPRESENTATIVE CASES**

Notable examples of cases in which I was the firm's lead associate or primary attorney, include:

- *Lucente v. EAD Entertainment, LLC*, No. 23 Civ. 3560 (E.D.N.Y. Nov. 7, 2024) (granting final approval of class action settlement involving paint-bar workers)

- *Ellison v. Adam Rest Corp.*, No. 607508/2023, 2024 WL 2273524 (Sup. Ct. Apr. 2, 20213) (certifying class of servers and bartenders employed across several separately incorporated restaurants operating under two brands)

- *Norfleet v. RevCore Recovery Center Manhattan LLC*, No. 617754/2023, NYCEF No. 18 (Sup. Ct. Jan. 29, 2024) (granting approval of class action settlement involving counselors)

- *Alvarado v. Clarvalu, Inc.*, No. 23 Civ. 4338, ECF No. 13 (E.D.N.Y. Jan. 19, 2024) (judgement entered, following acceptance of offer of judgement, for individuals employed by residential-cleaning company)

- *Reynolds v. Otsego SNF Opers. Assocs. LLC*, No. 620635/2023, NYSCEF No. 17 (Sup. Ct. Jan. 5, 2024) (granting approval of class action settlement involving manual workers employed by a group of nursing and rehabilitation homes)

- *Albano v. Van Buren Truck Sales Corp.*, No. 23 Civ. 3545, ECF No. 15 (E.D.N.Y. Oct. 17, 2023) (judgement entered, following acceptance of offer of judgment, for an individual alleging a timely wage payment claim)

- *Fishkin v. Gourtmet Express LTD*, No. 610142/2022, NYCEF No. 28 (Sup. Ct. Mar. 22, 2023) (granting final approval of class action settlement involving catering employees)

- *Manfredo v. VIP Auto Group of Long Island, Inc.*, No. 2:20 Civ. 3728 (E.D.N.Y. Oct. 26, 2021) (granting collective certification of salespersons employed at several separately incorporated auto dealerships), *final settlement approval granted*, (E.D.N.Y. Jan. 12, 2023)

- *Henne v. LI Wax FD, LLC, et al.*, No. 200516/2022, NYSCEF No. 20 (Sup. Ct. Oct. 18, 2022) (approving class action settlement on behalf of waxing and tanning employees)

- *Martinez v. 138 Lube LLC*, No. 22 Civ. 642 (S.D.N.Y. Sept. 16, 2022) (approving settlement involving a car wash worker)

- *Hood v. Nickliancos LLC*, No. 22 Civ. 4918 (E.D.N.Y. Sept. 15, 2022) (approving multi-plaintiff settlement involving movers)

- *Ludwig v. General Dynamics Information Technology, Inc.*, No. 19-CI-1073 (Ky. Cir. Ct. May 19, 2022) (granting final approval of class action settlement on behalf of call center workers)

- *Cucuzza v. National Debt Relief, LLC*, No. 601631/2021, NYSCEF No. 31 (Sup. Ct. Apr. 20, 2022) (granting final approval of class action settlement involving salespersons)

- *Bonefort v. Sticker Mule LLC*, No. 20 Civ. 1222, ECF No. 33 (N.D.N.Y. Feb. 24, 2022) (granting final approval of class action settlement on behalf of sticker production workers)

- *Lawson v. Realization Center, Inc.*, No. 613219/2021, NYSCEF No. 24 (Sup. Ct. Jan. 27, 2022) (granting plaintiff's motion for approval of class action settlement)

- *Tabacchino v. Laboratory Corp. of Am. Holdings*, No. 613075/2021, NYSCEF No. 39 (Sup. Ct. Dec. 16, 2021) (granting approval of class action settlement on behalf of couriers)

- *Dawson v. Sterling Bancorp, Inc.*, No. 623157/2019, NYSCEF No. 38 (Sup. Ct. April 28, 2021) (final approval of class action settlement involving assistant branch managers of bank)

- *Pierre v. Kaufman Enters., LLC*, No. 2019/604065, NYSCEF No. 30 (Sup. Ct. Dec. 7, 2020) (final approval of class action settlement involving fast-food-chain assistant store managers)

- *Dazzazi v. AZ Import/Export LLC*, NO. 19 Civ. 6713 (E.D.N.Y. Aug. 25, 2020) (settlement involving retail-store employee approved)

- *Vecchione v. Consumers Warehouse Center, Inc.*, No. 606019/2017, NYSCEF No. 60 (Sup. Ct. Jan. 15, 2020) (class action settlement involving over 100 salespersons approved)

- *Meo v. Lane Bryant, Inc.*, No. 18 Civ. 6360, 2019 WL 5157024 (E.D.N.Y. Sept. 31, 2019) (conditionally certifying collective of retail assistant store managers), *settlement approved by*, 2020 WL 4047897 (E.D.N.Y. July 17, 2020) (49-state collective action settlement approved)

