# **Exhibit E**

# XPAND

**ABOUT XPAND**

Xpand is a fast-growing legal administration firm. With over 20 years of industry experience, CEO, Jonathan Paul, leverages his subject matter expertise to ensure excellence is at the core of all we do. Starting his legal administration career as a Project Manager, he later advanced into positions such as Senior Vice President at one of the largest administrators in the country and President of Sales & Marketing for a long-standing boutique firm. He now works closely with the project and case teams to ensure best in class processes are followed.

COO, Tiffany Paul, comes with over a decade of experience at one of the largest consumer goods companies in the world. Coupled with the successful launch and scale of her own startups, Tiffany brings creative solutions to a field that has a tendency to be stuck in its ways and has improved dozens of processes during her tenure running legal administration projects.

The case management team has been involved in projects spanning several practice areas, including:

- Data Breach
- Consumer Protection
- Discrimination
- Mass Tort
- PAGA

- Personal Injury
- Product Liability
- Wage and Hour
- ERISA
- Antitrust

**ABOUT OUR STRATEGY**

Xpand's taking a fresh look at the processes and procedures that have dominated the legal administration space for decades and quickly finding there is plenty of opportunity to innovate.

We've partnered with industry leaders in HR, IT, printing, telecom, banking, and tax reporting to build solutions that meet the needs of any project. Whether it's a small wage & hour case in need of cost effective administration or a multi-tiered mass tort case in need of sophisticated implementation, Xpand has the solution. We spend the time understanding the clients' needs before deploying the right resources in as quickly as 24 hours, allowing law firms to continue their day to day without disruption.

# XPAND

**ABOUT OUR SERVICES**

Xpand is growing quickly and regularly adding services to our repertoire, but currently offers:

- Notification
- Project Management
- Print & Mail
- Call Center
- Legal Advertising
- Website Development
- Forms Processing
- Client Intake

- Address Location
- Data Management
- Qualified Settlement Fund (QSF) Management
- Fund Distribution
- Tax Reporting
- Medical Record Review
- Lien Resolution

**ABOUT OUR EXPERIENCE**

Cases the team has been involved in are:

- *Johnson v Investment Concepts, California Superior Court, County of San Diego*
- *Chavis v. Grocery Outlet, California Superior Court, County of Sacramento*
- *Bahramipour v. Citigroup Global Markets, Inc.*, No. C 04-4440 CW (N.D. Cal. Feb. 22, 2006
- *Donohue v. AMN Services, LLC*, No. S253677, ___ P.3d ___, 2021 WL 728871 (Cal. Feb. 25, 2021)
- *Goddard, et al. v. Longs Drug Stores Corporation, et al.* Employee Overtime Litigation
- *Quintero v. Ready PAC Foods*, No. 20STCV48608 (Cal. Super. Ct. Los Angeles County)
- *Ramirez v. J.C. Penney Corporation*, Case No.: 6:14-cv-00601-RWS-KNM
- *Cinthia Isabel Mojica et al. v Ready Pac Foods, Inc. et al.*, *(Case No. BC522170)*
- *Lopez; Blevins; and Giron, vs. MOTEL 6* Case No.: 56-2020-00542312-CU-OE-*VTA*
- *In re iPod Cases*, Judicial Council Coordination Proceeding, No. 4355, Superior Court of California for San Mateo County
- *Frank v. United Airlines, Inc.* (9th Cir. 2000) 216 F.3d 845
- *Archie v. UPS*
- *Prata v. Bank One, N.A.* Superior Court of Los Angeles County No. BC211961
- *Edell v. Bank of America,*
- *Big Lots Overtime Cases (Bonaime v. PNS Stores)* Employee Overtime Litigation
- *Albrecht v. Rite Aid Corporation*, San Diego Superior Court Case No. 729219
- *Nash v. Red Lobster,* Superior Court of the State of California, County of Orange
- *Nash v. Olive Garden,* Superior Court of the State of California, County of Orange
- Mass Tort: Several medical device and pharmaceutical cases, which are confidential.