# **Exhibit F**

**Campbell, et al v. Bukhari Group LLC,**
Attorneys' Fees & Costs Summary

| | |
|---|---|
| **Total Hours** | **237.4** |
| **Total Fees** | **$101,885.00** |
| **Total Costs** | **$3,162.62** |
| **TOTAL LODESTAR** | **$105,047.62** |

| KM FEES SUMMARY -- as of Nov. 19 | | | | | | |
|---|---|---|---|---|---|---|
| Name | Initials | Titles | RawHrs | NetHrs | Rate | Total |
| Troy L. Kessler | TK | Partner | 9.1 | 0 | $700 | $0.00 |
| Garrett Kaske | GK | Partner | 207.3 | 203.7 | $450 | $91,665.00 |
| Jocelyn Small | JS | Associate | 1 | 0 | $350 | $0.00 |
| Madelyn Howarth | MH | Paralegal | 0.1 | 0 | $150 | $0.00 |
| Kristine Jimenez | KJ | Paralegal | 13.7 | 13.7 | $150 | $2,055.00 |
| Grismaldy Rosario | GR | Legal Asst. | 0.2 | 0 | $100 | $0.00 |
| **Total** | | | **231.4** | **217.4** | | **$93,720.00** |

| DAC FEES SUMMARY -- as of Nov. 26 (as per Ex. D (Costin Decl.)) | | | | | | |
|---|---|---|---|---|---|---|
| Name | Titles | Hours | Rate 1 | Hours 2 | Rate 2 | Total |
| Delmas A. Costin, Jr. | Partner | 17.2 | $450 | 4.3 | $500 | $9,890.00 |
| Dawn Levy-Weinstein | Associate | 0.2 | $350 | 0 | $0 | $70.00 |
| Deliana Perez | Paralegal | 0.4 | $125 | $0 | $0 | $50.00 |
| Charlin Peguero | Paralegal | 0.5 | $100 | 0 | $0 | $50.00 |
| Ricardo Rosado | Paralegal | 1.7 | $100 | 0 | $0 | $170.00 |
| Racquel Urena | Paralegal | 1.2 | $150 | 0 | $0 | $180.00 |
| **Total** | | **21.2** | | **4.3** | | **$10,410.00** |
| | | | | **Down Adj. to 20 hrs.** | | **$8,165.00** |

| COSTS SUMMARY -- as of Sept. 29 | |
|---|---|
| Category | Total |
| Court Fees | $400.00 |
| Mediation Costs | $1,150.00 |
| Service of Process | $1,561.60 |
| Postage & Shipping | $3.32 |
| Research (Pacer Charges) | $47.70 |
| **Total Incurred** | **$3,162.62** |

| LODESTAR CROSSCHECK | |
|---|---|
| Description | Total |
| Gross Settlement | $400,000.00 |
| Contingency Fee Rate | 33.33% |
| Attorneys' Fees | $133,333.33 |
| Lodestar | $101,885.00 |
| **Fees as Multiplier of Lodestar** | **1.31** |