# **Exhibit G**

Campbell, et al v. Bukhari Group LLC,
KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 8/23/2021 | GK | Review file and emails with TK re potential scope and claims | 0.3 | 0.3 |
| 8/23/2021 | GK | Call with B Campbell re preliminary call about claims | 0.2 | 0.2 |
| 8/24/2021 | GK | Email to D Costin re retainer; review draft of same for emailing to D Costin | 0.1 | 0.1 |
| 8/25/2021 | GK | Call with B Campbell re class claims | 0.3 | 0.3 |
| 8/25/2021 | GK | Research on prior litigation, ownership re AR Group | 1.1 | 1.1 |
| 8/29/2021 | GK | Call with B Campbell re retainer, strategy | 0.3 | 0.3 |
| 8/30/2021 | GK | Review of D Costin's file and emails with TK re same | 0.4 | 0.4 |
| 9/2/2021 | GK | Call with Def Counsel and D Costin | 0.2 | 0.2 |
| 9/8/2021 | GK | Call with client re facts for class demand letter | 0.2 | 0.2 |
| 9/8/2021 | GK | Call with Kayla (witness & putative class member) | 0.3 | 0.3 |
| 9/8/2021 | GK | Draft class demand letter | 2.5 | 2.5 |
| 9/9/2021 | GK | Email to E Gorman re letter setting forth class allegations | 0.1 | 0.1 |
| 9/9/2021 | GK | Final edits of letter to E Gorman re class claims | 0.6 | 0.6 |
| 10/8/2021 | GK | Strategy call with D Costin | 0.1 | 0.1 |
| 10/12/2021 | GK | Email to T Levenson and E Gorman confirming call time and dial in | 0.1 | 0.1 |
| 10/13/2021 | GK | Conference call and emails re status of retention and investigation of ER's "counsel" | 0.3 | 0.3 |
| 10/21/2021 | GK | Emails with MH re S Robison | 0.0 | 0.0 |
| 10/22/2021 | GK | Emails with L Gorman re status | 0.1 | 0.1 |
| 10/22/2021 | GK | Emails with L Gorman re status of retention | 0.1 | 0.1 |
| 10/27/2021 | GK | Email to T Levenson and E Gorman re status email from T Levenson, response as to tolling and continued delay | 0.1 | 0.1 |
| 10/27/2021 | GK | Emails with B Campbell re status | 0.1 | 0.1 |
| 10/28/2021 | GK | Emails with Team re setting deadline for ER to retain | 0.2 | 0.2 |
| 10/29/2021 | GK | Email to T Levenson and E Gorman re failure to retain counsel by 11/5 | 0.1 | 0.1 |
| 11/5/2021 | GK | Draft retainer for S Robinson and email to him re same | 0.2 | 0.2 |
| 11/5/2021 | GK | Emails with B Campbell re documents, Bukhari group, Ali Butt | 0.3 | 0.3 |
| 11/5/2021 | GK | Call with S Robinson re next steps, claims, retainer | 0.6 | 0.6 |
| 11/8/2021 | GK | Email to T Levenson and E Gorman re failure to retain counsel by 11/5 | 0.1 | 0.1 |

Campbell, et al v. Bukhari Group LLC,
KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 11/8/2021 | GK | Emails with TK and D Costin re ER's failure to retain counsel and subsequent notice of same, other pending case | 0.3 | 0.3 |
| 11/8/2021 | GK | Further docket research and internet research re entities to sue and litigation history of same | 1.5 | 1.5 |
| 11/9/2021 | GK | Preliminary drafting of Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/10/2021 | GK | Continue drafting Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/12/2021 | GK | Finalize first draft of complaint | 3.0 | 3.0 |
| 11/12/2021 | GK | Continue drafting Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/15/2021 | GK | Email with TK re next steps following 216b briefing | 0.1 | 0.1 |
| 11/15/2021 | GK | Email with D Costin re Complaint | 0.1 | 0.1 |
| 11/15/2021 | GK | Review 216(b) papers in pending case | 0.4 | 0.4 |
| 11/15/2021 | GK | Final edits to Complaint following feedback from JS | 2.3 | 2.3 |
| 11/15/2021 | JS | Reviewed complaint | 0.5 | **0.0** |
| 11/16/2021 | GK | Email with D Costin re next steps, complaint | 0.1 | 0.1 |
| 11/16/2021 | GK | Call with TK re next steps, complaint | 0.2 | 0.2 |
| 11/17/2021 | GK | Email to Katz Firm re status, call | 0.1 | 0.1 |
| 11/17/2021 | GK | Emails with D Costin and TK re complaint, strategy, other case | 0.2 | 0.2 |
| 11/19/2021 | GK | Draft email and send to TK re strategy, other case, call with other firm | 0.4 | 0.4 |
| 11/24/2021 | GK | Emails with D Costin and TK re correspondence to L Gorman | 0.1 | 0.1 |
| 11/24/2021 | GK | Email to Tec Choc's counsel re status of case | 0.1 | 0.1 |
| 11/24/2021 | GK | Clean up complaint for sharing with L Gorman and draft detailed email to same re data, settlement, Tec Choc, and class definition | 0.7 | 0.7 |
| 11/28/2021 | GK | Emails to Tec Choc's counsel re status of case | 0.1 | 0.1 |
| 11/30/2021 | GK | Emails with D Costin re impact of Tec Choc on our settlement proposal | 0.1 | 0.1 |
| 12/1/2021 | GK | Emails with TK re impact of Tec Choc on our settlement proposal | 0.1 | 0.1 |
| 12/1/2021 | GK | Email to L Gorman re Complaint, settlement process proposal | 0.1 | 0.1 |
| 12/7/2021 | GK | Email with L Gorman re call and follow up | 0.2 | 0.2 |
| 12/9/2021 | GK | Draft tolling agreement and email to L Gorman | 0.4 | 0.4 |
| 12/16/2021 | GK | Email to L Gorman re f/u on tolling | 0.1 | 0.1 |
| 12/16/2021 | GK | Emails with TK and D Costin re mediators | 0.1 | 0.1 |
| 12/16/2021 | GK | Email to L Gorman re mediator proposals | 0.1 | 0.1 |
| 12/17/2021 | GK | Emails with TK and Tec Choc counsel re same | 0.1 | 0.1 |

