# Exhibit I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIANNA CAMPBELL, SHAKEIM ROBINSON, and
KEVAUGHN ROBINSON on behalf of themselves and
others similarly situated,

                              Plaintiff,

           - against -

BUKHARI GROUP LLC, NAFEES BUKHARI, an
individual, ALI BUTT, an individual, 4399 BRONX
CHICKEN LLC, BAYCHESTER CHICKEN BG LLC.,
3555 WHITE PLAINS BG LLC, 3411 JEROME AVE
CORP., and CONEY FOOD OF NY LLC,

                              Defendants.
------------------------------------------------------------------------X

: Case No. 22 Civ. 2813 (PK)

## [PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND <u>CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS</u>

This matter came before the Court on Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of the Settlement Class ("Preliminary Approval Motion"). In support of the Preliminary Approval Motion, Plaintiff submitted a Memorandum of Law in Support of the Preliminary Approval Motion (the "Memorandum of Law"), the Declaration of Garrett Kaske ("Kaske Declaration") and supporting exhibits. Defendants do not oppose the motion.

Based upon the Court's review of the Memorandum of Law and Kessler Declaration, the Court preliminarily approves the class action settlement memorialized in the Agreement, attached to the Kaske Declaration and conditionally certifies the Class and FLSA Collective for settlement purposes.[1] The Court appoints Kessler Matura, P.C. and the Law Office of Delmas

---

[1] All capitalized terms are defined in the Agreement, unless indicated otherwise.

A. Costin, Jr,, PC as Class Counsel and Xpand Legal Consulting LLC as the Settlement Administrator. The Court adopts the following settlement procedure set forth in the Agreement:

1. No later than seven days after the issuance of this Order, Defendants will provide the Settlement Administrator with the Class List, in accordance with Sections 1.4 and 3.1(A) of the Settlement Agreement.

2. Within 10 days after the Settlement Administrator receiving the Class List, the Settlement Administrator will mail the approved Notices to all Class Members, via First Class Mail, in accordance with Section 3.1(B).

3. Class Members will have 75 days from the date the Notices are mailed to participate in, exclude themselves from, or object to the settlement, in accordance with Sections 3.1(C), 3.2(A), and 3.3(A).

4. The Court will hold a final fairness hearing on _____ _____, 2025 at _____ a.m./p.m., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201, in Courtroom 11C South.

5. The hearing will be held in person.

The Court hereby authorizes Defendants to disclose the Class Members' Social Security Numbers to the Settlement Administrator for purposes consistent with the Agreement.

The Class Members are enjoined from filing any action against Defendants regarding those claims released in the Agreement unless and until such Class Members have filed valid requests to be excluded from the settlement.

The Parties shall abide by the terms of the Agreement.

This constitutes the Decision and Order of this Court:

Dated:  Brooklyn, New York            **SO ORDERDED**:

           _____ ____, 2025

                                       _____
                                       Hon. Peggy Kuo
                                       United States Magistrate Judge

2