# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Kaitlyn P. Long*
Member CT, MA & NY Bars
KLong@moodklaw.com

April 3, 2025

**Via ECF:**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *Campbell, et al. v. Bukhari Group LLC, et al.*
         **Docket No. 22-CV-2813 (MKB) (PK)**
         **Our File No.: 800.111367**

Dear Judge Kuo:

    My office represents Defendants in the above-referenced matter. I am writing in response to the Scheduling Order on April 2, 2025, which directs the parties to appear for a Conference on April 15, 2025.

    The undersigned is out of the country on April 15, 2025. Therefore, I am respectfully requesting an adjournment for the Conference scheduled that day. I have consulted with Plaintiff's Counsel, Mr. Kaske, who is agreeable to this request. Please also be advised that there have been no previous requests.

    Please advise if the Court has any questions or concerns. Thank you for your time and consideration of this matter.

                                                    Respectfully Submitted,

                                                    **MARKS, O'NEILL, O'BRIEN,**
                                                    **DOHERTY & KELLY, P.C.**

                                                    Kaitlyn P. Long

KPL:jg

cc: Counsel of Record (via ECF)