# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Kaitlyn P. Long*
Member CT, MA & NY Bars
KLong@moodklaw.com

April 22, 2025

**Via ECF:**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** ***Campbell, et al. v. Bukhari Group LLC, et al.***
            **Docket No. 1:22-cv-02813-PK**
            **Our File No.: 800.111367**

Dear Judge Kuo:

    My office represents Defendants in the above-referenced matter. I respectfully submit this letter requesting permission to bring my laptop and cell phone to the Preliminary Settlement Approval Conference scheduled for April 23, 2025.

    If this request meets Your Honor's approval, I respectfully request that the same be So Ordered by the Court.

                                                                     Respectfully Submitted,

                                                                     **MARKS, O'NEILL, O'BRIEN,**
                                                                     **DOHERTY & KELLY, P.C.**

                                                                     Kaitlyn P. Long, Esq.

cc: Counsel of Record (via ECF)