

April 22, 2025

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Campbell, et al. v. Bukhari Group LLC, et al.*
               No. 22 Civ. 2813 (PK)
               **Request for Permission to Bring Electronic Devices to Courtroom**

Dear Judge Kuo:

      My office represents Plaintiffs in the above-referenced matter. I write to respectfully request permission to bring my laptop and cell phone to the Preliminary Settlement Approval Hearing scheduled for April 23, 2025, at 10:30 a.m. in Courtroom 11C South. I apologize for not making this request to the Court earlier.

      Thank you for your time and consideration of this matter.

                                                            Respectfully submitted,

                                                            Garett Kaske

cc:  Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com