# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

***Kaitlyn P. Long***
Member CT, MA & NY Bars
(914) 593-7306
KLong@moodklaw.com

December 12, 2025

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Campbell, et al. v. Bukhari Group LLC, et al.**
                **No. 22 Civ. 2813 (MKB) (PK)**

Dear Judge Kuo:

    My office represents the Defendants in the above-referenced matter. The parties are still working to finalize information regarding the potential class members and request that the settlement approval timeline be amended and the December 16, 2025 Final Fairness Hearing be adjourned. Due to my client changing payroll companies, we have experienced a delay with obtaining information for the class members, and they are currently working with their prior vendor who managed the paycheck system to obtain the missing information. A proposed stipulation and order amending settlement approval timeline and adjourning the Final Fairness Hearing has been agreed to by all parties and submitted to the Court for review. As such, together with Plaintiff's counsel, I write to respectfully request Your Honor amend the settlement approval timeline and adjourn the December 16, 2025 Final Fairness Hearing.

    Thank you for your time and consideration of this matter.

                                         Sincerely,

                                         Kaitlyn P. Long, Esq.

cc: Counsel of Record (via ECF)