UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BRIANNA CAMPBELL, SHAKEIM ROBINSON, and :
KEVAUGHN ROBINSON on behalf of themselves and :
others similarly situated, : Case No. 22 Civ. 2813 (PK)
                            Plaintiffs, :
                                     :
          - against - :
                                     :
BUKHARI GROUP LLC, NAFEES BUKHARI, an :
individual, ALI BUTT, an individual, 4399 BRONX :
CHICKEN LLC, BAYCHESTER CHICKEN BG LLC., :
3555 WHITE PLAINS BG LLC, 3411 JEROME AVE :
CORP., and CONEY FOOD OF NY LLC, :
                                     :
                       Defendants. :
-------------------------------------------------------------------------X

## STIPULATION AND ORDER
## AMENDING SETTLEMENT APPROVAL TIMELINE AND
## <u>ADJOURNING FAIRNESS HEARING</u>

      **WHEREAS**, Plaintiffs, on behalf of themselves and all others similarly situated, and Defendants Bukhari Group LLC, 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., Coney Food of NY LLC, Nafees Bukhari, and Ali Butt entered into the first agreement to settle this matter on a class-wide basis on February 14, 2024 (ECF No. 66-3), and Plaintiff moved for preliminary approval of that agreement on February 15, 2024 (ECF No. 66).

      **WHEREAS**, the Parties amended the first settlement agreement on April 26, 2024 (ECF No. 69), after, on April 17, 2024, the Court requested Plaintiffs provide additional information regarding the Parties' intent to resolve the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA"), claims of Class Members, as the Agreement was lacking clarity in this regard.

      **WHEREAS**, the Court held a Preliminary Approval Hearing on June 21, 2024, and thereafter, denied Plaintiffs' preliminary approval motion on August 19, 2024 (ECF No. 72).

      **WHEREAS**, the Parties then renegotiated their settlement and entered into the operative Agreement (ECF No. 75-3), which was submitted to the Court on January 3, 2025, for preliminary approval (ECF No. 75).

      **WHEREAS**, the Court held a subsequent Preliminary Approval Hearing on April 23, 2025, and instructed the Parties to submit revised settlement notices, which the Parties e-filed on May 5, 2025 (ECF No. 79).

**WHEREAS**, thereafter the Court granted Plaintiffs' preliminary approval motion on July 8, 2025, setting the deadlines associated with the settlement notice-and-claims process and culminating a Final Fairness Hearing.

**WHEREAS**, in working to provide the Settlement Administrator with the Class List, Defendants faced complications in compiling the contact information and personnel data for a significant portion of the Class Members. The data missing from the Class List was necessary for the Settlement Administrator to calculate the settlement shares and distribute the Notice properly. Defendants have now obtained all the requisite information and will provide the completed Class List to the Settlement Administrator.

**NOW THEREFORE**, the Parties stipulate to a proposed revised settlement timeline and an adjourned Final Fairness Hearing, as set forth below:

| Description | Original Outside Deadline | Estimated Proposed Outside Deadline |
|---|---|---|
| 1. Defendants shall provide the Settlement Administrator with the Class List, in accordance with Sections 1.4 and 3.1(A) of the Settlement Agreement. | July 15, 2025<br><br>(7 days after Order) | December 12, 2025 |
| 2. The Settlement Administrator shall mail the approved Notices and Claim Forms to all Class Members, via First Class Mail, in accordance with Section 3.1(B) of the Settlement Agreement. | July 25, 2025<br><br>(10 days after ¶ 1) | December 21, 2025<br><br>(10 days after ¶ 1) |
| 3. Class Members shall have 75 days from the date the Notices are mailed to participate in, exclude themselves from, or object to the settlement, in accordance with Sections 3.1(C), 3.2(A), and 3.3(A) of the Settlement Agreement or 21 days after a Notice is remailed during the initial 75-day period. | October 19, 2025<br><br>(96 days after ¶ 2) | March 6, 2026<br><br>(96 days after ¶ 2) |
| 4. Plaintiffs' Counsel shall file a notice with the Court listing the FLSA Collective Members, Opt-Outs, and Objectors, along with all corresponding forms, in accordance with Section 3.1(F) of the Settlement Agreement. | October 26, 2025<br><br>(15 days after ¶ 3) | March 21, 2026<br><br>(15 days after ¶ 3) |

| | | |
|---|---|---|
| 5. Final Fairness Hearing. | December 16, 2025 | April 28, 2026<br><br>(approximately 37 days after ¶ 4) |

6. The Settlement Administrator cannot issue the Notice until the Court resets the Final Fairness Hearing because the Notice must state the time and date of the hearing.

7. As a result, the above-listed deadlines are outside estimates assuming (1) the Court sets a new hearing date before with sufficient time for the Settlement Administrator to print and mail the Notices by December 21 and (2) the maximum amount of time needed to meet each deadline is required  The above-listed deadlines, and all other dates established by the Parties' Settlement Agreement, will start once the Court So Orders this Stipulation or issues another order resetting the Final Fairness Hearing in accordance with the Parties' request.  Defendants, however, agree to produce the final Class List by December 12 whether or not the Court issues such an order before December 12.

8. The Court will hold a final fairness hearing on **April 28, 2026 at 11:00 a.m.** at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201, in Courtroom 11C South.

*   *   *   *

Dated:  Tarrytown, New York
       December 12, 2025

_____
Kaitlyn P. Long

Kaitlyn P. Long
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C**
580 White Plains Rd., Suite 620
Tarrytown, New York 10591
(914) 345-3701
klong@moodklaw.com

**Attorneys for Defendants**

Dated:  Melville, New York
       December 9, 2025

_____
Garrett Kaske

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

                                                       Delmas A. Costin, Jr.
**THE LAW OFFICE OF**
**DELMAS A. COSTIN, JR., PC**
930 Grand Concourse, Suite 1F
Bronx, NY 10451
Telephone: (718) 618-0589
dacostin@dacostinlaw.com

**Attorneys for Plaintiffs and the**
**Putative FLSA Collective and Classes**

Dated:  Brooklyn, New York
       December 12, 2025

                                           **SO ORDERED:**

                                         *Peggy Kuo*
                                         PEGGY KUO
                                      U.S. Magistrate Judge