

December 19, 2025

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Campbell, et al. v. Bukhari Group LLC, et al.*
               **No. 22 Civ. 2813 (PK)**

Dear Judge Kuo:

      The Parties write to respectfully request that Court (i) grant Defendants until December 29 to produce gross payroll data and (ii) adjourn the settlement notice deadlines as set forth below.

      Under the amended settlement timeline, Defendants were supposed to produce the entire Class List by December 12.  *See* ECF No. 83 (Stip. & Order) ¶ 1.  The Class List is defined under the Settlement Agreement as an electronic list containing contact information, dates of employment, and "total gross earnings paid by Defendants" for each Class Member.  *See* ECF No 75-3 (Agr.) § 1.4.  These earnings are needed to issue notice and determine the Class Members' settlement shares – as they are a stand-in for the damages sought in this case.  *See id*. § 4.4(B); 75-2 (Kaske Decl.) ¶ 30.

      Although the Defendants produced the contact information on December 12, the production omitted this payroll information.  After the Settlement Administrator reached out to the Parties to resolve contact-information discrepancies, outlined in the following paragraph, the Parties conferred about the missing gross payroll data.  Defendants are working on gathering the payroll data but are not prepared to produce all the necessary payroll data right now.  As a result, the Settlement Administrator will not be able to issue the notices by December 21, as required. *See* ECF No. 83 (Stip. & Order) ¶ 2.

      The Court should also be aware that other issues with the Class List remain.  Specifically, Defendants and the Settlement Administrator are working to confirm whether:  (a) individuals listed on multiple lines of the Class List, who have the same SSN, can be consolidated as single Class Member or must remain separate due to being distinct Class Members whose SSNs were entered erroneously (234 records affected);  (b) any address can be located for 62 Class Members or a skip trace should be performed before mailing; (c) 61 Class Members are current or were otherwise terminated after the end of the Relevant Period; and (d) a hire date and a couple SSNs can be located in Defendants' files.  These matters, however, are easily reconcilable and should be confirmed in short order.



Honorable Peggy Kuo, U.S.M.J.
Re: *Campbell v. Bukhari Group LLC.*
December 19, 2025
Page 2 of 3

    Unfortunately, even if Defendants resolve the outstanding issues with the Class List and produce the gross payroll data by December 29 (or sooner), the April 28 Fairness Hearing and related deadlines will need to be adjourned. The Parties propose the following adjournments:

| Description | Amened Outside Deadline | Estimated Proposed Outside Deadline |
|---|---|---|
| 1. Complete Class List Due. *See* 75-3 (Agr.) §§ 1.4, 3.1(A). | December 12, 2025 | December 29, 2025 |
| 2. Deadline to Mail Notice. *See* 75-3 (Agr.) § 3.1(B). (10 days after ¶ 1). | December 21, 2025 | January 8, 2026 |
| 3. Deadline to File Confirmation of Notice Mailing. *See* ECF No. 83 (Text Ord.) | December 29, 2025 | January 15, 2026 |
| 4. 75-Day Notice Period, with a Possible 21-Day Extension. *See* 75-3 (Agr.) §§ 3.1(C), 3.2(A), & 3.3(A). (96 days after ¶ 2). | March 6, 2026 | April 14, 2026 |
| 5. Counsel to File Notice Collective Members, Opt-Outs, and Objectors. *See* 75-3 (Agr.) §§ 3.1(F). (15 days after ¶ 4). | March 21, 2026 | April 29, 206 |
| 6. Plaintiffs' Counsel to File Motion for Final Approval. (30 days before Final Fairness Hearing) | March 31, 2026 | May 6, 2026 |
| 7. Final Fairness Hearing before Honorable Peggy Kuo, U.S.M.J., in Courtroom 11C South, at a time to be determined by the Court. (approximately 37 days after ¶ 4) | April 28, 2026 at 11a | On or about June 5, 2026 |

Honorable Peggy Kuo, U.S.M.J.
Re: *Campbell v. Bukhari Group LLC.*
December 19, 2025
Page 3 of 3

  Thank you for your time and consideration of this matter.

                     Respectfully submitted,

                     Garett Kaske

cc: Counsel of Record (via ECF)