

Via ECF  January 23, 2026
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Campbell, et al. v. Bukhari Group LLC, et al.*
             No. 22 Civ. 2813 (PK)

Dear Judge Kuo:

    The Parties write to provide the Court with a status update and respectfully request that the Court grant an extension to mail notice and docket confirmation of same by Monday, January 26. This extension will not affect the other operative deadlines or the Fairness Hearing.

    Regretfully, for the reasons set forth in the next paragraph, the notices were not issued yesterday. But, we have confirmed that Notice can issue on Monday. Thus, the latest possible date the Notice Period could close is May 2, 2026, not April 28, as proposed by the Parties on January 8 and ordered by the Court. *See* ECF Ord. (Jan. 12, 2026); ECF No. 85 (Ltr to Ct.). Fortunately, this date is likely to be sooner than May 2. The Agreement provides for the Notice Period to run for 75 days but can be extended by an extra 21 days if someone is remailed a notice. ECF No. 75-3 (Agr.) § 1.18. Thus, only if notices are remailed on the 75th day – April 11 – would the Notice Period be extended to May 2. Given that during the initial 75-day period the Settlement Administrator will be remailing Notices, running skiptraces, and sending a reminder notice, it is unlikely that any Notices will be remailed on April 11. *See id.* §§ 3.1(C)(4), 3.1(D). As result, all remaining deadlines will be unaffected.

    For the Court's information, the Defendants produced the outstanding information as scheduled on January 15. There was an issue, however, accessing the file, which Defendants and the Settlement Administrator resolved on January 16. Thereafter, the Settlement Administrator analyzed the incoming data and asked the Parties some additional questions on January 20. The new data was also inconsistent with some prior data, so the Settlement Administrator followed up on seven class members on the 21st. Defendants resolved the discrepancies with the Settlement Administrator and referred them to the updated data for another 33 individuals for whom the Settlement Administrator could not locate termination dates. Finally, on January 22, the Settlement Administrator advised that they were missing two last termination dates. But, at that point, Defendants could not refer them to the correct dates in the data until the morning of January 23. Just this evening, the Parties conferred on the final discrepancies in the payroll data and confirmed the allocation formula with the Settlement Administrator, who is running the final individualized allocations at this time.

    Because the Settlement Administrator will not finish the calculations and be able to issue the Notice until Monday, January 23, we respectfully request an extension to that day to issue Notice and file a notice to the Court on the same day. We apologize for the delay with filling this request. The Parties have been working with the Settlement Administrator to get the Notice out pursuant to the Court's Order of January 12. Unfortunately, it was not clear that Notice could not issue yesterday until late in the day and then we were not able to confirm that today was out of the question until just a few hours ago.

    Thank you for your time and consideration of this request.

                                                  Respectfully submitted,

cc:  Counsel of Record (via ECF)                       Garett Kaske