

<u>Via ECF</u>
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

January 26, 2026

Re: *Campbell, et al. v. Bukhari Group LLC, et al.*
No. 22 Civ. 2813 (PK)

Dear Judge Kuo:

The Parties write to provide the Court with a status update and respectfully request that the Court grant an extension to mail notice and docket confirmation of same by Friday, January 30. This extension will not affect the other operative deadlines or the Fairness Hearing.

Today, the Parties learned that the payroll data produced with the Class List was inconsistent with the hire/termination dates produced in a number of instances. The Settlement Administrator advised the Parties of this issue this afternoon, when finalizing the calculations, after we resolved what were believed to be the last discrepancies and confirming the allocation formula. The Parties conferred on the issue and reviewed some samples. It appears that for up to about 90 of the Class Members, Defendants produced payroll data for them in years in which are outside the time frame covered by the dates of employment provided. For example, a Class Member has May 2021 and July 2021 as the start and end date, but was paid by Defendants from 2019 through 2021. As a result, we are expecting a specific list of discrepancies from the Settlement Administrator as of this letter, which we will review with the Settlement Administrator and Defendants' Counsel will review with Defendants.

Extending the time to issue the Notice and file confirmation to January 30 will not affect the remaining deadlines, though it will shorten the amount of time Class Counsel has to turn around the final approval papers. Given that during the initial 75-day period the Settlement Administrator will be remailing Notices, running skiptraces, and sending a reminder notice, it is unlikely that any Notices will be remailed in the final days of the Notice Period. *See id.* §§ 3.1(C)(4), 3.1(D). As a result, all remaining deadlines can be preserved. This, however, is the farthest out we can push the mailing without adjourning the Fairness Hearing and setting an entirely new schedule.

Because the Settlement Administrator will not finish the calculations and be able to issue the Notices today, we respectfully request an extension to that day to issue Notice and file a notice to the Court to Friday, January 30, at the latest. If the notice is mailed sooner, we will file a notice with Court before then. If, however, it is determined that the underlying data discrepancies cannot be resolved with certainty with enough time for notice to issue on Friday, we will alert the Court at that time.

. We apologize for the delay with filling this request and the continued delay in getting the Notice Period underway. Unfortunately, the Parties did not learn of these newly discovered discrepancies until a few hours ago.

Thank you for your time and consideration of this request.

Respectfully submitted,

Garett Kaske

cc: Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com