

**Via ECF**                                                                    January 26, 2026
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:    ***Campbell, et al. v. Bukhari Group LLC, et al.***
>          **No. 22 Civ. 2813 (PK)**

Dear Judge Kuo:

The Parties write to provide the Court with a status update and respectfully request that the Court adjourn the Fairness Hearing and distribution deadlines *sine die* so the Parties can ensure that the notice will be ready to issue once a new Fairness Hearing date is set.

This week, the Parties worked with the Settlement Administrator to resolve the discrepancies discussed in our letter from Monday.  On Tuesday, the Parties and the Settlement Administrator met by videoconference to review the specific list of discrepancies the Settlement Administrator uncovered when attempting to calculate the Class Members' individual allocations.  The Settlement Administrator provided a list of 58 individuals with mismatched dates of employment and payroll ("Group A") and another list of instances where during some period of the Class Members' employment a mismatch occurred ("Group B").  We determined that the mismatches in Group B resulted from Class Members having been paid by multiple entities in one year while working at several of Defendants' locations.  The Settlement Administrator then consolidated this data, so we could see the full picture for the 45 Class Members in Group B, and shared it with the Parties early Wednesday evening.  Class Counsel reviewed the data on Thursday and determined that 16 of the 45 did not need any additional data once the data was consolidated.  Defendants, however, still had to locate data or otherwise resolve the mismatches for 87 Class Members in Groups A and B.

This afternoon, Defendants provided the Settlement Administrator with corrections concerning Class Members that had been mistakenly flagged as having issues.  This includes, among other things, instances where data should be consolidated, pay dates unnecessarily creating an issue, and clarifying discrepancies with length of time worked and gross pay.  Defendants' Counsel, however, is still working with their clients to resolve inconsistencies with the underlying gross payroll data.  Defendants expect to have completed their search for the outstanding data by Wednesday, February 4.  Once provided, the Settlement Administrator will need a few days to complete the calculations and mail the Notices.  As a result, the Notice cannot issue today.

Because this information remains outstanding, we respectfully request that the Court adjourn the deadlines and the Fairness Hearing.  We ask that the Court adjourn without date at this time and, instead, set the Fairness Hearing date and remaining deadlines after we advise the Court that the data discrepancies have been resolved.  We believe this will be more efficient and have less impact on the Court's busy calendar.  We ask that the Court grant the Parties leave to file a status report by February 6.  As part of the status report, we will submit a proposed final schedule.

Thank you for your time and consideration of this request.

Respectfully submitted,

Garett Kaske

cc:  Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com