

February 27, 2026

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Campbell, et al. v. Bukhari Group LLC, et al.*
             No. 22 Civ. 2813 (PK)

Dear Judge Kuo:

    The Parties write to advise the Court that the Settlement Administrator mailed the notices today, February 27. Regretfully, this is four days late. The four-day delay will not affect any of the other deadlines in this matter. We apologize for not alerting the Court earlier this week.

    Since the conference, the Settlement Administrator has been working to extrapolate the data as discussed with the Court on February 13. *See* NYSCEF Nos. 90 (Min. Entry Ord. & So Ordered Stip.). The Parties worked to resolve a few lingering discrepancies in the data and the Settlement Administrator then performed the extrapolations, which we reviewed, provided feedback, and approved. The final calculations, however, took longer than anticipated, as the Settlement Administrator had to merge several sheets of calculations and consolidate the lines of data (representing the various periods of employment people worked) so that each Class Member could have an accurately calculated allocation total.

    Thank you for your time and continued attention to this matter.

                                                          Respectfully submitted,

                                                          Garett Kaske

cc: Counsel of Record (via ECF)