UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------------X
```

BRIANNA CAMPBELL, SHAKEIM ROBINSON, and      :
KEVAUGHN ROBINSON on behalf of themselves and :
others similarly situated,                   : Case No. 22 Civ. 2813 (PK)

                              Plaintiffs,    :
                                             :
         - against -                         :
                                             :
BUKHARI GROUP LLC, NAFEES BUKHARI, an        :
individual, ALI BUTT, an individual, 4399 BRONX :
CHICKEN LLC, BAYCHESTER CHICKEN BG LLC.,     :
3555 WHITE PLAINS BG LLC, 3411 JEROME AVE     :
CORP., and CONEY FOOD OF NY LLC,             :
                                             :
                              Defendants.    :

```
-------------------------------------------------------------------------X
```

## NOTICE OF FLSA COLLECTIVE MEMBERS, OPT-OUTS, AND OBJECTIONS

In accordance with Section 3.1(F) of the Settlement Agreement, Class Counsel files this Notice of Collective Members, Opt-Outs and, Objections.

**Claim Forms:** The Settlement Administrator has advised counsel that the individuals listed below submitted Claim Forms, thereby consenting to join this matter under the FLSA. The corresponding Claim Forms are attached as Appendix A, except for those marked with an asterisk, which will be filed under separate cover.

**Opt-Outs:** The Settlement Administrator received one opt-out from Antonickah Aponte, which is attached as Appendix B.

**Objections:** The Settlement Administrator did not receive any objections.

**List of FLSA Collective Members:**

| | | | |
|---|---|---|---|
| (1) | Muhammad Abdullah* | (4) | Mohammad Ali* |
| (2) | Yasmin Afroza | (5) | Timnashia Anderson |
| (3) | Sadia Akther | (6) | Natalie Antonetty |

1

(7)     Islam Ariful

(8)     Lawrence S. Bimpong

(9)     Anifa Brooks

(10)    Brianna Campbell

(11)    Merrylai Carrasquillo

(12)    Elvin Couvertier

(13)    Joslyn Cruz*

(14)    Desirae Drew

(15)    Fnu Farhan

(16)    Raymond Figueroa

(17)    Fnu Fizza

(18)    Symphany Green*

(19)    Md Hauqe

(20)    Md H Hossain*

(21)    Mohammad Islam

(22)    Saiful Islam

(23)    Qasim Kafayat

(24)    Mahbuba Khan

(25)    Mohammad Mohiuddin

(26)    Christhel M Olivia Arriola

(27)    Shakora Price

(28)    Fahad Riyan

(29)    Kevaughn Robinson

(30)    Shakeim Robinson

(31)    Brenda Rosado

(32)    Melissa Rosado

(33)    Kombeh Saine

(34)    Briana Solis

(35)    Destiny Solomon

(36)    Coyners Tangela

(37)    Mohammed Umair

(38)    LACHAWN WILLIAMS*

(39)    Perez Rojas Willmerly

(40)    Talha Yousaf

(41)    Mahanoor Zia

Dated: June 17, 2025
        Melville, New York

Respectfully submitted,

By:_____

        Garrett Kaske

Troy L. Kessler

2

Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Delmas A. Costin, Jr.
