# Exhibit C

**TROY L. KESSLER**
Kessler Matura P.C.
534 Broadhollow Road
Melville, NY 11747
tkessler@kesslermatura.com
www.kesslermatura.com
(631) 499-9100

## CURRICULUM VITAE

### BAR ADMISSIONS

New York (1997)
U.S. Court of Appeals, Second Circuit
U.S. District Court Northern District of New York
U.S. District Court Southern District of New York
U.S. District Court Eastern District of New York

### EDUCATION

**Loyola University Chicago School of Law**, Chicago, Illinois
Juris Doctor (May 1996)

**University of Wisconsin**, Madison, Wisconsin
B.A., Political Science and History (May 1993)

### PROFESSIONAL HISTORY

*Law Firms*

**Kessler Matura P.C.**, Melville, New York
*Founding Partner and Shareholder* (January 2020 – Present)
Kessler Matura P.C., like Shulman Kessler, LLP, concentrates in the representation of employees in collective and class actions involving wage-and-hour disputes, as well as in discrimination and harassment cases and contract and severance negotiations.

**Shulman Kessler LLP**, Melville, New York
*Founding Partner* (March 2010 – December 2020)

**Misiano Shulman Capetola & Kessler, LLP**, Melville, New York
*Founding Partner* (January 2003 – March 2010)
Represented employees in a variety of employment-related disputes including discrimination and harassment cases as well as collective and class actions involving wage-and-hour disputes.

**Capetola & Doddato, Esqs., LLP**, Williston Park, New York
*Associate* (September 1996 - December 2002)
Handled general civil litigation matters and represented individuals in a variety of employment-related disputes including discrimination and harassment cases.

*Teaching*

**Benjamin N. Cardozo School of Law**, New York, New York
*Adjunct Professor of Law* (August 2024 – Present)
Alternative Dispute Resolution in the Workplace

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

- Center for Labor & Employment Law at the New York University School of Law, Advisory Board Member

- College of Labor and Employment Lawyers, Fellow

- Federal Bar Association, Eastern District of New York Chapter, Past-President

- American Bar Association - Labor & Employment Section, Member, and co-chair of the Section's Alternative Dispute Resolution Committee

- National Employment Lawyers Association, Member

- National Employment Lawyers Association/New York ("NELA/NY"), Former Executive Board Member

- Suffolk County Bar Association's Labor & Employment Committee, past Co-Chair

- New York State Bar Association, Member

- Nassau County Bar Association, Mentor

## PUBLISHED WORKS

Joan C. Foley, Robin Boyle-Laisure, and Troy L. Kessler, *Merging the Bench, Bar, and Law Schools: How a Student Scholars Program Achieves Professional Identity Through Scholarly Writing, Mentorship, and Presentation*, 93 UMKC L. Rev. 1 (Fall 2024).

Chapter Editor (2022 – Present) and Contributor (2016 - 2022), American Bar Association's FLSA Midwinter Report, which serves as the annual supplement to the Ellen C. Kearns et al. eds., Fair Labor Standards Act (2d. ed. 2010).

Samuel Estreicher and Troy Kessler, *Employers Should Reconsider Plans to Discharge Employees for Refusing the COVID-19 Vaccine*, N.Y. Law Journal (May 26, 2022).

## **REPRESENTATIVE CASES**

Since 2007, I have participated in and supervised the prosecution of more than 300 wage-and-hour cases, including individual cases as well as collective and class action cases. Notable examples of cases in which my firm and I were or are currently involved, include:

- *Campbell v. Bukhari Group LLC*, No. 22 Civ. 2813, 2025 WL 1874485 (E.D.N.Y. July 8, 2025) (preliminary approval of class and collective action settlement involving fast-food workers)

- *Gibson v. Citizens Options Unlimited, Inc.*, No. 600785/2025, NYSCEF No. 13 (Sup. Ct. Apr. 7, 2025) (granting approval of class action settlement involving non-exempt managers employed at a non-profit organization's residential facilities)

- *Vangorden v. Honeybee Foods Corp.*, No. 623304/2024, NYSCEF No. 20 (Sup. Ct. Apr. 22, 2025) (approving class action settlement involving fast-food workers in New York City)

- *LaVia v. Curaleaf Holdings, Inc.*, No. 610309/2024, NYSCEF No. 21 (Sup. Ct. Feb. 25, 2025) (granting final approval of class action settlement involving security guards)

- *Lucente v. EAD Entertainment, LLC*, No. 23 Civ. 3560 (E.D.N.Y. Nov. 7, 2024) (granting final approval of class action settlement involving paint-bar workers)

- *Ellison v. Adam Rest Corp.*, No. 607508/2023, 2024 WL 2273524 (Sup. Ct. Apr. 2, 2024) (certifying class of servers and bartenders employed across several separately incorporated restaurants operating under two brands), *class action settlement approved*, NYCEF No. 118 (Sup. Ct. Apr. 3, 2025)

- *Norfleet v. RevCore Recovery Center Manhattan LLC*, No. 617754/2023, NYCEF No. 18 (Sup. Ct. Jan. 29, 2024) (granting approval of class action settlement involving counselors)

- *Reynolds v. Otsego SNF Opers. Assocs. LLC*, No. 620635/2023, NYSCEF No. 17 (Sup. Ct. Jan. 5, 2024) (granting approval of class action settlement involving manual workers employed by a group of nursing and rehabilitation homes)

- *Fishkin v. Gourmet Express LTD*, No. 610142/2022, NYCEF No. 28 (Sup. Ct. Mar. 22, 2023) (granting final approval of class action settlement involving catering employees)

