# Exhibit F

**Campbell, et al v. Bukhari Group LLC,**

**Attorneys' Fees & Costs Summary**

| Total Hours | 292.1 |
|---|---|
| Total Fees | $126,260.00 |
| Total Costs | $3,171.49 |
| **TOTAL LODESTAR w/ COSTS** | **$129,431.49** |

### KM FEES SUMMARY -- as of June 18

| Name | Initials | Titles | RawHrs | NetHrs | Rate | Total |
|---|---|---|---|---|---|---|
| Troy L. Kessler | TK | Partner | 9.1 | 0 | $700 | $0.00 |
| Garrett Kaske | GK | Partner | 263.8 | 257.6 | $450 | $115,920.00 |
| Jocelyn Small | JS | Associate | 1 | 0 | $350 | $0.00 |
| Madelyn Howarth | MH | Paralegal | 0.1 | 0 | $150 | $0.00 |
| Kristine Jimenez | KJ | Paralegal | 14.8 | 14.5 | $150 | $2,175.00 |
| Grismaldy Rosario | GR | Legal Asst. | 0.4 | 0 | $100 | $0.00 |
| **Total** | | | **289.2** | **272.1** | | **$118,095.00** |

### DAC FEES SUMMARY -- as of Nov. 26, 2024 (as per Ex. D (Costin Decl.))

| Name | Titles | Hours | Rate 1 | Hours 2 | Rate 2 | Total |
|---|---|---|---|---|---|---|
| Delmas A. Costin, Jr. | Partner | 17.2 | $450 | 4.3 | $500 | $9,890.00 |
| Dawn Levy-Weinstein | Associate | 0.2 | $350 | 0 | $0 | $70.00 |
| Deliana Perez | Paralegal | 0.4 | $125 | $0 | $0 | $50.00 |
| Charlin Peguero | Paralegal | 0.5 | $100 | 0 | $0 | $50.00 |
| Ricardo Rosado | Paralegal | 1.7 | $100 | 0 | $0 | $170.00 |
| Racquel Urena | Paralegal | 1.2 | $150 | 0 | $0 | $180.00 |
| **Total** | | **21.2** | | **4.3** | | **$10,410.00** |
| | | | | **Down Adj. to 20 hrs.** | | **$8,165.00** |

### COSTS SUMMARY

| Category | Total |
|---|---|
| Court Fees | $400.00 |
| Mediation Costs | $1,150.00 |
| Service of Process | $1,561.60 |
| Postage & Shipping | $12.19 |
| Research (Pacer Charges) | $47.70 |
| **Total Incurred** | **$3,171.49** |

### LODESTAR CROSSCHECK

| Description | Total |
|---|---|
| Gross Settlement | $400,000.00 |
| Contingency Fee Rate | 33.33% |
| Attorneys' Fees | $133,333.33 |
| Lodestar | $126,260.00 |
| **Fees as Multiplier of Lodestar** | **1.06** |