- *Benitez v. Bolla Operating LI Corp.*, 189 A.D.3d 970 (2d Dep't 2020) (argued before the Second Department for the application of the Hospitality Industry Wage Order to a chain of gas-stain convenience stores that housed gourmet delis)

- *Freeman v. General Dynamics Information Technology, Inc.*, 18 Civ. 855, 2019 WL 4803277 (Md. Fla. Sept. 19, 2019), *adopted by*, 2019 WL 5168632 (M.D. Fla. Oct. 15, 2019) (approval of 182-plaintiff settlement on behalf of customer service representatives)

- *Rojas v. Exquisito Rest. Inc.*, No. 18 Civ. 4840 (E.D.N.Y. Sept. 6, 2019) (settlement involving restaurant delivery worker approved in which our firm co-counseled with Make the Road New York – a non-profit organization that supports Latino and working-class communities to achieve dignity and justice – and handled *pro bono*)

Garrett Kaske
Curriculum Vitae
Page 8 of 9

- *Rivera v. Titan Fire Sprinkler Inc.*, No. 18 Civ. 4084 (E.D.N.Y. July 29, 2019) (settlement involving overtime claims of steamfitters approved)

- *Miuzzo v. Residential Fences Corp.*, No. 18 Civ. 2901 (E.D.N.Y. June 11, 2019) (settlement involving overtime claims of laborers approved)

- *Williams v. TSU Glob. Servs. Inc.*, No. 18 Civ. 72, 2018 WL 6075668 (E.D.N.Y. Nov. 20, 2018) (recommending the conditional certification of a collective of drivers), *adopted by*, 2019 WL 1056273 (E.D.N.Y. Mar. 1, 2019)

- *Morales v. Danbury Pharma, LLC*, No. 16 Civ. 634 (E.D.N.Y. Feb. 22, 2018) (settlement involving overtime claims of warehouse worker approved)

- *Barahona v. Intern. Warehouse Group, Inc.*, No. 603305-17, 2017 WL 4446687 (Sup. Ct. Oct. 03, 2017) (denying motion to dismiss NYLL claims brought by warehouse workers)

- *Robinson v. Big City Yonkers, Inc.*, No. 600159/2016, 2017 WL 449572, 2017 N.Y. Slip Op. 30177(U) (Sup. Ct. Jan. 17, 2017) (class action certified on behalf of approximately 1,700 delivery drivers), *settlement approved*, NYSCEF No. 292 (Sup. Ct. Feb. 13, 2018)

- *Estime v. Collazo Assocs., Inc.*, No. 16 Civ. 6205 (E.D.N.Y. June 29, 2017) (settlement in minimum wage and overtime lawsuit on behalf of street sweeper approved)

- *Brackley v. Red Robin Gourmet Burgers, Inc.*, No. 16 Civ. 288, 2017 WL 838227, (E.D.N.Y. Mar. 2, 2017) (granting preliminary approval of settlement and class certification for settlement purposes), *settlement approved by* (E.D.N.Y. June 6, 2017) (class action settlement approved on behalf of over 2,000 servers employed at the defendants' New York restaurants)

- *Useda v. Pinta Inc.*, No. 16 Civ. 4305 (E.D.N.Y. Mar. 28, 2017) (settlement of overtime lawsuit on behalf of a kitchen worker approved)

- *Castagna v. Hampton Creek, Inc.*, No. 16 Civ. 760 (E.D.N.Y Jan. 23, 2017) (FLSA settlement of 10 purported independent contractors approved)

- *Cruz v. Burger Brothers Rest. Group, Inc.*, No. 14 Civ. 3186 (E.D.N.Y. Mar. 28, 2017) (class action settlement approved on behalf over 275 assistant store managers employed at over 45 fast food restaurants in New York)

- *Davis v. IMG Worldwide, LLC*, No. 15 Civ. 2157 (S.D.N.Y. July 27, 2016) (class action settlement preliminarily approved on behalf of approximately 85 Fashion Week workers)

- *Batres v. Valente Landscaping, Inc.*, No. 14 Civ. 1434 (E.D.N.Y. Sept. 19, 2016) (collective action settlement of seven landscapers approved)

Garrett Kaske
Curriculum Vitae
Page 9 of 9

- *Klein v. Weatherproofing Tech., Inc.*, No. 15 Civ. 4443 (E.D.N.Y. Jan. 29, 2016) (conditionally certifying collective of over 200 roofing technicians employed throughout New York State), *settlement approved by*, (E.D.N.Y. Feb. 27, 2018) (approving settlement for the opt-in plaintiffs)

- *Garcia v. Sidco Food Distrib. Corp.*, No. 14 Civ. 9449 (S.D.N.Y. Dec. 16, 2015) (wage-and-hour settlement involving two collectors at food distributor approved)