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 12/17/2021 | GK | Review Defs' 216(b) opposition papers and email to same | 0.8 | 0.8 |
| 12/19/2021 | GK | Emails with L Gorman re mediators | 0.1 | 0.1 |
| 12/20/2021 | GK | Emails with L Gorman and Team re mediators | 0.2 | 0.2 |
| 12/21/2021 | GK | Email with Tec Choc counsel re follow up and status | 0.1 | 0.1 |
| 12/21/2021 | GK | Emails with R Nardo re mediation dates, interest, and availability | 0.2 | 0.2 |
| 1/3/2022 | GK | Email to L Gorman re tolling | 0.1 | 0.1 |
| 1/4/2022 | GK | Emails with Team and opposing counsel re tolling | 0.2 | 0.2 |
| 1/6/2022 | GK | Email to J Byrnes re tolling | 0.1 | 0.1 |
| 1/6/2022 | GK | Finalize tolling and email to J Byrnes | 0.3 | 0.3 |
| 1/10/2022 | GK | Review docket of Tec Choc and update team re same | 0.3 | 0.3 |
| 1/14/2022 | GK | Circulate fully executed tolling agreement and execute same | 0.2 | 0.2 |
| 1/24/2022 | GK | Call with Client BC re case update | 0.1 | 0.1 |
| 1/26/2022 | GK | Draft tolling extension to accommodate mediation date; circulate same | 0.3 | 0.3 |
| 1/28/2022 | GK | Email to R Nardo (Mediator) re case details for conflict check and drafting mediation agreement | 0.3 | 0.3 |
| 1/31/2022 | GK | Return executed copy of mediation agreement to R Nardo | 0.1 | 0.1 |
| 1/31/2022 | GK | Review of mediation agreement and emails to TK and J Byrnes re proposed edits to same and tilling | 0.3 | 0.3 |
| 1/31/2022 | GK | Review of tolling, execute and emails re same | 0.3 | 0.3 |
| 2/8/2022 | GK | Email to J Byrnes re status of data | 0.1 | 0.1 |
| 2/9/2022 | GK | Emails with J Byrnes re status of data | 0.1 | 0.1 |
| 2/15/2022 | GK | Emails with J Byrnes re status of data and description of same | 0.2 | 0.2 |
| 2/16/2022 | GK | Emails with TK re data issues | 0.1 | 0.1 |
| 2/16/2022 | GK | Review data production from Defendants and draft detailed email as to failure to produce relevant docs/information as requested, gaps in same | 1.2 | 1.2 |
| 2/17/2022 | GK | Emails with D Costin and TK re data issues, failure of Defs to take settlement/mediation seriously | 0.1 | 0.1 |
| 2/23/2022 | GK | Email to J Byrnes re status of docs/settlement; f/u phone call re same | 0.4 | 0.4 |
| 2/24/2022 | GK | Follow up email to J Byrnes | 0.1 | 0.1 |
| 2/28/2022 | GK | Follow up email to J Byrnes re status of additional documents for mediation | 0.1 | 0.1 |