**THE LAW OFFICE OF
DELMAS A. COSTIN, JR., PC**
930 Grand Concourse, Suite 1B
Bronx, NY 10451
Telephone: (718) 618-0589
dacostin@dacostinlaw.com

*Attorneys for Plaintiffs and the
Putative FLSA Collective and Class*

To:    Kaitlyn P. Long
       **MARKS, O'NEILL, O'BRIEN,
       DOHERTY & KELLY, P.C**
       580 White Plains Rd., Suite 620
       Tarrytown, New York 10591
       (914) 345-3701
       klong@moodklaw.com
       *Attorneys for Defendants*

3

**APPENDIX A**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG004
Yasmin Afroza
2080 Wallace Ave Apt 522
Bronx, NY  10462-2550

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $1019.3, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/24/2026
Date

_Afroza Yasmin_
Signature

_Afroza Yasmin_
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
## <u>CLAIM FORM</u>



Xpand ID: BUG013
Sadia Akther
3182 Rochambeau Ave # APT-4H
Bronx, NY  10467-3722

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $908.56, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03 / 25 / 2026
_____
Date

_____
Signature

Sadia Akther
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

Doc ID: 3b2f79c9c96f6d5394952be60eb09520679ab8d5

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.,* No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG026
Timnashia J Anderson
185 Wortman Ave Apt 14I
Brooklyn, NY 11207-8519

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $2.51, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

_____
Date

_____
Signature

_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al. v. Bukhari Group LLC, et al.,* **No. 22 Civ. 2813**
## <u>CLAIM FORM</u>



Xpand ID: BUG027
Natalie Antonetty
2359 Southern Blvd Apt 2C
Bronx, NY  10460-1055

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $2607.56, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/09/2026
Date

_Natalie Antonetty_
Signature

Natalie Antonetty
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

U

**United States District Court for the Eastern District of New York**
*Campbell, et al. v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
**CLAIM FORM**



Xpand ID: BUG033
Islam Ariful
1047 E 232nd St
Bronx, NY  10466-4811

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $205.74, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/28/2026
_____
Date

_____
Signature

ARIFUL ISLAM
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

### CLAIM FORM



Xpand ID: BUG050
Lawrence S Bimpong
1855 Gaylord St Apt 407
Denver, CO  80206-6209

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $117.28, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/23/26
Date

_____
Signature

Lawrence S Bimpong
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG058
Anifa Brooks
1930 Schieffelin Ave Apt 5E
Bronx, NY 10466-5629

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $6.4, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye′s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3-09-26
_____
Date

_____
Signature

_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**

**SERVICE PAYMENT CLAIM FORM**

I, Brianna Campbell, having reviewed the Settlement Agreement ("Agreement") in *Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813, consulted with my counsel, and had sufficient time to consider same, agree and understand as follows:

1.     **Consideration.**  By signing and returning this Service Payment Claim Form, I will be eligible to receive a Service Payment amounting to $12,000.00, provided that the Court approves the Agreement and my Service Payment as is.  In exchange for this Service Payment, I agree to release Defendants from any claims I may have against them, as set forth below:

a.  **Release of Claims**.  By signing, dating, and returning this Claim Form, I agree to be bound by the Settlement Agreement, and you will release all wage-and-hour claims alleged in the Complaint, arising from the Plaintiffs' and Class Members' employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during from May 13, 2016, through July 29, 2022, pursuant to the NYLL and Fair Workweek Law of New York City.

b.  **General Release**.  In addition to the waiver and release above, and in consideration for the Service Payment, I, on behalf of myself, my heirs, executors, administrators, successors and assigns, voluntarily release and forever discharge Defendants and all Releasees from any claims whatsoever, in law or equity, which I may have against Releasees as of the date of the Preliminary Approval Order, whether known or unknown, asserted or unasserted, arising out of their employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, including, but not limited to, any claims under federal, state or local laws, including but not limited to Title VII of the Civil Rights Act of 1965, Sections 1981 through 1988 of Title 42 of the United States Code, the Federal and New York Equal Pay Acts, the Employee Retirement Income Security Act of 1974, the Immigration Reform and Control Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act of 1990, the Fair Credit Reporting Act; the Federal Worker Adjustment and Retraining Act, the Occupational Safety and Health Act, the Family and Medical Leave Act of 1993, the New York State Human Rights Law, the New York Worker Adjustment and Retraining Act; the New York Civil Rights Law, the New York Paid Sick Leave Law, the New York paid Family Leave Law, the New York Corrections Law, the New York Labor Law, The New York City Human Rights Law, the New York City Earned Safe and Sick Leave Law, all statutes as amended.

2.     **Definitions.**  I understand that the capitalized terms are defined in the Agreement and those definitions are incorporated into this form.