- *Baten v. Michigan Logistics, Inc.*, No. 2:18 Civ. 10229 (C.D. Cal. Oct. 25, 2021) (certifying class of auto-parts delivery drivers classified as independent contractors), *final approval granted*, 2023 WL 2440244 (Mar. 8, 2023) (tentative order), *adopted* ECF No. 156 (Mar. 9, 2023) (approving class action settlement on behalf of auto-parts delivery drivers)

3

- *Manfredo v. VIP Auto Group of Long Island, Inc.*, No. 2:20 Civ. 3728, 2021 WL 4958907 (E.D.N.Y. Oct. 26, 2021) (granting collective certification of salespersons employed at several separately incorporated auto dealerships), *settlement approved*, ECF No. 46 (E.D.N.Y. Jan. 12, 2023) (granting final approval of class and collective action settlement involving more than 370 salespersons employed at multiple car auto dealerships)

- *Henne v. LI Wax FD, LLC, et al.*, No. 200516/2022, NYSCEF No. 20 (Sup. Ct. Oct. 18, 2022) (approving class action settlement on behalf of waxing and tanning employees)

- *Ludwig v. General Dynamics Information Technology, Inc.*, No. 19-CI-1073 (Ky. Cir. Ct. May 19, 2022) (granting final approval of class action settlement on behalf of call center workers)

- *Cucuzza v. National Debt Relief, LLC*, No. 601631/2021, NYSCEF No. 31 (Sup. Ct. Apr. 20, 2022) (granting final approval of class action settlement involving salespersons)

- *Bonefort v. Sticker Mule LLC*, No. 20 Civ. 1222, ECF No. 33 (N.D.N.Y. Feb. 24, 2022) (granting final approval of class action settlement on behalf of sticker production workers)

- *Lawson v. Realization Center, Inc.*, No. 613219/2021, NYSCEF No. 24 (Sup. Ct. Jan. 27, 2022) (granting plaintiff's motion for approval of class action settlement)

- *Tabacchino v. Laboratory Corp. of Am. Holdings*, No. 613075/2021, NYSCEF No. 39 (Sup. Ct. Dec. 16, 2021) (granting approval of class action settlement on behalf of couriers)

- *Guy v. DMG Installations, Inc.*, No. 4:20 Civ. 331 (S.D. Iowa Oct. 22, 2021) (granting approval of collective action settlement involving cable installers classified as independent contractors)

- *Lopez v. New York Community Bancorp, Inc.*, No. 2:20 Civ. 2741, ECF No. 54 (E.D.N.Y. Oct. 7, 2021) (approving FLSA collective action settlement on behalf of retail bank employees in New York State)

- *Petersen v. Emblemhealth, Inc.*, No. 20 Civ. 2568, ECF 62 (E.D.N.Y. Sept. 13, 2021) (approving collective action settlement on behalf of insurance sales representatives)

- *Dawson v. Sterling Bancorp, Inc.*, No. 623157/2019, NYSCEF No. 38 (Sup. Ct. April 28, 2021) (final approval of class action settlement involving assistant branch managers of bank)

- *Edwards v. Servicemaster Co., LLC*, No. 20 Civ. 6124, 2021 WL 1558341 (S.D.N.Y. Apr. 21, 2021) (approving multi-plaintiff FLSA settlement)

- *Vieten v. Christmas Tree Shops, Inc.*, No. UNN-L-601-21 (Sup. Ct. N.J. Apr. 6, 2021) (nationwide collective action settlement approved)

4

- *Pierre v. Kaufman Enters., LLC*, No. 2019/604065, NYSCEF No. 30 (Sup. Ct. Dec. 7, 2020) (final approval of class action settlement involving fast-food-chain assistant store managers)

- *Rotthoff v. New York State Catholic Health Plan, Inc.*, No. 19 Civ. 4027, 2020 WL 5763862 (E.D.N.Y. Sept. 28, 2020) (denying motion to dismiss class and collective action claims of care management employees), 2021 WL 1310220 (E.D.N.Y. April 8, 2021) (approving multi-plaintiff FLSA settlement)

- *Meo v. Lane Bryant, Inc.*, No. 18 Civ. 6360, 2019 WL 5157024 (E.D.N.Y. Sept. 31, 2019) (conditionally certifying collective of retail assistant store managers), *settlement approved by*, 2020 WL 4047897 (E.D.N.Y. July 17, 2020) (49-state collective action settlement approved)

- *Vecchione v. Consumers Warehouse Center, Inc.*, No. 606019/2017, NYSCEF No. 60 (Sup. Ct. Jan. 15, 2020) (class action settlement involving over 100 salespersons approved)

- *Davis v. Buy Buy Baby, Inc.*, No. UNN-L-3630-19 (Sup. Ct. N.J. Feb. 18, 2020) (nationwide collective action settlement approved)

- *Flanagan v. Bank of Am. Corp.*, No. 613647/2018, 2019 WL 8135315 (Sup. Ct. Nov. 19, 2019) (nationwide class and collective action settlement approved)

- *Alfano v. Zocdoc, Inc.*, No. 18 Civ. 2558, 2019 WL 4803312 (S.D.N.Y. Oct. 1, 2019) (approving collective action settlement on behalf of more than 150 inside sales representatives)

- *Freeman v. General Dynamics Information Technology, Inc.*, 18 Civ. 855, 2019 WL 4803277 (Md. Fla. Sept. 19, 2019), *adopted by*, 2019 WL 5168632 (M.D. Fla. Oct. 15, 2019) (approval of 182-plaintiff settlement on behalf of customer service representatives)

- *Przytula v. Bed Bath & Beyond Inc.*, No. 17 Civ. 5124 (N.D. Ill. Jan. 29, 2019) (approving nationwide collective action settlement on behalf of assistant store managers)