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 2/28/2022 | GK | Further emails with J Byrnes re status, and nature of docs | 0.2 | 0.2 |
| 3/3/2022 | GK | Emails with J Byrnes re status of docs | 0.2 | 0.2 |
| 3/3/2022 | GK | Email with J Byrnes re Defs' failure to provide data within agreed-upon timeframe, upcoming mediation | 0.2 | 0.2 |
| 3/8/2022 | GK | Email to client re details of employment | 0.1 | 0.1 |
| 3/8/2022 | GK | Emails with J Byrnes re adjournment of mediation | 0.2 | 0.2 |
| 3/10/2022 | GK | Email to Mediator (R Nardo) re adjourned dates | 0.1 | 0.1 |
| 3/10/2022 | GK | Email to R Nardo re mediation dates and adjourning first date | 0.1 | 0.1 |
| 3/14/2022 | GK | Emails with J Byrnes re dames | 0.1 | 0.1 |
| 3/15/2022 | GK | Emails R Nardo re dates | 0.1 | 0.1 |
| 3/31/2022 | GK | Email with J Byrnes re status of data production | 0.1 | 0.1 |
| 4/1/2022 | GK | Call with J Byrnes re status of data production; email to team re same | 0.3 | 0.3 |
| 4/1/2022 | GK | Draft 3rd tolling agreement and email to J Byrnes re same | 0.3 | 0.3 |
| 4/4/2022 | GK | Emails with J Byrnes re tolling and new date | 0.2 | 0.2 |
| 4/5/2022 | GK | Emails with Team re adjourned mediation date | 0.2 | 0.2 |
| 4/5/2022 | GK | Emails with J Byrnes and Team re dates, tolling | 0.4 | 0.4 |
| 4/7/2022 | GK | Emails with J Byrnes re data | 0.1 | 0.1 |
| 4/8/2022 | GK | Review files from Defs and settlement papers from Tec Choc; email TK re damages, mediation, settlement strategy resulting from review | 0.9 | 0.9 |
| 4/8/2022 | GK | Email to J Byrnes re Baychester and data | 0.1 | 0.1 |
| 4/12/2022 | GK | Email to J Byrnes re status of request to discuss | 0.1 | 0.1 |
| 4/14/2022 | GK | Email to J Byrnes (outgoing) and K Long (incoming) re swap of counsel | 0.1 | 0.1 |
| 4/14/2022 | GK | Email to R Nardo re mediation and swap of counsel | 0.1 | 0.1 |
| 4/18/2022 | GK | Email to K Lager re status | 0.1 | 0.1 |
| 4/18/2022 | GK | Left VM for K Lager re status, mediation | 0.1 | 0.1 |
| 4/19/2022 | GK | Email for K Lager re status, mediation | 0.1 | 0.1 |
| 4/19/2022 | GK | Call with K Lager re status, mediation | 0.2 | 0.2 |
| 4/19/2022 | GK | Email to Team re status | 0.2 | 0.2 |
| 4/20/2022 | GK | Email files to K Lager for incoming counsel to get up to speed | 0.2 | 0.2 |
| 5/13/2022 | GK | File Complaint | 0.3 | **0.0** |
| 5/13/2022 | GK | Email Complaint to K Long and K Lager re accepting service | 0.1 | 0.1 |
| 5/13/2022 | GK | Final edits to Complaint and drafting CCS/Summons | 1.5 | 1.5 |
| 5/16/2022 | GK | Emails with K Lager re accepting service | 0.1 | 0.1 |

KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 5/20/2022 | GK | Email to K Lager re accepting service | 0.1 | 0.1 |
| 5/23/2022 | GK | Email to client re status | 0.1 | 0.1 |
| 5/23/2022 | GK | Email to K Lager re service | 0.1 | 0.1 |
| 5/24/2022 | GK | Assigning service of Complaint to MH | 0.1 | 0.1 |
| 6/3/2022 | GK | Emails with TK and MH re service of individuals | 0.1 | 0.1 |
| 6/3/2022 | GK | Research addresses for Butt and Bukhari re addresses provided on summons outdated | 1.2 | 1.2 |
| 6/13/2022 | GK | Emails with AH re class member research | 0.1 | 0.1 |
| 6/13/2022 | GK | Emails with MH re service update | 0.1 | 0.1 |
| 6/17/2022 | GK | Emails with MH re service update on NJ corp and individuals | 0.1 | 0.1 |
| 6/21/2022 | GK | Emails with TK and MH re Complaint, service and answer dates, and updated service issues for individual | 0.2 | 0.2 |
| 6/21/2022 | GK | Review Complaint, service and answer dates, and updated service issues for individual re anticipating defaults and potential needs to amended complaint | 0.5 | 0.5 |
| 6/22/2022 | GK | Email to D Costin re strategy | 0.1 | 0.1 |
| 6/22/2022 | GK | Email to D Costin re draft NOA; draft NOA for same | 0.2 | 0.2 |
| 6/27/2022 | GK | Final edits to papers re request for notice of default | 0.4 | 0.4 |
| 6/27/2022 | GK | Research default judgments where amendments to pleadings may be needed | 0.8 | 0.8 |
| 6/29/2022 | GK | File Request for Cert of Default | 0.3 | **0.0** |
| 7/1/2022 | GK | Email to K Lager re courtesy copy of letter to Defs re default | 0.1 | 0.1 |
| 7/1/2022 | GK | Draft and prepare individualized letters to Defs as per Court order re Complaint, scheduling order; certificate of service re same | 0.9 | 0.9 |
| 7/18/2022 | GK | Email to K Lager re Certificate of Default | 0.1 | 0.1 |
| 7/18/2022 | GK | Review Certificate of Default | 0.1 | 0.1 |
| 7/18/2022 | GK | Call with Defs' Counsel re default, amendments, and moving forward | 0.2 | 0.2 |
| 7/29/2022 | GK | File motion to vacate default and Amended Complaint via ECF | 0.3 | **0.0** |
| 7/29/2022 | GK | Further edits to the stip and emails with Defs' Counsel re same | 0.3 | 0.3 |
| 7/29/2022 | GK | Revise Complaint re First Amended Complaint and revise stipulation to vacate the default to address all outstanding issues | 2.0 | 2.0 |
| 9/22/2022 | GK | Review answer and draft list of admissions | 0.4 | 0.4 |
| 9/30/2022 | GK | Emails with B Campbell re status | 0.1 | 0.1 |