3.     **Settlement Share.**  By signing, dating, and returning this Service Award Claim Form, I further agree to be bound by the Agreement and accept my Individual Settlement Payment, which is estimated to be $870.37

06 / 02 / 2026
_____
Date

*Brianna Campbell*
_____
Signature

Brianna Campbell
_____
Name (Printed)

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG077
Merrylai Carrasquillo
1391 Nelson Ave Apt 5C
Bronx, NY  10452-2440

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $164.16, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3-9-26
Date

Merryhi Carrasquillo
Signature

Merrylai Carrasquillo.
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
## CLAIM FORM



Xpand ID: BUG100
Elvin Couvertier
2175 Lacombe Ave Apt 9C
Bronx, NY  10473-1625

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $547.85, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3|11|26
_____
Date

Elvin J Couvertier
_____
Signature

Elvin J Couvertier
_____
Name (Printed)

### YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
### TO BE ELIGIBLE FOR PAYMENT.

United States District Court for the Eastern District of New York

*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG119
Desirae K Drew
584 E 163rd St Apt 2A
Bronx, NY  10456-7247

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $519.97, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/15/2026
Date

_D. Drew_
Signature

Desirae Drew
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
<u>**CLAIM FORM**</u>



Xpand ID: BUG123
Fnu Farhan
3165 Dertur Ave
Bronx, NY  10467

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $1853.66, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03 / 19 / 2026
_____
Date

_____
Signature

Fnu Farhan
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

Doc ID: af10411e3b4d7d1df92e44e7f518997d488cf550

# CLAIM FORM

Xpand ID: BUG131
Raymond Figueroa
826 Metcalf Ave
Bronx, NY  10473-4181

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $2584.44, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@Xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

04·17·2026
_____
Date

_____Raymond Figueroa_____
Signature

_____Raymond Figueroa_____
Name (Printed)

## YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
## TO BE ELIGIBLE FOR PAYMENT.

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG133
Fnu Fizza
2440 Maclay Ave Apt 5F
Bronx, NY  10461-2933

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $1201.83, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/17/2026
Date

Fizzar
Signature

Fnu Fizza
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM

MD N. Haque.
504 Studebaker Ave.,
Warren, MI 48089

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $3,370.95, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **June 2, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

06 / 02 / 2026
_____
Date

*Md haque*

_____
Signature

MD N. Haque

_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY JUNE 2, 2026
TO BE ELIGIBLE FOR PAYMENT.**

Doc ID: 8e54356dad851707f0f46e2024aba8373da6a970

United States District Court for the Eastern District of New York

*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG177
Mohammad N Islam
985 Duncan St 1ST Floor
Bronx, NY  10469-3730

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $6298.17, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3-23-2026
_____
Date

_Aoz_ (signature)
_____
Signature

MOHAMMAD NoRuL ISLAM
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG180
Saiful Islam
3165 Decatur Ave Apt 3D
Bronx, NY  10467-4526

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $134.39, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator:

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03-26-2026
_____
Date

*SAIFUL*
_____
Signature

SAIFUL ISLAM
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
## CLAIM FORM



Xpand ID: BUG203
Qasim Kafayat
919 Foster Ave
Brooklyn, NY  11230-1364

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $128.5, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

March 9, 2026
_____
Date

_____
Signature

Qasim Kafayat
_____
Name (Printed)

### YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
### TO BE ELIGIBLE FOR PAYMENT.

**United States District Court for the Eastern District of New York**

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG209
Mahbuba Khan
1150 Grand Concourse Apt 1J
Bronx, NY  10456-3924

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $719.13, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/28/2026
_____
Date

Mahbuba islam
_____
Signature

MAHBUBA ISLAM KHAN
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al. v. Bukhari Group LLC, et al., No. 22 Civ. 2813*
**CLAIM FORM**



Xpand ID: BUG246
Mohammad Mohiuddin
531 Oakdale Rd Apt I
Newark, DE 19713-3634

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $4333.95, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

05/01/2026
Date

_Mhiuddin_
Signature

MOHAMMAD MOHIUDDIN
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
**CLAIM FORM**



Xpand ID: BUG262
Cristhel M Oliva Arriola
1294 Hoe Ave # 3
Bronx, NY  10459-1660

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $1177.27, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

4/23/2026
Date

*Cristhel Oliva*
Signature

Cristhel Oliva
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG276
Shakora Price
1985 Schieffelin Ave Apt 2A
Bronx, NY  10466-5611

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $161.18, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/16/26
Date

_Shakora Price_
Signature

Shakora Price
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG284
Fahad Riyan
3165 Decatur Ave Apt 3D
Bronx, NY  10467-4526

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $2569.12, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye´s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03-26-2026
_____
Date

_____
Signature

FAHAD ISLAM RIYAN
_____
Name (Printed)

## YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
## TO BE ELIGIBLE FOR PAYMENT.

**United States District Court for the Eastern District of New York**
*Campbell, et al. v. Bukhari Group LLC, et al.,* No. 22 Civ. 2813
**CLAIM FORM**



Xpand ID: BUG288
Kevaughn Robinson
3511 Dekalb Ave Apt 1A
Bronx, NY  10467-1259

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $1625.33, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/12/26
_____
Date

_Kevaughn Robinson_ (signature)
_____
Signature

Kevaughn Robinson
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

**SERVICE PAYMENT CLAIM FORM**

I, Kevaughn Robinson, having reviewed the Settlement Agreement ("Agreement") in *Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813, consulted with my counsel, and had sufficient time to consider same, agree and understand as follows:

1.    **Consideration.**  By signing and returning this Service Payment Claim Form, I will be eligible to receive a Service Payment amounting to $7,500.00, provided that the Court approves the Agreement and my Service Payment as is.  In exchange for this Service Payment, I agree to release Defendants from any claims I may have against them, as set forth below:

a.    **Release of Claims**.  By signing, dating, and returning this Claim Form, I agree to be bound by the Settlement Agreement, and you will release all wage-and-hour claims alleged in the Complaint, arising from the Plaintiffs' and Class Members' employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during from May 13, 2016, through July 29, 2022, pursuant to the NYLL and Fair Workweek Law of New York City.

b.    **General Release**.  In addition to the waiver and release above, and in consideration for the Service Payment, I, on behalf of myself, my heirs, executors, administrators, successors and assigns, voluntarily release and forever discharge Defendants and all Releasees from any claims whatsoever, in law or equity, which I may have against Releasees as of the date of the Preliminary Approval Order, whether known or unknown, asserted or unasserted, arising out of their employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, including, but not limited to, any claims under federal, state or local laws, including but not limited to Title VII of the Civil Rights Act of 1965, Sections 1981 through 1988 of Title 42 of the United States Code, the Federal and New York Equal Pay Acts, the Employee Retirement Income Security Act of 1974, the Immigration Reform and Control Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act of 1990, the Fair Credit Reporting Act; the Federal Worker Adjustment and Retraining Act, the Occupational Safety and Health Act, the Family and Medical Leave Act of 1993, the New York State Human Rights Law, the New York Worker Adjustment and Retraining Act; the New York Civil Rights Law, the New York Paid Sick Leave Law, the New York paid Family Leave Law, the New York Corrections Law, the New York Labor Law, The New York City Human Rights Law, the New York City Earned Safe and Sick Leave Law, all statutes as amended.

2.    **Definitions.**  I understand that the capitalized terms are defined in the Agreement and those definitions are incorporated into this form.

3.    **Settlement Share.**  By signing, dating, and returning this Service Award Claim Form, I further agree to be bound by the Agreement and accept my Individual Settlement Payment, which is estimated to be $1,625.33

06 / 03 / 2026

_____
Date

_____
Signature
Kevaughn Robinson

_____
Name (Printed)

**United States District Court for the Eastern District of New York**
*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

**SERVICE PAYMENT CLAIM FORM**

I, Shakeim Robinson, having reviewed the Settlement Agreement ("Agreement") in *Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813, consulted with my counsel, and had sufficient time to consider same, agree and understand as follows:

1.      **Consideration.**  By signing and returning this Service Payment Claim Form, I will be eligible to receive a Service Payment amounting to $10,000.00, provided that the Court approves the Agreement and my Service Payment as is.  In exchange for this Service Payment, I agree to release Defendants from any claims I may have against them, as set forth below:

a.  **Release of Claims**.  By signing, dating, and returning this Claim Form, I agree to be bound by the Settlement Agreement, and you will release all wage-and-hour claims alleged in the Complaint, arising from the Plaintiffs' and Class Members' employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during from May 13, 2016, through July 29, 2022, pursuant to the NYLL and Fair Workweek Law of New York City.