- *Williams v. TSU Glob. Servs. Inc.*, No. 18 Civ. 72, 2018 WL 6075668 (E.D.N.Y. Nov. 20, 2018) (recommending the conditional certification of a collective of drivers), *adopted by*, 2019 WL 1056273 (E.D.N.Y. Mar. 1, 2019)

- *Weston v. TechSol, LLC*, No. 17 Civ. 0141, 2018 WL 4693527 (E.D.N.Y. Sept. 26, 2018) (approving collective action settlement on behalf of cable installers)

- *Capilupi v. People's United Financial, Inc.*, No. 15 Civ. 5247, 2018 WL 4693588 (E.D.N.Y. Sept. 27, 2018) (class action settlement approved on behalf of over 200 assistant bank managers)

- *Oakley v. Servisair*, No. 13 Civ. 4191 (E.D.N.Y. May 25, 2017) (conditionally certifying nationwide collective of fuelers employed at airports throughout the United States), *settlement approved by* (E.D.N.Y. Aug. 5, 2018) (approving collective action settlement)

5

- *Crosby v. Lasership, Inc.*, No. 15 Civ. 8694 (S.D.N.Y. June 30, 2017) (class action settlement approved on behalf of over 900 package deliverers)

- *Brackley v. Red Robin Gourmet Burgers, Inc.*, No. 16 Civ. 288, 2017 WL 838227, (E.D.N.Y. Mar. 2, 2017) (granting preliminary approval of settlement and class certification for settlement purposes), *settlement approved by* (E.D.N.Y. June 6, 2017) (class action settlement approved on behalf of over 2,000 servers employed at the defendants' New York restaurants)

- *Cruz v. Burger Brothers Rest. Group, Inc.*, No. 14 Civ. 3186 (E.D.N.Y. Mar. 28, 2017) (class action settlement approved on behalf over 275 assistant store managers employed at over 45 fast food restaurants in New York)

- *Robinson v. Big City Yonkers, Inc.*, No. 600159/2016, 2017 WL 449572, 2017 N.Y. Slip Op. 30177(U) (Sup. Ct. Jan. 17, 2017) (class action certified on behalf of approximately 1,700 delivery drivers), *settlement approved*, NYSCEF No. 292 (Sup. Ct. Feb. 13, 2018)

- *Rodriguez v. Joseph Eletto Transfer, Inc.*, No. 5431/2016, 2016 NY Slip Op 32592(U), 2016 WL 7365683 (Sup. Ct. Dec. 15, 2016) (class action settlement approved on behalf of approximately 80 delivery drivers)

- *Davis v. IMG Worldwide, LLC*, No. 15 Civ. 2157 (S.D.N.Y. July 27, 2016) (class action settlement preliminarily approved on behalf of approximately 85 Fashion Week workers)

- *Bijoux v. Amerigroup N.Y., LLC*, No. 14 Civ. 3891, 2015 WL 5444944 (E.D.N.Y. Sept. 15, 2015) (conditionally certifying collective), *settlement approved by*, 2016 WL 2839797 (E.D.N.Y. May 12, 2016) (class action settlement approved on behalf of approximately 250 marketing representatives)

- *Klein v. Weatherproofing Tech., Inc.*, No. 15 Civ. 4443 (E.D.N.Y. Jan. 29, 2016) (conditionally certifying collective of over 200 roofing technicians employed throughout New York State), *settlement approved by*, (E.D.N.Y. Feb. 27, 2018) (approving settlement for the opt-in plaintiffs)

- *Puglisi v. TD Bank, N.A.*, 998 F. Supp. 2d 95 (E.D.N.Y. 2014) (conditional certification granted), *settlement approved by*, 2015 WL 4608655 (E.D.N.Y. July 30, 2015) (class action settlement approved on behalf of approximately 2,500 assistant branch managers)

- *Sukhnandan v. Royal Health Care of Long Island*, No. 12 Civ. 4216, 2014 WL 3778173 (S.D.N.Y. July 31, 2014) (matter on behalf of more than 400 marketing representatives approved as a class and collective action settlement)

- *Morris v. Affinity Health Plan*, 859 F. Supp. 2d 611 (S.D.N.Y. 2012) (matter on behalf of approximately 1,500 marketing representatives certified as a class action and settlement approved)

6

- *Salomon v. Adderley Indus.*, 847 F. Supp. 2d 561 (S.D.N.Y. 2012) (matter on behalf of approximately 400 cable technicians conditionally certified as a collective action)

- *Garcia v. Pancho Villa's of Huntington Village*, 678 F. Supp. 2d 89 (E.D.N.Y. 2010), *class certified b*y, 281 F.R.D. 100 (E.D.N.Y. 2011), *settlement approved b*y, 2012 WL 5305694 (E.D.N.Y. Oct. 4, 2012) (matter on behalf of kitchen and wait-staff employees of Mexican restaurants conditionally certified as a collective action, then certified as a collective and class action and settlement approved)

- *Avila v. Northport Car Wash*, 774 F. Supp. 2d 450 (E.D.N.Y. 2011) (matter on behalf of car wash laborers conditionally certified as a collective action)

- *Moore v. Eagle Sanitation*, 276 F.R.D. 54 (E.D.N.Y. 2011) (matter on behalf of sanitation truck drivers conditionally certified as a collective action)

- *Cruz v. Lyn-Rog*, 754 F. Supp. 2d 521 (E.D.N.Y. 2010) (matter on behalf of car wash laborers conditionally certified as a collective action)

- *Pineda v. Jim-Mar Consultants*, 741 F. Supp. 2d 398 (E.D.N.Y. 2010) (matter on behalf of laborers in a granite and marble yard conditionally certified as a collective action), *modified*, 741 F. Supp. 2d 403