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 9/30/2022 | GK | Draft mandatory disclosures re Court's scheduling order | 3.0 | 3.0 |
| 10/3/2022 | GK | Email to DAC re mandatory disclosures | 0.1 | 0.1 |
| 10/3/2022 | GK | Calculate lodestar re mandatory disclosures | 1.0 | 1.0 |
| 10/3/2022 | GK | Finalize draft of mandatory disclosures and compile/redact client documents to be produced with and described in same | 2.5 | 2.5 |
| 10/4/2022 | GK | Emails with TK re mandatory disclosures | 0.1 | 0.1 |
| 10/4/2022 | GK | Emails with DAC re disclosures | 0.1 | 0.1 |
| 10/4/2022 | GK | Review Court order to confirm deadlines and next steps | 0.2 | 0.2 |
| 10/4/2022 | GK | Email to Defs' Counsel re disclosures and meet and confer | 0.3 | 0.3 |
| 10/4/2022 | GK | Final edits and revisions to disclosures, including fee calculations | 0.9 | 0.9 |
| 10/6/2022 | KJ | call with B. Campbell re docs | 0.1 | 0.1 |
| 10/6/2022 | KJ | email to B. Campbell re documents | 0.2 | 0.2 |
| 10/6/2022 | KJ | reviewed docs received from B. Campbell | 0.3 | 0.3 |
| 10/12/2022 | GK | Email with MH re service of complaint via SOS | 0.1 | 0.1 |
| 10/14/2022 | KJ | call with S. Robinson re docs | 0.1 | 0.1 |
| 10/14/2022 | KJ | email to S. Robinson requesting docs | 0.2 | 0.2 |
| 10/14/2022 | KJ | reviewed/organized docs from S. Robinson | 0.4 | 0.4 |
| 10/17/2022 | GK | Email with K Long re deadline to make Defs' disclosures | 0.1 | 0.1 |
| 10/18/2022 | GK | Email to MH re status of service | 0.1 | 0.1 |
| 10/20/2022 | GK | Call with PC KR re case update | 0.2 | 0.2 |
| 10/21/2022 | GK | Preliminary review of Defs' production and email to KJ re filing of same | 0.4 | 0.4 |
| 10/21/2022 | KJ | converted Robinson's "Jerome popeyes (employees)" screen video to .pdf for bates stamping | 0.6 | 0.6 |
| 10/21/2022 | KJ | converted Robinson's "Popeyes 3555 employees" screen video to .pdf for bates stamping | 0.8 | 0.8 |
| 10/22/2022 | GK | Emails with DAC re footprint of Defs other information from production, clients | 0.2 | 0.2 |
| 10/24/2022 | KJ | converted Campbell's "Baychester Popeyes" screen video to .pdf for bates stamping | 0.3 | 0.3 |
| 10/24/2022 | KJ | converted Robinson's "Throgs Neck groupchat" screen video to .pdf for bates stamping | 0.5 | 0.5 |
| 10/25/2022 | KJ | converted Campbell's "Krystal texts" 2 of 2 screen videos to .pdf for bates stamping (pt1) | 0.4 | 0.4 |
| 10/25/2022 | KJ | converted Campbell's "Alam texts" screen video to .pdf for bates stamping | 0.8 | 0.8 |

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 10/25/2022 | KJ | converted Campbell's "Krystal texts" screen video to .pdf for bates stamping | 1.6 | 1.6 |
| 10/27/2022 | KJ | converted Campbell's "Krystal texts" 2 of 2 screen videos to .pdf for bates stamping (pt2) | 0.3 | 0.3 |
| 10/27/2022 | KJ | converted Campbell's "Kabir text messages" screen video to .pdf for bates stamping | 0.3 | 0.3 |
| 10/28/2022 | KJ | converted Campbell's "Kabir WhatsApp messages" screen video to .pdf for bates stamping | 0.1 | 0.1 |
| 10/28/2022 | KJ | converted Campbell's "Vedant text messages" screen video to .pdf for bates stamping | 0.2 | 0.2 |
| 11/1/2022 | KJ | bates stamped Campbell's "Alam texts" as P 000529 - 000555 | 0.2 | 0.2 |
| 11/1/2022 | MH | Received AOS's for Baychester Chicken | 0.1 | **0.0** |
| 11/2/2022 | KJ | bates stamped (Robinson's) P 000586 - 000692 | 0.3 | 0.3 |
| 11/2/2022 | KJ | bates stamped (Campbell's) P 000529 - 000585 | 0.4 | 0.4 |
| 11/2/2022 | KJ | created Ps discovery production log | 0.7 | 0.7 |
| 11/8/2022 | GK | Draft letter to K Long re exposure, settlement, evidence | 3.1 | 3.1 |
| 11/8/2022 | GK | Review client files and Defs' product, calculate damages, and pull evidence of violations | 4.2 | 4.2 |
| 11/9/2022 | GK | Revise letter to K Long re settlement, class; final edits to same and send | 0.6 | 0.6 |
| 11/9/2022 | GK | Finish draft letter and create composite exhibit of SOH shifts and payments from schedules demonstrating violations of SOH | 2.5 | 2.5 |
| 11/10/2022 | GK | Email with K Long re letter to Court | 0.1 | 0.1 |
| 11/11/2022 | GK | Emails with KJ re new client | 0.1 | 0.1 |
| 11/15/2022 | GK | Calculate Clients' damages | 3.0 | 3.0 |
| 11/16/2022 | GK | Complete client's damages and forward to K Long | 0.4 | 0.4 |
| 11/17/2022 | GK | Call with K Long re settlement, exposure, mediation | 0.2 | 0.2 |
| 11/17/2022 | GK | Email to DAC re call, strategy | 0.2 | 0.2 |
| 11/21/2022 | GK | Draft status report to Court, propose mediators via email to K Long | 0.4 | 0.4 |
| 11/22/2022 | GK | Final edits to and filing of default judgment | 0.5 | 0.5 |
| 11/25/2022 | GK | Call and text to Potential Class Member LL | 0.1 | 0.1 |
| 11/25/2022 | GK | Call (VM) to Potential Class Member KR re status | 0.1 | 0.1 |
| 11/25/2022 | GK | Call (VM) to potential witness and class member CR re investigation | 0.1 | 0.1 |
| 11/25/2022 | GK | Update contact log and witness/PC list | 0.2 | 0.2 |
| 11/30/2022 | GK | Call with PC LL re claims, intake, retainer | 0.5 | 0.5 |
| 12/2/2022 | GK | Email with D Costin re new client, mediation | 0.1 | 0.1 |
| 12/2/2022 | GK | Call with B Campbell re medaition | 0.2 | 0.2 |