b.  **General Release**.  In addition to the waiver and release above, and in consideration for the Service Payment, I, on behalf of myself, my heirs, executors, administrators, successors and assigns, voluntarily release and forever discharge Defendants and all Releasees from any claims whatsoever, in law or equity, which I may have against Releasees as of the date of the Preliminary Approval Order, whether known or unknown, asserted or unasserted, arising out of their employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, including, but not limited to, any claims under federal, state or local laws, including but not limited to Title VII of the Civil Rights Act of 1965, Sections 1981 through 1988 of Title 42 of the United States Code, the Federal and New York Equal Pay Acts, the Employee Retirement Income Security Act of 1974, the Immigration Reform and Control Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act of 1990, the Fair Credit Reporting Act; the Federal Worker Adjustment and Retraining Act, the Occupational Safety and Health Act, the Family and Medical Leave Act of 1993, the New York State Human Rights Law, the New York Worker Adjustment and Retraining Act; the New York Civil Rights Law, the New York Paid Sick Leave Law, the New York paid Family Leave Law, the New York Corrections Law, the New York Labor Law, The New York City Human Rights Law, the New York City Earned Safe and Sick Leave Law, all statutes as amended.

2.      **Definitions.**  I understand that the capitalized terms are defined in the Agreement and those definitions are incorporated into this form.

3.      **Settlement Share.**  By signing, dating, and returning this Service Award Claim Form, I further agree to be bound by the Agreement and accept my Individual Settlement Payment, which is estimated to be $477.03.

06 / 02 / 2026

_____                    _____
Date                                                        Signature

_____
Shakeim Robinson
Name (Printed)

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
<u>**CLAIM FORM**</u>



Xpand ID: BUG295
Brenda C Rosado
2793 Dewey Ave Apt 10
Bronx, NY  10465-2854

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $1560.5, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

March 10, 2026
Date

*Brenda Rosado*
Signature

*Brenda Rosado*
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, **No. 22 Civ. 2813**
## <u>CLAIM FORM</u>



Xpand ID: BUG297
Melissa Rosado
4354 Richardson Ave Apt 4C
Bronx, NY  10466-1433

**YOUR ESTIMATED SETTLEMENT SHARE:**  If you properly submit this Claim Form by the deadline, you should receive approximately $2339.77, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:**  To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:**  If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:**  By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:**  In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/10/26
Date

*Melissa Rosado*
Signature

Melissa Rosado
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG301
Kombeh Saine
700 Euclid Ave Apt 7G
Brooklyn, NY  11208-4525

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $422.11, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/7/26
_____
Date

*Saine*
_____
Signature

Kombeh Saine
_____
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
Campbell, et al. v. Bukhari Group LLC, et al., No. 22 Civ. 2813
**CLAIM FORM**



Xpand ID: BUG318
Destiny Solomon
704 Brook Ave Apt 8H
Bronx, NY 10455-1387

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $77.16, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026**. If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

05/04/26
Date

_Destiny Solomon_
Signature

Destiny Solomon
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**

*Campbell, et al. v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG328
Conyers Tangela
115 E Moshlu Pkw A35
Bronx, NY  10467

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $894.74, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026.** If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/11/26
Date

*J. Conyers*
Signature

*Tangela Conyers*
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York
*Campbell, et al.  v. Bukhari Group LLC, et al.*, No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG347
Mohammad Umair
2836 W 35th St
Brooklyn, NY  11224-1523

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $996.2, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

3/22/2026
Date

*Umair*
Signature

Mohammad Umair
Name (Printed)

### YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
### TO BE ELIGIBLE FOR PAYMENT.

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.