- *Reyes v. Ted McCarthy Construction Design & Maintenance*, No. 10 Civ. 2378, 2010 WL 5508685 (E.D.N.Y. Dec. 8, 2010) (matter on behalf of landscaping and masonry laborers conditionally certified as a collective action)

- *Cano v. Four M. Food*, No. 08 Civ. 3005, 2009 WL 5710143 (E.D.N.Y. Feb. 3, 2009) (matter on behalf of grocery store workers conditionally certified as a collective action)

## SPEAKING ENGAGEMENTS (2016 – Present)

- March 16, 2026 – Panelist, "Assessing AAA Rule Changes for Employment Cases," Center for Labor and Employment Law and the American Arbitration Association, NYU School of Law

- February 25, 2026 – Panelist, "What Parties Expect from Arbitrators: Best Practices and Benchmarks," American Arbitration Association, New York Employment Arbitrators

- October 18, 2025 – Panelist, New York State Bar Association's Labor and Employment Section 2025 Fall Meeting, on Training Repayment Agreement Provisions (TRAPs).

- September 29, 2025 – Panelist, "Remedies in Employment Law," Twenty-Sixth Annual NYU/Federal Judicial Conference Employment Law Workshop for Federal Judges.

- June 10, 2025 – Panelist, "Emerging Issues in Employment Arbitration," Seventy-Seventh Annual NYU Conference on Labor.

- May 2, 2025 – Panelist, "Key Differences Between NY and NJ Employment Law," New Jersey Association for Justice, Boardwalk Seminar.

- October 17, 2024 – Panelist, "Developments in NLRB Caselaw and Remedies, and Implications for Employment Law Practitioners," ABA Section of Labor and Employment Law Webinar.

- May 23, 2024 – Panelist, "Arbitration Provider Policies and Procedures – Enhancing Employee Friendly Arbitration Procedures," Seventy-Sixth Annual NYU Conference on Labor.

- September 18, 2023 – Panelist, "Remedies in Employment Law," Twenty-Fifth Annual NYU/Federal Judicial Conference Employment Law Workshop for Federal Judges.

- May 24, 2023 – Panelist, "Addressing Hiring Discrimination Against Older and Disabled Workers, and Formerly Incarcerated Individuals," Seventy-Fifth Annual NYU Conference on Labor.

- July 29, 2022 – Faculty, "Employment Law in the Post-Pandemic Era," Institute of Judicial Administration's Sixty-Third Annual New Appellate Judges Seminar, NYU School of Law.

- June 9, 2022 – Panelist, "Worker Protections in the Age of the Pandemic: Safety, Conduct, & Discrimination Issues," Seventy-Fourth Annual NYU Conference on Labor.

- June 9, 2022 – Panelist, "Arbitrating Worker Classification Disputes in the Gig Economy," American Arbitration Association, New York.

- April 29, 2021 – Panelist, "Remedies in Employment Law," Twenty-Fourth Annual NYU/Federal Judicial Conference Employment Law Workshop for Federal Judges.

- November 12, 2020 – Panelist, American Bar Association's Labor and Employment Conference, on the topic of the multi-jurisdictional practice of law.

- August 12, 2020 – Panelist, New York County Lawyers Association, Employment and Wage & Hour Mediation Training Program, on the topic of classifying employees.

- March 11, 2020 – Panelist, Remedies in employment litigation, at the Twenty-Third Annual NYU Employment Law Workshop for Federal Judges at New York University School of Law.

- November 8, 2019 – Panelist, American Bar Association's Labor and Employment Conference in New Orleans, Louisiana, on the topic of best practices for class discovery in wage and hour litigation.

- September 16, 2019 – Instructor, Trial practice all-day CLE event for counsel in the U.S. Department of Labor's New York Regional Solicitor's Office.

8

- March 22, 2019 – Panelist, Remedies in employment litigation, at the Twenty-Second Annual NYU Employment Law Workshop for Federal Judges at New York University School of Law.

- February 16, 2019 – Panelist, "Current state of wage and hour arbitrations in the wake of the U.S. Supreme Court's decision in Epic Systems Corp. v. Lewis," at the American Bar Association's Labor and Employment Law Committee midwinter meeting.

- November 8, 2018 – Panelist, American Bar Association's Labor and Employment Conference in San Francisco, California, on the topic of best practices for issuing class notices.

- June 8, 2018 – Presenter, Seventy-First Annual NYU Conference on Labor, on the topic of best practices for ethical witness interactions.

- April 18, 2018 – Presenter, Federal Bar Association, Eastern District of New York Chapter's "Fair Labor Standards Act Update," on the topic of settlement issues in wage-and-hour litigation in the wake of the Second Circuit's decision in *Cheeks v. Freeport Pancake House*.

- March 21, 2018 – Panelist, Twenty-First Annual NYU Employment Law Workshop for Federal Judges at New York University School of Law.

- October 11, 2017 – Trainer, "Mediation Advocacy Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association and Cornell University's ILR Labor and Employment Program.

- September 28, 2017 – Panelist, United States Department of Labor's in-house training on "Strategies for Asserting Individual Liability for FLSA Violations."

- March 8, 2017 – Panelist, Twentieth Annual NYU Employment Law Workshop for Federal Judges, held at New York University School of Law.

- November 10, 2016 – Panelist, American Bar Association's Labor and Employment Conference in Chicago, Illinois, on the topic of pursuing and negotiating class action settlements.

- September 28, 2016 – Trainer, "FLSA Mediation Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association

- June 23, 2016 – Panelist, NELA Annual Conference, Los Angeles, California, on the topic of issue spotting wage-and-hour violations in the hospitality industry.