Campbell, et al v. Bukhari Group LLC,
KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 12/2/2022 | GK | Call with S Robinson re mediation | 0.2 | 0.2 |
| 12/2/2022 | GK | Call with S Robinson re mediation | 0.2 | 0.2 |
| 12/2/2022 | GK | Emails with Opposing Counsel re mediation, financials, new client | 0.2 | 0.2 |
| 12/2/2022 | GK | Review mediation agreement and confidentiality agreement and send to clients/co-counsel for signature | 0.5 | 0.5 |
| 12/17/2022 | GK | Merge individual and class damages into updated damages model for mediation purposes | 3.0 | 3.0 |
| 12/18/2022 | GK | Draft mediation statement | 4.5 | 4.5 |
| 12/19/2022 | GK | Further and final edits to mediaiton statement | 1.2 | 1.2 |
| 12/19/2022 | GK | Compile exhibits re mediation | 1.0 | 1.0 |
| 12/19/2022 | TK | Review and editing of mediation statement | 0.3 | **0.0** |
| 12/27/2022 | GK | Meeting with TK and D Costin re mediation, strategy | 0.5 | 0.5 |
| 12/27/2022 | TK | Meeting with GK and D Costin re mediation, strategy | 0.5 | **0.0** |
| 1/3/2023 | GK | Mediation before A Halper with TK and DAC | 7.5 | 7.5 |
| 1/3/2023 | TK | Mediation before A Halper with GK and co-counsel | 7.5 | **0.0** |
| 1/11/2023 | GK | Draft letter to KB re status, contact, discovery, settlement, new claims | 0.3 | 0.3 |
| 1/12/2023 | GK | Email to K Brathwaite re discovery needs, scheduling claims and issues | 0.3 | 0.3 |
| 1/13/2023 | KJ | left vm for K. Robinson following up on docs | 0.1 | 0.1 |
| 1/13/2023 | KJ | call with K. Robinson following up on docs | 0.1 | 0.1 |
| 1/15/2023 | GK | Draft Opt-In disclosures, including FWW allegations | 2.5 | 2.5 |
| 1/15/2023 | GK | Review Opt-In's documents, redact, bates stamp, and prepare for production in manner that preserves bookmarking etc. | 3.0 | 3.0 |
| 1/16/2023 | GK | Emails with TK re settlement proposal, discovery, and FWW tolling | 0.2 | 0.2 |
| 1/16/2023 | GK | Draft tolling agreement re FWW | 0.3 | 0.3 |
| 1/16/2023 | GK | Emails to Defs' Counsel and Mediator re settlement proposals and discovery | 0.3 | 0.3 |
| 1/16/2023 | GK | Draft proposed Term Sheet and letter outlining settlement proposal | 3.0 | 3.0 |
| 1/17/2023 | GK | Emails with new clients re preservation | 0.1 | 0.1 |
| 2/1/2023 | GK | Meeting with TK to discuss settlement strategy - revised demand | 0.6 | 0.6 |
| 2/1/2023 | TK | Meeting with GK to discuss settlement strategy - revised demand | 0.6 | **0.0** |