- The Court in charge of this case still has to decide whether to

*Campbell, et al. v. Bukhari Group LLC, et al.,* No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG365
Perez Rojas Willmerlyn
722 Quincy Ave # 2
Bronx, NY  10465-2408

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $929.93, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026**.  If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/09/2026
Date

Signature

perez willmeriyn
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

United States District Court for the Eastern District of New York

*Campbell, et al. v. Bukhari Group LLC, et al.,* No. 22 Civ. 2813

## CLAIM FORM



Xpand ID: BUG372
Talha Yousaf
2662 W 2nd St Apt 1C
Brooklyn, NY  11223-6368

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $996.2, minus applicable taxes. This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope. Your Claim Form must be postmarked or received on or before **May 13, 2026.** If you lose the envelope, you can mail the Claim Form to the below address. You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye′s Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address. It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

03/10/2026
Date

*Talha-Yousaf*
Signature

Talha Yousaf
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026
TO BE ELIGIBLE FOR PAYMENT.**

**United States District Court for the Eastern District of New York**
*Campbell, et al.  v. Bukhari Group LLC, et al.,* No. 22 Civ. 2813
## CLAIM FORM



Xpand ID: BUG374
Mahanoor Zia
1011 E 12th St 2ND
Brooklyn, NY  11230-4111

**YOUR ESTIMATED SETTLEMENT SHARE:** If you properly submit this Claim Form by the deadline, you should receive approximately $510.78, minus applicable taxes.  This settlement money relates to your share of the claims brought under the federal law known as the Fair Labor Standards Act.

**DEADLINE:** To receive your settlement payment, you must complete, sign, and return this Claim Form in the enclosed pre-paid envelope.  Your Claim Form must be postmarked or received on or before **May 13, 2026.** If you lose the envelope, you can mail the Claim Form to the below address.  You may also return the Claim Form by fax or e-mail to the Settlement Administrator.

Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
Toll-free: (888) 557-2773
Fax: (949) 996-7556
classaction@xpandlegal.com

**CHANGE OF ADDRESS:** If you change your address, please inform Settlement Administrator of your new address.  It is your responsibility to keep a current address on file with Settlement Administrator.

**RELEASE:** By signing, dating, and returning this Claim Form, you agree to be bound by the Settlement Agreement, and you will release all related wage-and-hour claims alleged in the Complaint, arising before July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Additionally, by not opting out of the settlement, you will release all wage-and-hour claims alleged in the Complaint, arising between May 13, 2016 and July 29, 2022, from your employment with Defendants 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., and Coney Food of NY LLC, during the Relevant Period, pursuant to the New York Labor Law and Fair Workweek Law of New York City.

**CONSENT TO JOIN:** In addition, by returning this Claim Form you consent to join this case as a party plaintiff under the Fair Labor Standards Act.

04/09/2026
Date

*[signature]*
Signature

Mahanoor Zia
Name (Printed)

**YOU MUST SUBMIT THIS FORM BY MAY 13, 2026**
**TO BE ELIGIBLE FOR PAYMENT.**

 Scanned with CamScanner

**APPENDIX B**

**Via First Class Mail**
Popeye's Settlement
c/o Xpand Legal Consulting
PO Box 51570
Irvine, CA 92619-9801
classaction@xpandlegal.com

Dear Sir/Madam:

*I elect to exclude myself from the settlement in Campbell, et al. v. Bukhari Group LLC, et al.,*
No. 22 Civ. 2813 (E.D.N.Y.).

I have my own case under the caption of *Aponte v. Bukhari Group LLC d/b/a Popeyes Louisiana Kitchen, et al.*, No. 25 Civ. 6139 (S.D.N.Y.).

Name: Antonickah Aponte
Address: 530 Exterior St, Apt 5Q, Bronx, NY 10451-2066
Telephone Number: (347) 777-1724

Signature    *Aaponte*
            Antonickah Aponte

Date:    03-10-2026