- June 15, 2016 – Trainer, "FLSA Mediation Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association and Cornell University's ILR Labor and Employment Program.

9

**GARRETT KASKE**
Kessler Matura P.C.
534 Broadhollow Road
Melville, NY 11747
gkaske@kesslermatura.com
www.kesslermatura.com
(631) 499-9100


**CURRICULUM VITAE**

## BAR ADMISSIONS

New York (2014)
U.S. District Court Eastern District of New York
U.S. District Court Northern District of New York
U.S. District Court Southern District of New York
U.S. District Court Western District of New York


## EDUCATION

**City University of New York School of Law ("CUNY Law")**, Long Island City, New York
Juris Doctor (May 2013)
American Bar Association Labor and Employment Law Section's Trial Advocacy Competition, Competitor (November 2012)

**St. Joseph's College**, Patchogue, New York
B.A., History and Spanish Majors (May 2007)


## PROFESSIONAL HISTORY

**Kessler Matura P.C.**, Melville, New York
*Partner* (October 2024 – Present) || *Associate* (January 2020 – September 2024)
Since being admitted to the New York State bar, as an associate at Shulman Kessler LLP, which subsequently became Kessler Matura P.C., and now as a partner, I have represented employees in and participated in the prosecution of a variety of employment-related disputes involving individual claims of discrimination and harassment, and individual, collective, and class wage-and-hour cases.

**Shulman Kessler LLP**, Melville, New York
*Associate* (April 1, 2014 – December 2020)

Garrett Kaske
Curriculum Vitae
Page 2 of 9

**Gladstein, Reif & Meginniss LLP**, New York, New York
*Post-Graduate Law Clerk* (November 2014 – March 2015)
Performed research, legal writing, document review, and damages calculations for this employee- and union-side labor and employment firm.  I primarily worked on a wage-and-hour class and collective action known as *Perez v. City of New York*, No. 12 Civ. 4914 (S.D.N.Y.).

**CUNY Law Community Economic Development Clinic**, Long Island City, New York
*Law Student Intern* (September 2012 – May 2013)
Represented employees through the clinic, including in a wage-and-hour case styled as *Sanchez v. La Fogata Restaurant & Cafe Corp.*, No. 12 Civ. 5690 (E.D.N.Y.).

**Community Service Society**, New York, New York
*Intern* (Summer 2012)
Worked on litigation related to and assisted individuals facing barriers to employment as a result criminal convictions.

**Progressive States Network**, New York, New York
*Intern* (Summer 2011)
Researched and wrote about wage-and-hour laws for a 50-state survey.

**Outten & Golden, LLP**, New York, New York
*Law Clerk* (December 2012 – April 2013)
*Litigation Paralegal* (November 2007 – August 2010; December 2010 – January 2011)
Worked primarily on class and collective actions involving wage-and-hour violations.  *See, e.g.*, *Torres v. Gristede's Op. Corp.*, No. 04 Civ. 3316, 2012 WL 3878144, at *4 (S.D.N.Y. Aug. 6, 2012) (awarding O&G $164,175 for my 1,313.4 billable hours as a paralegal), *aff'd*, 519 F. App'x. 1 (2d Cir. 2013) (summary order).


**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- American Bar Association - Labor & Employment Law Section, Member (2016 – Present) Volunteered as a "juror" for the annual trial advocacy competition held at the Southern District of New York courthouse, where I observed mock employment discrimination trials and evaluated and critiqued the law-student competitors (November 2016, 2017, 2019, 2021).  New York Regional Co-Chair of the Law Student Trial Advocacy Competition (2025 – Present).  Selected for Section's 2021 Leadership Development Program (July 2021).  Employee Vice Chair of the Treatise Committee (2022 – Present).

- National Employment Lawyers Association, Member (2014 – 2022, 2024 – Present) Participated in NELA's Lobby Day in Washington, D.C. (2015 and 2018). Led the 2015 New York contingent for Lobby Day.  Participated in NELA-NY's lobbying efforts in support of workers' rights legislation in Albany, NY (February and May 2024, February 2025).

Garrett Kaske
Curriculum Vitae
Page 3 of 9

- National Lawyers Guild – New York City Chapter Labor and Employment Committee ("L&EC"), Co-Chair (Spring 2014 – Present) and Member (December 2011 – Present) Regularly organize CLEs, networking events, and social events for members. Assist L&EC members and other workers' rights advocates with research projects, trainings, and coalition building, including the preparation of and organization of *amici* signatories to a brief in *Franze v. Bimbo Bakeries USA, Inc.*, No. 19 Civ. 2275 (2d Cir. Jan. 22, 2020) (ECF No. 66). Published know-you-rights palm cards on employment rights for New York workers.

- National Lawyers Guild – New York City Chapter Executive Committee (January 2023 – Present), Treasurer (January 2024 – December 2025), President (January 2026 – Present)

- Brandworkers (non-profit organization that supports food-production workers), Host Committee Member for annual fundraising dinner (2015 – 2019, 2022)


**SPEAKING ENGAGEMENTS**

- On September 18, 2015, I spoke on labor and employment issues at the Labor Employment Committee of the Suffolk County Bar Association's Law in the Workplace Conference. I presented on employee handbooks that run afoul of the National Labor Relations Act, including arbitration clauses used to quell wage-and-hour class and collective actions.

- On March 11, 2016, I spoke on a panel entitled "Strategies & Consideration for Arbitration of Employment Disputes" at the New Your City Bar Association's Employment Law Institute. My presentation and the materials I prepared for the CLE focused on strategies for plaintiffs' attorneys facing compelled arbitration of employment matters, including class and collective actions. The materials are available on Westlaw using the following identifier: 20160311A NYCBAR 618.