Campbell, et al v. Bukhari Group LLC,
KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 2/3/2023 | GK | Research Popeye's Franchise owners, including Defs, on Wisconsin database | 0.5 | 0.5 |
| 2/7/2023 | GK | Draft discovery scheduling order for Defs' review (0.6); emails with K Long re same (0.1) | 0.7 | 0.7 |
| 2/8/2023 | GK | Draft status report and provide to K Long for approval | 0.2 | 0.2 |
| 2/8/2023 | GK | Revise scheduling order re changes as per call with Defs' Counsel | 0.3 | 0.3 |
| 2/8/2023 | GK | Finalize and ECF discovery plan and status report letter | 0.3 | 0.3 |
| 2/8/2023 | GK | Call with D Costin and K Long re Rule 26f and discovery plan | 0.4 | 0.4 |
| 2/15/2023 | GK | Resend P693-830 to Defs' Counsel | 0.2 | 0.2 |
| 2/27/2023 | GK | Draft initial disclosures | 0.8 | 0.8 |
| 2/27/2023 | GK | Draft initial disclosures | 0.9 | 0.9 |
| 2/28/2023 | GK | Call with S Robinson re initial disclosures | 0.3 | 0.3 |
| 2/28/2023 | GK | Continue drafting initial disclosures following client calls | 0.4 | 0.4 |
| 3/1/2023 | GK | Email to K Long re settlement | 0.1 | 0.1 |
| 3/1/2023 | GK | Emails with TK re potential witness from other firm | 0.1 | 0.1 |
| 3/1/2023 | GK | Emails with TK re potential witness from other firm | 0.1 | 0.1 |
| 3/1/2023 | GK | Receipt and review of Initial Disclosures from Defs | 0.2 | 0.2 |
| 3/1/2023 | GK | Finalize and produce initial disclosures | 0.7 | 0.7 |
| 3/3/2023 | GK | Email to K Long re 216b and settlement | 0.1 | 0.1 |
| 3/8/2023 | GK | Email to K Long re 216b notice forms | 0.1 | 0.1 |
| 3/8/2023 | GK | Draft summary of notice plan, notice and consent form, email notice, and reminder notice | 2.5 | 2.5 |
| 3/8/2023 | KJ | left vm for B. Campbell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with S. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with B. Campbell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | left vm for L. Lovell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | left vm for K. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with L. Lovell re scheduling call with GK | 0.1 | 0.1 |
| 3/9/2023 | GK | Emails with KJ re retainers | 0.1 | 0.1 |
| 3/9/2023 | GK | Email to S Robinson re review of declaration | 0.2 | 0.2 |
| 3/9/2023 | GK | Further emails with TK and D Costin re settlement | 0.2 | 0.2 |
| 3/9/2023 | GK | Review edits from J Small re 216 declaration template | 0.2 | 0.2 |

Campbell, et al v. Bukhari Group LLC,
KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 3/9/2023 | GK | Emails with B Campbell re 216b, status, settlement | 0.2 | 0.2 |
| 3/9/2023 | GK | Draft letter to Court re proposed revised schedule | 0.3 | 0.3 |
| 3/9/2023 | GK | Emails with K Long re letter to Court, settlement, 216b timing | 0.3 | 0.3 |
| 3/9/2023 | GK | Call with K Long re settlement | 0.5 | 0.5 |
| 3/9/2023 | GK | Review damages model and class data post-settlement call re settlement ranges and settlement analysis (0.7); email to TK re same (0.1) | 0.8 | 0.8 |
| 3/9/2023 | GK | Draft 216b declaration for B Campbell | 1.3 | 1.3 |
| 3/9/2023 | GK | Draft form 216b declaration based on S Robinson | 1.8 | 1.8 |
| 3/9/2023 | JS | Reviewed/ edited S. Robinson's dec. | 0.5 | **0.0** |
| 3/9/2023 | KJ | left vm for L. Lovell re call with GK | 0.1 | 0.1 |
| 3/9/2023 | KJ | drafted class rep retainer for K. Robinson. Sent to GK | 0.1 | 0.1 |
| 3/9/2023 | KJ | call with K. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/10/2023 | GK | Emails with KJ re deadline extensions and related issues | 0.1 | 0.1 |
| 3/16/2023 | GK | Emails with TK re potential manager witness | 0.1 | 0.1 |
| 3/16/2023 | GK | Call with potential manager witness re client's claims and her claims as potential class member | 0.8 | 0.8 |
| 3/27/2023 | GK | Email to K Long outlining second amended complaint and settlement proposal | 0.3 | 0.3 |
| 3/27/2023 | GK | Draft and revise declaration of K Robinson re 216b motion | 1.3 | 1.3 |
| 3/27/2023 | GK | Draft Second Amd Compl Stip and drafting/editing of Second Amd Complaint re Fair Workweek claims | 3.2 | 3.2 |
| 3/28/2023 | GK | Draft Notice of Motion re 216(b) | 0.3 | 0.3 |
| 3/28/2023 | GK | Compile exhibits and completed motion papers for service | 0.8 | 0.8 |
| 3/28/2023 | GK | Draft GK declaration re 216b motion | 1.3 | 1.3 |
| 3/28/2023 | GK | Draft MOL re 216b motion | 4.1 | 4.1 |
| 4/12/2023 | GK | Emails with K Long re 216b brieging | 0.1 | 0.1 |
| 4/12/2023 | GK | Draft P's document and interrogatory requests | 2.2 | 2.2 |
| 5/5/2023 | GK | Email with KJ re admission chart | 0.1 | 0.1 |
| 5/9/2023 | KJ | reviewed GK's Answer spreadsheet | 0.1 | 0.1 |
| 5/10/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt2 | 0.6 | 0.6 |
| 5/10/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt1 | 0.9 | 0.9 |