- On June 9, 2017, I presented on an ethics panel at the NYU 70th Annual Conference on Labor. My discussion focused on ethically communicating with low-wage workers in employment class actions.

- On March 22, 2018, I presented to the Low Wage Worker Task Force discussing representing undocumented and immigrant workers since the inauguration of President Donald J. Trump. My presentation focused on the discoverability of immigration status in wage-and-hour and discrimination lawsuits, and the use of immigration status to intimidate and retaliate against plaintiffs.

- On May 11, 2018, I moderated a panel at NELA/NY's spring conference entitled the New York Alternatives to the FLSA, focusing on differences between litigating in state court under the New York Labor Law and in federal court under the Fair Labor Standards Act.

Garrett Kaske
Curriculum Vitae
Page 4 of 9

- On April 24, 2020, I presented on a webinar for out-of-work musicians. I discussed typical employment issues facing musicians and new laws protecting these workers, including employee misclassification, the Freelance Isn't Free Act, the expansion of the New York City Human Rights Law, and common wage-theft schemes.

- On May 21, 2020, I presented on a webinar for the Yemeni American Merchants Association. With an eye towards the COVID crisis, I presented on worker misclassification, wage rights, discrimination, the NLRA, and the WARN Act.

- On August 12, 2020, I was a panelist on a multi-day employment and wage-and-hour mediation training program for the New York County Lawyers Association. I discussed and prepared materials on the classification of employees as overtime exempt.
- On February 24, 2022, I presented on a webinar, hosted by the Community Legal Resource Network of CUNY School of Law, called "Legal Briefing 2022." I presented on employment issues during the pandemic and facing employees returning to work.

- On November 16, 2022, I presented on a webinar discussing the impact of *Dobbs* on the workplace. I presented on the relevant anti-discrimination laws in place at the local, state, and federal level.

- On May 27, 2023, I gave a know-your-rights presentation to day laborers on the streets for Jackson Heights, New York, in partnership with the non-profit Voce Latinas.

- On May 27, 2023, I presented at a regional union organizing conference on labor and employment law.

- On June 26, 2023, I presented on a webinar, entitled Basics and Recent Advancements of Low-Wage Workers Rights in New York, hosted by CUNY School of Law. I presented on wage-and-hour, scheduling, discrimination, and harassment laws affecting New York City workers, including immigrant workers.

- On June 15, 2024, I gave a know-your-rights presentation on the workplace rights of immigrant workers in New York, in partnership with the non-profit Voces Latinas.

- On February 19, 2025, I presented on New York's increased minimum wage and new prenatal leave law to law students at an event hosted by the Touro Law Labor and Employment Society.

- On May 22, 2025, after a scheduled speaker canceled on short notice, I drafted original materials and presented on developments in representing employees, including undocumented immigrant workers, in discrimination, NLRB, and wage-and-hour litigation since Inauguration Day 2025.

Garrett Kaske
Curriculum Vitae
Page 5 of 9

## CLE PRESENTATIONS ORGANIZED

As part of my contributions to the L&EC, I organize continuing legal education seminars on labor and employment law, including the following:

- On Offense: Tactics for Worker Justice (Nov. 13, 2012) – A seminar on identifying wage-and-hour violations and litigating wage-and-hour cases during worker-organizing drives.

- Food Fight:  Lawyering and Organizing in the Fast-Food Showdown (Oct. 31, 2013) – A seminar regarding the fast-food workers movement, including the common wage-and-hour violations in the fast-food industry and whether franchisors are jointly and severally liable for wage-and-hour violations of their franchisees.

- Bankrupting Democracy:  Constitutional Rights, Civil Rights, and Labor Rights under Siege in Detroit (Jan. 23, 2014) – A seminar looking at Detroit's municipal bankruptcy, the emergency manager, and pending litigation impacting Detroit workers' pensions and voting rights.

- Schooling the University:  Winning Workplace Justice for Campus Workers (Apr. 10, 2015) – A seminar on the worker-organizing campaigns on college campuses and the wage-and-hour litigation surrounding interns.

- Leading the Way: New York Enacts Legal Protections for Farmworkers and Families (Dec. 2019) – A panel discussion on New York's increased legal protections for farmworkers and workers needing family leave.

- Employment in the Time of Corona:  Protections for Workers During the Pandemic (May 2020) – Webinar on new and established employment laws that protect employees who face workplace discrimination, harassment, and other issues because of Covid-19.

- Black Lives Matter @ Work: Confronting and Dismantling White Supremacy in the Workplace (Sept. 2020) – Webinar on how the Black Lives Matter movement has impacted our clients' and our own workplaces.

- *Dobbs* @ Work: What Does the End of *Roe v. Wade* Mean for Workplace Rights? (Nov. 2022) – Webinar of how *Dobbs v. Jackson Women's Health Org.*, has impacted employee benefit plans and local, state, and federal anti-discrimination laws.

- The A.S.A. for Workers: What Does the Adult Survivors Act Mean for Workers'-Rights Litigation in New York (Mar. 2023) – Webinar on what labor and employment lawyers need to know about the Adult Survivors Act.

- Fall Half-Day CLEs (Sept. 2024) – Three one-hour CLE panels covering (a) ethically communicating with punitive clients in class-action and multi-plaintiff cases; (b)

Garrett Kaske
Curriculum Vitae
Page 6 of 9

reproductive rights, including as it relates to workplace rights; and (c) cybersecurity, including in the labor-and-employment context.

- Exploring the Upending of Employment Law Protections for Documented and Undocumented Workers CLE (May 2025) – Webinar on the actual and expected impacts on representing employees, including undocumented immigrant workers, in workplace disputes since Inauguration Day 2025.