Campbell, et al v. Bukhari Group LLC,

KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 5/11/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt4 | 0.4 | 0.4 |
| 5/11/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt3 | 1.0 | 1.0 |
| 5/19/2023 | GK | Receipt and review of opposition papers re 216b; take notes on grounds to reply | 0.5 | 0.5 |
| 5/23/2023 | GK | Research Swissport matter re 216b reply | 0.5 | 0.5 |
| 5/24/2023 | GK | Draft and research reply re 216b motion | 3.5 | 3.5 |
| 5/25/2023 | GK | Final draft reply MOL re 216b | 2.1 | 2.1 |
| 5/26/2023 | GK | E-file 216b motion re bundling rule | 0.5 | **0.0** |
| 5/26/2023 | GK | Emails with K Long re discovery responses and briefing | 0.1 | 0.1 |
| 6/8/2023 | GK | Emails with TK re withholding coworker communications | 0.2 | 0.2 |
| 6/8/2023 | GK | Draft interrogatory and document responses | 3.1 | 3.1 |
| 6/9/2023 | GK | Research NLRA authority and common-interest priv re objections to producing texts between workers | 1.2 | 1.2 |
| 6/9/2023 | GK | Review, redact, combine, and Bates Stamp records re docs to be produced as P831-942 | 1.9 | 1.9 |
| 6/9/2023 | GK | Final edits to the document responses and interrogatory responses and produce same, along with P831-942 | 2.1 | 2.1 |
| 8/1/2023 | GK | Emails with KJ re deposition notices | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Defendant Ali Butt | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Gulraiz Iqbal | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Kabir Humayan | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Nafees Bukhari | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Tariq Ahmad | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted 30(b)(6) notice | 0.1 | 0.1 |
| 8/3/2023 | GK | Draft letter to Defs and research for same re discovery deficiencies | 2.5 | 2.5 |
| 8/11/2023 | GK | Emails with K Long re Defs' doc responses | 0.1 | 0.1 |
| 8/11/2023 | GK | Revise and serve deposition notices | 0.4 | 0.4 |
| 8/18/2023 | GK | Revise proposed term sheet and sent to Defs' counsel | 0.4 | 0.4 |
| 8/22/2023 | GK | Call with K Long re settlement and document production | 0.2 | 0.2 |
| 9/6/2023 | GK | Call with B Campbell re settlement | 0.2 | 0.2 |
| 9/7/2023 | GK | Email to J Parks re AB data quote | 0.1 | 0.1 |
| 9/7/2023 | GK | Email to J Paul re Xpand legal quote | 0.1 | 0.1 |
| 10/4/2023 | GK | Emails with K Long re settlement and letter to court | 0.1 | 0.1 |

KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 10/6/2023 | GK | Draft and file letter to Court re extension, settlement, leave | 0.3 | **0.0** |
| 11/2/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 11/2/2023 | GK | Emails with TK re settlement mechanics addressing various entities | 0.1 | 0.1 |
| 11/2/2023 | GK | Email with K Long re extension, settlement papers, various defendants | 0.1 | 0.1 |
| 11/21/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 12/7/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 12/7/2023 | GK | Draft 3rd Amd Complaint and related stip for K Long's review -- email same to K Long | 1.3 | 1.3 |
| 12/7/2023 | GK | Final edits to draft Agreement | 2.0 | 2.0 |
| 12/7/2023 | GK | Final edits to proposed notice, claim form, service award release form, reminder notice, proposed order re exhibits to agreement; zip and send to K Long | 2.4 | 2.4 |
| 12/8/2023 | GK | Email with KJ re referral to Magistrate | 0.1 | 0.1 |
| 12/8/2023 | KJ | drafted MJ Consent Form; sent to GK | 0.1 | 0.1 |
| 1/5/2024 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 1/5/2024 | GK | Email with K Long re letter to court | 0.1 | 0.1 |
| 1/31/2024 | GK | Emails with K Long re magistrate consent and stip; sign same | 0.2 | 0.2 |
| 1/31/2024 | GK | Finalize settlement agreement for signature | 0.4 | 0.4 |
| 2/1/2024 | GK | Draft and research for memo of law in support of motion for preliminary approval | 3.5 | 3.5 |
| 2/2/2024 | GK | Draft and e-file extension motion | 0.2 | **0.0** |
| 2/2/2024 | GK | Revise agreement with requested payment dates | 0.2 | 0.2 |
| 2/2/2024 | GK | Email to K Long re agreement, ltr to Court, stip, amd complaint | 0.2 | 0.2 |
| 2/7/2024 | GK | Draft motion to extend and e-file same | 0.2 | **0.0** |
| 2/7/2024 | GK | E-file stip and amended complaint | 0.2 | **0.0** |
| 2/12/2024 | GK | Draft motion to extend and e-file same | 0.2 | **0.0** |
| 2/15/2024 | GK | E-File consent to magistrate | 0.1 | **0.0** |
| 2/15/2024 | GK | Compile all exhibits and file motion for preliminary approval via ECF | 0.5 | **0.2** |
| 2/15/2024 | GK | Email to G Morales re cy pres application | 0.1 | 0.1 |
| 2/15/2024 | GK | Draft notice of motion re preliminary approval | 0.2 | 0.2 |
| 2/15/2024 | GK | Review and revise declaration of D Costin re approval motion | 0.5 | 0.5 |
| 2/15/2024 | GK | Draft TK declaration re preliminary approval | 2.5 | 2.5 |
| 2/15/2024 | GK | Revisions to memo of law re proofing, TOA/TOC, bluebooking, cites to exs and Declaration | 2.5 | 2.5 |
| 4/19/2024 | GK | E-File letter to court withdrawing FLSA motion and seeking leave to amend Agreement | 0.1 | **0.0** |

KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 4/19/2024 | GK | Call with K Long re Court's order | 0.2 | 0.2 |
| 4/19/2024 | GK | Draft letter to Court re FLSA elements of Settlement and noting distinguishing factors from Chen v. XpresSpa at Terminal 4 JFK LLC | 2.1 | 2.1 |
| 4/19/2024 | TK | Review and edits of letter to Judge Kuo clarify settlement terms re FLSA | 0.2 | **0.0** |
| 4/21/2024 | GK | Draft amended exhibits and amendment to the settlement agreement re clarification of FLSA claims and collective | 3.8 | 3.8 |
| 4/23/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.2 | 0.2 |
| 4/23/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.2 | 0.2 |
| 4/25/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.1 | 0.1 |
| 4/26/2024 | GK | E-File amendments to the Agreement | 0.2 | **0.0** |
| 6/21/2024 | GK | Emails with K Long re call-in information; review hearing order and court calendar re same | 0.1 | 0.1 |
| 6/21/2024 | GK | Review papers to prepare prepare re Preliminary Approval hearing | 0.5 | 0.5 |
| 6/21/2024 | GK | Preliminary approval hearing | 0.8 | 0.8 |
| 7/1/2024 | GK | Email to K Long re status of letter to Court | 0.1 | 0.1 |
| 7/10/2024 | GK | Review letter to Court from Defs | 0.1 | 0.1 |
| 8/19/2024 | GK | Review Order denying preliminary approval | 0.5 | 0.5 |
| 8/19/2024 | GK | Emails and discussions with TK and DAC re Court's Order and proposals to address same | 0.5 | 0.5 |
| 8/19/2024 | GK | Review agreement and Order and draft email to K Long outlining changes to the settlement to address the issues raised by the Court | 2.2 | 2.2 |
| 8/22/2024 | GK | Emails with K Long re next steps | 0.1 | 0.1 |
| 8/23/2024 | GK | Emails with K Long re next steps | 0.1 | 0.1 |
| 8/30/2024 | GK | Call with K Long re amendment proposal | 0.2 | 0.2 |
| 8/30/2024 | GK | Email to Team re issues discussed with K Long and violations alleged | 0.2 | 0.2 |
| 9/5/2024 | GK | Draft Second Amended Settlement Agreement and annotate prior email demonstrating where in the agreement changes were made | 3.1 | 3.1 |
| 9/12/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/13/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/17/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/19/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 10/3/2024 | GK | Email and call with K Long re amended agreement, related matters | 0.2 | 0.2 |
| 10/4/2024 | GK | Emails with TK and DAC re other matter, call with K Long, next steps | 0.2 | 0.2 |

Campbell, et al v. Bukhari Group LLC,

KM Time

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 10/11/2024 | GR | Call with CLient KR re update | 0.1 | **0.0** |
| 10/16/2024 | GK | Email to K Long re need to set scheduling order, renewed 216b briefing order, and proposed stips | 0.2 | 0.2 |
| 10/17/2024 | GK | Call with K Long re next steps, amendments | 0.2 | 0.2 |
| 10/17/2024 | GK | Emails with TK and DAC re call and proposed response (0.1); draft and send email to K Long re detailing why Defs' counter-proposals do not satisfy the Court's concerns (.8). | 0.9 | 0.9 |
| 10/17/2024 | GK | Revise the Notice into two Notices (Collective/Class Notice; Class Only Notice) (1.3); revise claim form (0.4); and email to TK and DAC re revised forms (0.1). | 1.8 | 1.8 |
| 10/18/2024 | KJ | call with PC M. Miah re update | 0.1 | 0.1 |
| 10/25/2024 | GR | Status call with Client BC | 0.1 | **0.0** |
| 10/28/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 10/30/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 11/5/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 11/7/2024 | GK | Calculate proposed funding dates, compare to approval timeline, and calculate date-specific counter proposal; email same to K Long | 0.8 | 0.8 |
| 11/7/2024 | GK | Calculate KM lodestar and preliminary lodestar with DAC | 0.5 | 0.5 |
| 11/7/2024 | GK | Email to DAC re status, approval declaration etc. | 0.1 | 0.1 |
| 11/7/2024 | GK | Emails with K Long re confirmation of final terms and next steps | 0.1 | 0.1 |
| 11/7/2024 | GK | Revise Agreement re confirmed payment timeline | 0.2 | 0.2 |
| 11/11/2024 | GK | Revise memo of law in support of preliminary approval re Second Amended Settlement terms | 3.0 | 3.0 |
| 11/12/2024 | GK | Compare Agreement, Exhibits, Memo of Law, Court Order, and PA transcript re consistent and complete responses to Court's concerns; make edits to Agreement, Exhibits, and Memo of Law re same, including bulleted explanations of changes to Notices | 3.5 | 3.5 |
| 11/19/2024 | GK | Draft fee-approval section of Mem of Law (1.0); update facts re first PA motion (0.5); update section on % of recovery & 195 claims (0.3). | 1.8 | 1.8 |
| 11/19/2024 | GK | Final edits to revised Memo of Law and draft corresponding Declaration of GK | 3.0 | 3.0 |