## PUBLISHED WORKS

Chapter Editor (2024 – Present) and Contributing Author (2022 – 2023), American Bar Association's FLSA Midwinter Report, which serves as the annual supplement to the Ellen C. Kearns et al. eds., Fair Labor Standards Act (2d. ed. 2010)

Assisted in drafting and revising:  Samuel Estreicher and Troy Kessler, *Employers Should Reconsider Plans to Discharge Employees for Refusing the COVID-19 Vaccine*, N.Y. Law Journal (May 26, 2022)

## REPRESENTATIVE CASES

Notable examples of cases in which I was the firm's lead associate, primary attorney, or primary partner responsible, include:

- *Marrero v. Ball Metal Corp.*, No. 603886/2026, NYSCEF No. 29 (Sup. Ct. Mar. 16, 2026) (approving class action settlement involving factory workers)

- *Feliciano v. JPJ Franklin* LLC, No. 1:25 Civ. 1929 (E.D.N.Y. Feb. 5, 2026) (judgement entered, following acceptance of offer of judgement, for individuals employed by fast-food companies)

- *Campbell v. Bukhari Group LLC*, No. 22 Civ. 2813, 2025 WL 1874485 (E.D.N.Y. July 8, 2025) (preliminary approval of class and collective action settlement involving fast-food workers)

- *Vangorden v. Honeybee Foods Corp.*, No. 623304/2024, NYSCEF No. 20 (Sup. Ct. Apr. 22, 2025) (approving class action settlement involving fast-food workers in New York City)

- *Peden v. 230FA LLC*, No. 24 Civ. 7754, 2025 WL 1038124 (S.D.N.Y. Apr. 7, 2025) (approving FLSA settlement for roof-top-bar employee)

- *Lucente v. EAD Entertainment, LLC*, No. 23 Civ. 3560 (E.D.N.Y. Nov. 7, 2024) (granting final approval of class action settlement involving paint-bar workers)

Garrett Kaske
Curriculum Vitae
Page 7 of 9

- *Ellison v. Adam Rest Corp.*, No. 607508/2023, 2024 WL 2273524 (Sup. Ct. Apr. 2, 20213) (certifying class of servers and bartenders employed across several separately incorporated restaurants operating under two brands), *class action settlement approved*, NYCEF No. 118 (Sup. Ct. Apr. 3, 2025)

- *Norfleet v. RevCore Recovery Center Manhattan LLC*, No. 617754/2023, NYCEF No. 18 (Sup. Ct. Jan. 29, 2024) (granting approval of class action settlement involving counselors)

- *Alvarado v. Clarvalu, Inc.*, No. 23 Civ. 4338, ECF No. 13 (E.D.N.Y. Jan. 19, 2024) (judgement entered, following acceptance of offer of judgement, for individuals employed by residential-cleaning company)

- *Reynolds v. Otsego SNF Opers. Assocs. LLC*, No. 620635/2023, NYSCEF No. 17 (Sup. Ct. Jan. 5, 2024) (granting approval of class action settlement involving manual workers employed by a group of nursing and rehabilitation homes)

- *Albano v. Van Buren Truck Sales Corp.*, No. 23 Civ. 3545, ECF No. 15 (E.D.N.Y. Oct. 17, 2023) (judgement entered, following acceptance of offer of judgment, for an individual alleging a timely wage payment claim)

- *Fishkin v. Gourtmet Express LTD*, No. 610142/2022, NYCEF No. 28 (Sup. Ct. Mar. 22, 2023) (granting final approval of class action settlement involving catering employees)

- *Manfredo v. VIP Auto Group of Long Island, Inc.*, No. 2:20 Civ. 3728 (E.D.N.Y. Oct. 26, 2021) (granting collective certification of salespersons employed at several separately incorporated auto dealerships), *final settlement approval granted*, (E.D.N.Y. Jan. 12, 2023)

- *Henne v. LI Wax FD, LLC, et al.*, No. 200516/2022, NYSCEF No. 20 (Sup. Ct. Oct. 18, 2022) (approving class action settlement on behalf of waxing and tanning employees)

- *Martinez v. 138 Lube LLC*, No. 22 Civ. 642 (S.D.N.Y. Sept. 16, 2022) (approving settlement involving a car wash worker)

- *Hood v. Nickliancos LLC*, No. 22 Civ. 4918 (E.D.N.Y. Sept. 15, 2022) (approving multi-plaintiff settlement involving movers)

- *Ludwig v. General Dynamics Information Technology, Inc.*, No. 19-CI-1073 (Ky. Cir. Ct. May 19, 2022) (granting final approval of class action settlement on behalf of call center workers)

- *Cucuzza v. National Debt Relief, LLC*, No. 601631/2021, NYSCEF No. 31 (Sup. Ct. Apr. 20, 2022) (granting final approval of class action settlement involving salespersons)

Garrett Kaske
Curriculum Vitae
Page 8 of 9

- *Bonefort v. Sticker Mule LLC*, No. 20 Civ. 1222, ECF No. 33 (N.D.N.Y. Feb. 24, 2022) (granting final approval of class action settlement on behalf of sticker production workers)

- *Lawson v. Realization Center, Inc.*, No. 613219/2021, NYSCEF No. 24 (Sup. Ct. Jan. 27, 2022) (granting plaintiff's motion for approval of class action settlement)

- *Tabacchino v. Laboratory Corp. of Am. Holdings*, No. 613075/2021, NYSCEF No. 39 (Sup. Ct. Dec. 16, 2021) (granting approval of class action settlement on behalf of couriers)

- *Dawson v. Sterling Bancorp, Inc.*, No. 623157/2019, NYSCEF No. 38 (Sup. Ct. April 28, 2021) (final approval of class action settlement involving assistant branch managers of bank)

- *Pierre v. Kaufman Enters., LLC*, No. 2019/604065, NYSCEF No. 30 (Sup. Ct. Dec. 7, 2020) (final approval of class action settlement involving fast-food-chain assistant store managers)

- *Dazzazi v. AZ Import/Export LLC*, NO. 19 Civ. 6713 (E.D.N.Y. Aug. 25, 2020) (settlement involving retail-store employee approved)

- *Vecchione v. Consumers Warehouse Center, Inc.*, No. 606019/2017, NYSCEF No. 60 (Sup. Ct. Jan. 15, 2020) (class action settlement involving over 100 salespersons approved)

- *Meo v. Lane Bryant, Inc.*, No. 18 Civ. 6360, 2019 WL 5157024 (E.D.N.Y. Sept. 31, 2019) (conditionally certifying collective of retail assistant store managers), *settlement approved by*, 2020 WL 4047897 (E.D.N.Y. July 17, 2020) (49-state collective action settlement approved)

- *Benitez v. Bolla Operating LI Corp.*, 189 A.D.3d 970 (2d Dep't 2020) (argued before the Second Department for the application of the Hospitality Industry Wage Order to a chain of gas-stain convenience stores that housed gourmet delis)

- *Freeman v. General Dynamics Information Technology, Inc.*, 18 Civ. 855, 2019 WL 4803277 (Md. Fla. Sept. 19, 2019), *adopted by*, 2019 WL 5168632 (M.D. Fla. Oct. 15, 2019) (approval of 182-plaintiff settlement on behalf of customer service representatives)

- *Rojas v. Exquisito Rest. Inc.*, No. 18 Civ. 4840 (E.D.N.Y. Sept. 6, 2019) (settlement involving restaurant delivery worker approved in which our firm co-counseled with Make the Road New York – a non-profit organization that supports Latino and working-class communities to achieve dignity and justice – and handled *pro bono*)

- *Rivera v. Titan Fire Sprinkler Inc.*, No. 18 Civ. 4084 (E.D.N.Y. July 29, 2019) (settlement involving overtime claims of steamfitters approved)

- *Miuzzo v. Residential Fences Corp.*, No. 18 Civ. 2901 (E.D.N.Y. June 11, 2019) (settlement involving overtime claims of laborers approved)

Garrett Kaske
Curriculum Vitae
Page 9 of 9

- *Williams v. TSU Glob. Servs. Inc.*, No. 18 Civ. 72, 2018 WL 6075668 (E.D.N.Y. Nov. 20, 2018) (recommending the conditional certification of a collective of drivers), *adopted by*, 2019 WL 1056273 (E.D.N.Y. Mar. 1, 2019)

- *Morales v. Danbury Pharma, LLC*, No. 16 Civ. 634 (E.D.N.Y. Feb. 22, 2018) (settlement involving overtime claims of warehouse worker approved)

- *Barahona v. Intern. Warehouse Group, Inc.*, No. 603305-17, 2017 WL 4446687 (Sup. Ct. Oct. 3, 2017) (denying motion to dismiss NYLL claims brought by warehouse workers)

- *Robinson v. Big City Yonkers, Inc.*, No. 600159/2016, 2017 WL 449572, 2017 N.Y. Slip Op. 30177(U) (Sup. Ct. Jan. 17, 2017) (class action certified on behalf of approximately 1,700 delivery drivers), *settlement approved*, NYSCEF No. 292 (Sup. Ct. Feb. 13, 2018)

- *Estime v. Collazo Assocs., Inc.*, No. 16 Civ. 6205 (E.D.N.Y. June 29, 2017) (settlement in minimum wage and overtime lawsuit on behalf of street sweeper approved)

- *Brackley v. Red Robin Gourmet Burgers, Inc.*, No. 16 Civ. 288, 2017 WL 838227, (E.D.N.Y. Mar. 2, 2017) (granting preliminary approval of settlement and class certification for settlement purposes), *settlement approved by* (E.D.N.Y. June 6, 2017) (class action settlement approved on behalf of over 2,000 servers employed at the defendants' New York restaurants)

- *Useda v. Pinta Inc.*, No. 16 Civ. 4305 (E.D.N.Y. Mar. 28, 2017) (settlement of overtime lawsuit on behalf of a kitchen worker approved)

- *Castagna v. Hampton Creek, Inc.*, No. 16 Civ. 760 (E.D.N.Y Jan. 23, 2017) (FLSA settlement of 10 purported independent contractors approved)

- *Cruz v. Burger Brothers Rest. Group, Inc.*, No. 14 Civ. 3186 (E.D.N.Y. Mar. 28, 2017) (class action settlement approved on behalf over 275 assistant store managers employed at over 45 fast food restaurants in New York)

- *Batres v. Valente Landscaping, Inc.*, No. 14 Civ. 1434 (E.D.N.Y. Sept. 19, 2016) (collective action settlement of seven landscapers approved)

- *Davis v. IMG Worldwide, LLC*, No. 15 Civ. 2157 (S.D.N.Y. July 27, 2016) (class action settlement preliminarily approved on behalf of approximately 85 Fashion Week workers)

- *Klein v. Weatherproofing Tech., Inc.*, No. 15 Civ. 4443 (E.D.N.Y. Jan. 29, 2016) (conditionally certifying collective of over 200 roofing technicians employed throughout New York State), *settlement approved by*, (E.D.N.Y. Feb. 27, 2018) (approving settlement for the opt-in plaintiffs)

- *Garcia v. Sidco Food Distrib. Corp.*, No. 14 Civ. 9449 (S.D.N.Y. Dec. 16, 2015) (wage-and-hour settlement involving two collectors at food distributor approved)