# Exhibit G

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 8/23/2021 | GK | Review file and emails with TK re potential scope and claims | 0.3 | 0.3 |
| 8/23/2021 | GK | Call with B Campbell re preliminary call about claims | 0.2 | 0.2 |
| 8/24/2021 | GK | Email to D Costin re retainer; review draft of same for emailing to D Costin | 0.1 | 0.1 |
| 8/25/2021 | GK | Call with B Campbell re class claims | 0.3 | 0.3 |
| 8/25/2021 | GK | Research on prior litigation, ownership re AR Group | 1.1 | 1.1 |
| 8/29/2021 | GK | Call with B Campbell re retainer, strategy | 0.3 | 0.3 |
| 8/30/2021 | GK | Review of D Costin's file and emails with TK re same | 0.4 | 0.4 |
| 9/2/2021 | GK | Call with Def Counsel and D Costin | 0.2 | 0.2 |
| 9/8/2021 | GK | Call with client re facts for class demand letter | 0.2 | 0.2 |
| 9/8/2021 | GK | Call with Kayla (witness & putative class member) | 0.3 | 0.3 |
| 9/8/2021 | GK | Draft class demand letter | 2.5 | 2.5 |
| 9/9/2021 | GK | Email to E Gorman re letter setting forth class allegations | 0.1 | 0.1 |
| 9/9/2021 | GK | Final edits of letter to E Gorman re class claims | 0.6 | 0.6 |
| 10/8/2021 | GK | Strategy call with D Costin | 0.1 | 0.1 |
| 10/12/2021 | GK | Email to T Levenson and E Gorman confirming call time and dial in | 0.1 | 0.1 |
| 10/13/2021 | GK | Conference call and emails re status of retention and investigation of ER's "counsel" | 0.3 | 0.3 |
| 10/21/2021 | GK | Emails with MH re S Robison | 0.0 | 0.0 |
| 10/22/2021 | GK | Emails with L Gorman re status | 0.1 | 0.1 |
| 10/22/2021 | GK | Emails with L Gorman re status of retention | 0.1 | 0.1 |
| 10/27/2021 | GK | Email to T Levenson and E Gorman re status email from T Levenson, response as to tolling and continued delay | 0.1 | 0.1 |
| 10/27/2021 | GK | Emails with B Campbell re status | 0.1 | 0.1 |
| 10/28/2021 | GK | Emails with Team re setting deadline for ER to retain | 0.2 | 0.2 |
| 10/29/2021 | GK | Email to T Levenson and E Gorman re failure to retain counsel by 11/5 | 0.1 | 0.1 |
| 11/5/2021 | GK | Draft retainer for S Robinson and email to him re same | 0.2 | 0.2 |
| 11/5/2021 | GK | Emails with B Campbell re documents, Bukhari group, Ali Butt | 0.3 | 0.3 |
| 11/5/2021 | GK | Call with S Robinson re next steps, claims, retainer | 0.6 | 0.6 |
| 11/8/2021 | GK | Email to T Levenson and E Gorman re failure to retain counsel by 11/5 | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**
**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 11/8/2021 | GK | Emails with TK and D Costin re ER's failure to retain counsel and subsequent notice of same, other pending case | 0.3 | 0.3 |
| 11/8/2021 | GK | Further docket research and internet research re entities to sue and litigation history of same | 1.5 | 1.5 |
| 11/9/2021 | GK | Preliminary drafting of Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/10/2021 | GK | Continue drafting Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/12/2021 | GK | Finalize first draft of complaint | 3.0 | 3.0 |
| 11/12/2021 | GK | Continue drafting Complaint and researching ownership structures for same | 3.0 | 3.0 |
| 11/15/2021 | GK | Email with TK re next steps following 216b briefing | 0.1 | 0.1 |
| 11/15/2021 | GK | Email with D Costin re Complaint | 0.1 | 0.1 |
| 11/15/2021 | GK | Review 216(b) papers in pending case | 0.4 | 0.4 |
| 11/15/2021 | GK | Final edits to Complaint following feedback from JS | 2.3 | 2.3 |
| 11/15/2021 | JS | Reviewed complaint | 0.5 | **0.0** |
| 11/16/2021 | GK | Email with D Costin re next steps, complaint | 0.1 | 0.1 |
| 11/16/2021 | GK | Call with TK re next steps, complaint | 0.2 | 0.2 |
| 11/17/2021 | GK | Email to Katz Firm re status, call | 0.1 | 0.1 |
| 11/17/2021 | GK | Emails with D Costin and TK re complaint, strategy, other case | 0.2 | 0.2 |
| 11/19/2021 | GK | Draft email and send to TK re strategy, other case, call with other firm | 0.4 | 0.4 |
| 11/24/2021 | GK | Emails with D Costin and TK re correspondence to L Gorman | 0.1 | 0.1 |
| 11/24/2021 | GK | Email to Tec Choc's counsel re status of case | 0.1 | 0.1 |
| 11/24/2021 | GK | Clean up complaint for sharing with L Gorman and draft detailed email to same re data, settlement, Tec Choc, and class definition | 0.7 | 0.7 |
| 11/28/2021 | GK | Emails to Tec Choc's counsel re status of case | 0.1 | 0.1 |
| 11/30/2021 | GK | Emails with D Costin re impact of Tec Choc on our settlement proposal | 0.1 | 0.1 |
| 12/1/2021 | GK | Emails with TK re impact of Tec Choc on our settlement proposal | 0.1 | 0.1 |
| 12/1/2021 | GK | Email to L Gorman re Complaint, settlement process proposal | 0.1 | 0.1 |
| 12/7/2021 | GK | Email with L Gorman re call and follow up | 0.2 | 0.2 |
| 12/9/2021 | GK | Draft tolling agreement and email to L Gorman | 0.4 | 0.4 |
| 12/16/2021 | GK | Email to L Gorman re f/u on tolling | 0.1 | 0.1 |
| 12/16/2021 | GK | Emails with TK and D Costin re mediators | 0.1 | 0.1 |
| 12/16/2021 | GK | Email to L Gorman re mediator proposals | 0.1 | 0.1 |
| 12/17/2021 | GK | Emails with TK and Tec Choc counsel re same | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 12/17/2021 | GK | Review Defs' 216(b) opposition papers and email to same | 0.8 | 0.8 |
| 12/19/2021 | GK | Emails with L Gorman re mediators | 0.1 | 0.1 |
| 12/20/2021 | GK | Emails with L Gorman and Team re mediators | 0.2 | 0.2 |
| 12/21/2021 | GK | Email with Tec Choc counsel re follow up and status | 0.1 | 0.1 |
| 12/21/2021 | GK | Emails with R Nardo re mediation dates, interest, and availability | 0.2 | 0.2 |
| 1/3/2022 | GK | Email to L Gorman re tolling | 0.1 | 0.1 |
| 1/4/2022 | GK | Emails with Team and opposing counsel re tolling | 0.2 | 0.2 |
| 1/6/2022 | GK | Email to J Byrnes re tolling | 0.1 | 0.1 |
| 1/6/2022 | GK | Finalize tolling and email to J Byrnes | 0.3 | 0.3 |
| 1/10/2022 | GK | Review docket of Tec Choc and update team re same | 0.3 | 0.3 |
| 1/14/2022 | GK | Circulate fully executed tolling agreement and execute same | 0.2 | 0.2 |
| 1/24/2022 | GK | Call with Client BC re case update | 0.1 | 0.1 |
| 1/26/2022 | GK | Draft tolling extension to accommodate mediation date; circulate same | 0.3 | 0.3 |
| 1/28/2022 | GK | Email to R Nardo (Mediator) re case details for conflict check and drafting mediation agreement | 0.3 | 0.3 |
| 1/31/2022 | GK | Return executed copy of mediation agreement to R Nardo | 0.1 | 0.1 |
| 1/31/2022 | GK | Review of mediation agreement and emails to TK and J Byrnes re proposed edits to same and tilling | 0.3 | 0.3 |
| 1/31/2022 | GK | Review of tolling, execute and emails re same | 0.3 | 0.3 |
| 2/8/2022 | GK | Email to J Byrnes re status of data | 0.1 | 0.1 |
| 2/9/2022 | GK | Emails with J Byrnes re status of data | 0.1 | 0.1 |
| 2/15/2022 | GK | Emails with J Byrnes re status of data and description of same | 0.2 | 0.2 |
| 2/16/2022 | GK | Emails with TK re data issues | 0.1 | 0.1 |
| 2/16/2022 | GK | Review data production from Defendants and draft detailed email as to failure to produce relevant docs/information as requested, gaps in same | 1.2 | 1.2 |
| 2/17/2022 | GK | Emails with D Costin and TK re data issues, failure of Defs to take settlement/mediation seriously | 0.1 | 0.1 |
| 2/23/2022 | GK | Email to J Byrnes re status of docs/settlement; f/u phone call re same | 0.4 | 0.4 |
| 2/24/2022 | GK | Follow up email to J Byrnes | 0.1 | 0.1 |
| 2/28/2022 | GK | Follow up email to J Byrnes re status of additional documents for mediation | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**
**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 2/28/2022 | GK | Further emails with J Byrnes re status, and nature of docs | 0.2 | 0.2 |
| 3/3/2022 | GK | Emails with J Byrnes re status of docs | 0.2 | 0.2 |
| 3/3/2022 | GK | Email with J Byrnes re Defs' failure to provide data within agreed-upon timeframe, upcoming mediation | 0.2 | 0.2 |
| 3/8/2022 | GK | Email to client re details of employment | 0.1 | 0.1 |
| 3/8/2022 | GK | Emails with J Byrnes re adjournment of mediation | 0.2 | 0.2 |
| 3/10/2022 | GK | Email to Mediator (R Nardo) re adjourned dates | 0.1 | 0.1 |
| 3/10/2022 | GK | Email to R Nardo re mediation dates and adjourning first date | 0.1 | 0.1 |
| 3/14/2022 | GK | Emails with J Byrnes re dames | 0.1 | 0.1 |
| 3/15/2022 | GK | Emails R Nardo re dates | 0.1 | 0.1 |
| 3/31/2022 | GK | Email with J Byrnes re status of data production | 0.1 | 0.1 |
| 4/1/2022 | GK | Call with J Byrnes re status of data production; email to team re same | 0.3 | 0.3 |
| 4/1/2022 | GK | Draft 3rd tolling agreement and email to J Byrnes re same | 0.3 | 0.3 |
| 4/4/2022 | GK | Emails with J Byrnes re tolling and new date | 0.2 | 0.2 |
| 4/5/2022 | GK | Emails with Team re adjourned mediation date | 0.2 | 0.2 |
| 4/5/2022 | GK | Emails with J Byrnes and Team re dates, tolling | 0.4 | 0.4 |
| 4/7/2022 | GK | Emails with J Byrnes re data | 0.1 | 0.1 |
| 4/8/2022 | GK | Review files from Defs and settlement papers from Tec Choc; email TK re damages, mediation, settlement strategy resulting from review | 0.9 | 0.9 |
| 4/8/2022 | GK | Email to J Byrnes re Baychester and data | 0.1 | 0.1 |
| 4/12/2022 | GK | Email to J Byrnes re status of request to discuss | 0.1 | 0.1 |
| 4/14/2022 | GK | Email to J Byrnes (outgoing) and K Long (incoming) re swap of counsel | 0.1 | 0.1 |
| 4/14/2022 | GK | Email to R Nardo re mediation and swap of counsel | 0.1 | 0.1 |
| 4/18/2022 | GK | Email to K Lager re status | 0.1 | 0.1 |
| 4/18/2022 | GK | Left VM for K Lager re status, mediation | 0.1 | 0.1 |
| 4/19/2022 | GK | Email for K Lager re status, mediation | 0.1 | 0.1 |
| 4/19/2022 | GK | Call with K Lager re status, mediation | 0.2 | 0.2 |
| 4/19/2022 | GK | Email to Team re status | 0.2 | 0.2 |
| 4/20/2022 | GK | Email files to K Lager for incoming counsel to get up to speed | 0.2 | 0.2 |
| 5/13/2022 | GK | File Complaint | 0.3 | **0.0** |
| 5/13/2022 | GK | Email Complaint to K Long and K Lager re accepting service | 0.1 | 0.1 |
| 5/13/2022 | GK | Final edits to Complaint and drafting CCS/Summons | 1.5 | 1.5 |
| 5/16/2022 | GK | Emails with K Lager re accepting service | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 5/20/2022 | GK | Email to K Lager re accepting service | 0.1 | 0.1 |
| 5/23/2022 | GK | Email to client re status | 0.1 | 0.1 |
| 5/23/2022 | GK | Email to K Lager re service | 0.1 | 0.1 |
| 5/24/2022 | GK | Assigning service of Complaint to MH | 0.1 | 0.1 |
| 6/3/2022 | GK | Emails with TK and MH re service of individuals | 0.1 | 0.1 |
| 6/3/2022 | GK | Research addresses for Butt and Bukhari re addresses provided on summons outdated | 1.2 | 1.2 |
| 6/13/2022 | GK | Emails with AH re class member research | 0.1 | 0.1 |
| 6/13/2022 | GK | Emails with MH re service update | 0.1 | 0.1 |
| 6/17/2022 | GK | Emails with MH re service update on NJ corp and individuals | 0.1 | 0.1 |
| 6/21/2022 | GK | Emails with TK and MH re Complaint, service and answer dates, and updated service issues for individual | 0.2 | 0.2 |
| 6/21/2022 | GK | Review Complaint, service and answer dates, and updated service issues for individual re anticipating defaults and potential needs to amended complaint | 0.5 | 0.5 |
| 6/22/2022 | GK | Email to D Costin re strategy | 0.1 | 0.1 |
| 6/22/2022 | GK | Email to D Costin re draft NOA; draft NOA for same | 0.2 | 0.2 |
| 6/27/2022 | GK | Final edits to papers re request for notice of default | 0.4 | 0.4 |
| 6/27/2022 | GK | Research default judgments where amendments to pleadings may be needed | 0.8 | 0.8 |
| 6/29/2022 | GK | File Request for Cert of Default | 0.3 | **0.0** |
| 7/1/2022 | GK | Email to K Lager re courtesy copy of letter to Defs re default | 0.1 | 0.1 |
| 7/1/2022 | GK | Draft and prepare individualized letters to Defs as per Court order re Complaint, scheduling order; certificate of service re same | 0.9 | 0.9 |
| 7/18/2022 | GK | Email to K Lager re Certificate of Default | 0.1 | 0.1 |
| 7/18/2022 | GK | Review Certificate of Default | 0.1 | 0.1 |
| 7/18/2022 | GK | Call with Defs' Counsel re default, amendments, and moving forward | 0.2 | 0.2 |
| 7/29/2022 | GK | File motion to vacate default and Amended Complaint via ECF | 0.3 | **0.0** |
| 7/29/2022 | GK | Further edits to the stip and emails with Defs' Counsel re same | 0.3 | 0.3 |
| 7/29/2022 | GK | Revise Complaint re First Amended Complaint and revise stipulation to vacate the default to address all outstanding issues | 2.0 | 2.0 |
| 9/22/2022 | GK | Review answer and draft list of admissions | 0.4 | 0.4 |
| 9/30/2022 | GK | Emails with B Campbell re status | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 9/30/2022 | GK | Draft mandatory disclosures re Court's scheduling order | 3.0 | 3.0 |
| 10/3/2022 | GK | Email to DAC re mandatory disclosures | 0.1 | 0.1 |
| 10/3/2022 | GK | Calculate lodestar re mandatory disclosures | 1.0 | 1.0 |
| 10/3/2022 | GK | Finalize draft of mandatory disclosures and compile/redact client documents to be produced with and described in same | 2.5 | 2.5 |
| 10/4/2022 | GK | Emails with TK re mandatory disclosures | 0.1 | 0.1 |
| 10/4/2022 | GK | Emails with DAC re disclosures | 0.1 | 0.1 |
| 10/4/2022 | GK | Review Court order to confirm deadlines and next steps | 0.2 | 0.2 |
| 10/4/2022 | GK | Email to Defs' Counsel re disclosures and meet and confer | 0.3 | 0.3 |
| 10/4/2022 | GK | Final edits and revisions to disclosures, including fee calculations | 0.9 | 0.9 |
| 10/6/2022 | KJ | call with B. Campbell re docs | 0.1 | 0.1 |
| 10/6/2022 | KJ | email to B. Campbell re documents | 0.2 | 0.2 |
| 10/6/2022 | KJ | reviewed docs received from B. Campbell | 0.3 | 0.3 |
| 10/12/2022 | GK | Email with MH re service of complaint via SOS | 0.1 | 0.1 |
| 10/14/2022 | KJ | call with S. Robinson re docs | 0.1 | 0.1 |
| 10/14/2022 | KJ | email to S. Robinson requesting docs | 0.2 | 0.2 |
| 10/14/2022 | KJ | reviewed/organized docs from S. Robinson | 0.4 | 0.4 |
| 10/17/2022 | GK | Email with K Long re deadline to make Defs' disclosures | 0.1 | 0.1 |
| 10/18/2022 | GK | Email to MH re status of service | 0.1 | 0.1 |
| 10/20/2022 | GK | Call with PC KR re case update | 0.2 | 0.2 |
| 10/21/2022 | GK | Preliminary review of Defs' production and email to KJ re filing of same | 0.4 | 0.4 |
| 10/21/2022 | KJ | converted Robinson's "Jerome popeyes (employees)" screen video to .pdf for bates stamping | 0.6 | 0.6 |
| 10/21/2022 | KJ | converted Robinson's "Popeyes 3555 employees" screen video to .pdf for bates stamping | 0.8 | 0.8 |
| 10/22/2022 | GK | Emails with DAC re footprint of Defs other information from production, clients | 0.2 | 0.2 |
| 10/24/2022 | KJ | converted Campbell's "Baychester Popeyes" screen video to .pdf for bates stamping | 0.3 | 0.3 |
| 10/24/2022 | KJ | converted Robinson's "Throgs Neck groupchat" screen video to .pdf for bates stamping | 0.5 | 0.5 |
| 10/25/2022 | KJ | converted Campbell's "Krystal texts" 2 of 2 screen videos to .pdf for bates stamping (pt1) | 0.4 | 0.4 |
| 10/25/2022 | KJ | converted Campbell's "Alam texts" screen video to .pdf for bates stamping | 0.8 | 0.8 |

**Campbell, et al v. Bukhari Group LLC,**
**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 10/25/2022 | KJ | converted Campbell's "Krystal texts" screen video to .pdf for bates stamping | 1.6 | 1.6 |
| 10/27/2022 | KJ | converted Campbell's "Krystal texts" 2 of 2 screen videos to .pdf for bates stamping (pt2) | 0.3 | 0.3 |
| 10/27/2022 | KJ | converted Campbell's "Kabir text messages" screen video to .pdf for bates stamping | 0.3 | 0.3 |
| 10/28/2022 | KJ | converted Campbell's "Kabir WhatsApp messages" screen video to .pdf for bates stamping | 0.1 | 0.1 |
| 10/28/2022 | KJ | converted Campbell's "Vedant text messages" screen video to .pdf for bates stamping | 0.2 | 0.2 |
| 11/1/2022 | KJ | bates stamped Campbell's "Alam texts" as P 000529 - 000555 | 0.2 | 0.2 |
| 11/1/2022 | MH | Received AOS's for Baychester Chicken | 0.1 | **0.0** |
| 11/2/2022 | KJ | bates stamped (Robinson's) P 000586 - 000692 | 0.3 | 0.3 |
| 11/2/2022 | KJ | bates stamped (Campbell's) P 000529 - 000585 | 0.4 | 0.4 |
| 11/2/2022 | KJ | created Ps discovery production log | 0.7 | 0.7 |
| 11/8/2022 | GK | Draft letter to K Long re exposure, settlement, evidence | 3.1 | 3.1 |
| 11/8/2022 | GK | Review client files and Defs' product, calculate damages, and pull evidence of violations | 4.2 | 4.2 |
| 11/9/2022 | GK | Revise letter to K Long re settlement, class; final edits to same and send | 0.6 | 0.6 |
| 11/9/2022 | GK | Finish draft letter and create composite exhibit of SOH shifts and payments from schedules demonstrating violations of SOH | 2.5 | 2.5 |
| 11/10/2022 | GK | Email with K Long re letter to Court | 0.1 | 0.1 |
| 11/11/2022 | GK | Emails with KJ re new client | 0.1 | 0.1 |
| 11/15/2022 | GK | Calculate Clients' damages | 3.0 | 3.0 |
| 11/16/2022 | GK | Complete client's damages and forward to K Long | 0.4 | 0.4 |
| 11/17/2022 | GK | Call with K Long re settlement, exposure, mediation | 0.2 | 0.2 |
| 11/17/2022 | GK | Email to DAC re call, strategy | 0.2 | 0.2 |
| 11/21/2022 | GK | Draft status report to Court, propose mediators via email to K Long | 0.4 | 0.4 |
| 11/22/2022 | GK | Final edits to and filing of default judgment | 0.5 | 0.5 |
| 11/25/2022 | GK | Call and text to Potential Class Member LL | 0.1 | 0.1 |
| 11/25/2022 | GK | Call (VM) to Potential Class Member KR re status | 0.1 | 0.1 |
| 11/25/2022 | GK | Call (VM) to potential witness and class member CR re investigation | 0.1 | 0.1 |
| 11/25/2022 | GK | Update contact log and witness/PC list | 0.2 | 0.2 |
| 11/30/2022 | GK | Call with PC LL re claims, intake, retainer | 0.5 | 0.5 |
| 12/2/2022 | GK | Email with D Costin re new client, mediation | 0.1 | 0.1 |
| 12/2/2022 | GK | Call with B Campbell re medaition | 0.2 | 0.2 |

**Campbell, et al v. Bukhari Group LLC,**
**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 12/2/2022 | GK | Call with S Robinson re mediation | 0.2 | 0.2 |
| 12/2/2022 | GK | Call with S Robinson re mediation | 0.2 | 0.2 |
| 12/2/2022 | GK | Emails with Opposing Counsel re mediation, financials, new client | 0.2 | 0.2 |
| 12/2/2022 | GK | Review mediation agreement and confidentiality agreement and send to clients/co-counsel for signature | 0.5 | 0.5 |
| 12/17/2022 | GK | Merge individual and class damages into updated damages model for mediation purposes | 3.0 | 3.0 |
| 12/18/2022 | GK | Draft mediation statement | 4.5 | 4.5 |
| 12/19/2022 | GK | Further and final edits to mediaiton statement | 1.2 | 1.2 |
| 12/19/2022 | GK | Compile exhibits re mediation | 1.0 | 1.0 |
| 12/19/2022 | TK | Review and editing of mediation statement | 0.3 | **0.0** |
| 12/27/2022 | GK | Meeting with TK and D Costin re mediation, strategy | 0.5 | 0.5 |
| 12/27/2022 | TK | Meeting with GK and D Costin re mediation, strategy | 0.5 | **0.0** |
| 1/3/2023 | GK | Mediation before A Halper with TK and DAC | 7.5 | 7.5 |
| 1/3/2023 | TK | Mediation before A Halper with GK and co-counsel | 7.5 | **0.0** |
| 1/11/2023 | GK | Draft letter to KB re status, contact, discovery, settlement, new claims | 0.3 | 0.3 |
| 1/12/2023 | GK | Email to K Brathwaite re discovery needs, scheduling claims and issues | 0.3 | 0.3 |
| 1/13/2023 | KJ | left vm for K. Robinson following up on docs | 0.1 | 0.1 |
| 1/13/2023 | KJ | call with K. Robinson following up on docs | 0.1 | 0.1 |
| 1/15/2023 | GK | Draft Opt-In disclosures, including FWW allegations | 2.5 | 2.5 |
| 1/15/2023 | GK | Review Opt-In's documents, redact, bates stamp, and prepare for production in manner that preserves bookmarking etc. | 3.0 | 3.0 |
| 1/16/2023 | GK | Emails with TK re settlement proposal, discovery, and FWW tolling | 0.2 | 0.2 |
| 1/16/2023 | GK | Draft tolling agreement re FWW | 0.3 | 0.3 |
| 1/16/2023 | GK | Emails to Defs' Counsel and Mediator re settlement proposals and discovery | 0.3 | 0.3 |
| 1/16/2023 | GK | Draft proposed Term Sheet and letter outlining settlement proposal | 3.0 | 3.0 |
| 1/17/2023 | GK | Emails with new clients re preservation | 0.1 | 0.1 |
| 2/1/2023 | GK | Meeting with TK to discuss settlement strategy - revised demand | 0.6 | 0.6 |
| 2/1/2023 | TK | Meeting with GK to discuss settlement strategy - revised demand | 0.6 | **0.0** |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|------|------|-------------|--------|--------|
| 2/3/2023 | GK | Research Popeye's Franchise owners, including Defs, on Wisconsin database | 0.5 | 0.5 |
| 2/7/2023 | GK | Draft discovery scheduling order for Defs' review (0.6); emails with K Long re same (0.1) | 0.7 | 0.7 |
| 2/8/2023 | GK | Draft status report and provide to K Long for approval | 0.2 | 0.2 |
| 2/8/2023 | GK | Revise scheduling order re changes as per call with Defs' Counsel | 0.3 | 0.3 |
| 2/8/2023 | GK | Finalize and ECF discovery plan and status report letter | 0.3 | 0.3 |
| 2/8/2023 | GK | Call with D Costin and K Long re Rule 26f and discovery plan | 0.4 | 0.4 |
| 2/15/2023 | GK | Resend P693-830 to Defs' Counsel | 0.2 | 0.2 |
| 2/27/2023 | GK | Draft initial disclosures | 0.8 | 0.8 |
| 2/27/2023 | GK | Draft initial disclosures | 0.9 | 0.9 |
| 2/28/2023 | GK | Call with S Robinson re initial disclosures | 0.3 | 0.3 |
| 2/28/2023 | GK | Continue drafting initial disclosures following client calls | 0.4 | 0.4 |
| 3/1/2023 | GK | Email to K Long re settlement | 0.1 | 0.1 |
| 3/1/2023 | GK | Emails with TK re potential witness from other firm | 0.1 | 0.1 |
| 3/1/2023 | GK | Emails with TK re potential witness from other firm | 0.1 | 0.1 |
| 3/1/2023 | GK | Receipt and review of Initial Disclosures from Defs | 0.2 | 0.2 |
| 3/1/2023 | GK | Finalize and produce initial disclosures | 0.7 | 0.7 |
| 3/3/2023 | GK | Email to K Long re 216b and settlement | 0.1 | 0.1 |
| 3/8/2023 | GK | Email to K Long re 216b notice forms | 0.1 | 0.1 |
| 3/8/2023 | GK | Draft summary of notice plan, notice and consent form, email notice, and reminder notice | 2.5 | 2.5 |
| 3/8/2023 | KJ | left vm for B. Campbell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with S. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with B. Campbell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | left vm for L. Lovell re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | left vm for K. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/8/2023 | KJ | call with L. Lovell re scheduling call with GK | 0.1 | 0.1 |
| 3/9/2023 | GK | Emails with KJ re retainers | 0.1 | 0.1 |
| 3/9/2023 | GK | Email to S Robinson re review of declaration | 0.2 | 0.2 |
| 3/9/2023 | GK | Further emails with TK and D Costin re settlement | 0.2 | 0.2 |
| 3/9/2023 | GK | Review edits from J Small re 216 declaration template | 0.2 | 0.2 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 3/9/2023 | GK | Emails with B Campbell re 216b, status, settlement | 0.2 | 0.2 |
| 3/9/2023 | GK | Draft letter to Court re proposed revised schedule | 0.3 | 0.3 |
| 3/9/2023 | GK | Emails with K Long re letter to Court, settlement, 216b timing | 0.3 | 0.3 |
| 3/9/2023 | GK | Call with K Long re settlement | 0.5 | 0.5 |
| 3/9/2023 | GK | Review damages model and class data post-settlement call re settlement ranges and settlement analysis (0.7); email to TK re same (0.1) | 0.8 | 0.8 |
| 3/9/2023 | GK | Draft 216b declaration for B Campbell | 1.3 | 1.3 |
| 3/9/2023 | GK | Draft form 216b declaration based on S Robinson | 1.8 | 1.8 |
| 3/9/2023 | JS | Reviewed/ edited S. Robinson's dec. | 0.5 | **0.0** |
| 3/9/2023 | KJ | left vm for L. Lovell re call with GK | 0.1 | 0.1 |
| 3/9/2023 | KJ | drafted class rep retainer for K. Robinson. Sent to GK | 0.1 | 0.1 |
| 3/9/2023 | KJ | call with K. Robinson re scheduling call with GK | 0.1 | 0.1 |
| 3/10/2023 | GK | Emails with KJ re deadline extensions and related issues | 0.1 | 0.1 |
| 3/16/2023 | GK | Emails with TK re potential manager witness | 0.1 | 0.1 |
| 3/16/2023 | GK | Call with potential manager witness re client's claims and her claims as potential class member | 0.8 | 0.8 |
| 3/27/2023 | GK | Email to K Long outlining second amended complaint and settlement proposal | 0.3 | 0.3 |
| 3/27/2023 | GK | Draft and revise declaration of K Robinson re 216b motion | 1.3 | 1.3 |
| 3/27/2023 | GK | Draft Second Amd Compl Stip and drafting/editing of Second Amd Complaint re Fair Workweek claims | 3.2 | 3.2 |
| 3/28/2023 | GK | Draft Notice of Motion re 216(b) | 0.3 | 0.3 |
| 3/28/2023 | GK | Compile exhibits and completed motion papers for service | 0.8 | 0.8 |
| 3/28/2023 | GK | Draft GK declaration re 216b motion | 1.3 | 1.3 |
| 3/28/2023 | GK | Draft MOL re 216b motion | 4.1 | 4.1 |
| 4/12/2023 | GK | Emails with K Long re 216b brieging | 0.1 | 0.1 |
| 4/12/2023 | GK | Draft P's document and interrogatory requests | 2.2 | 2.2 |
| 5/5/2023 | GK | Email with KJ re admission chart | 0.1 | 0.1 |
| 5/9/2023 | KJ | reviewed GK's Answer spreadsheet | 0.1 | 0.1 |
| 5/10/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt2 | 0.6 | 0.6 |
| 5/10/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt1 | 0.9 | 0.9 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 5/11/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt4 | 0.4 | 0.4 |
| 5/11/2023 | KJ | edited/updated Marked Pleadings spreadsheet with D's Answer to Second Amd. Class and Collective Action Complaint pt3 | 1.0 | 1.0 |
| 5/19/2023 | GK | Receipt and review of opposition papers re 216b; take notes on grounds to reply | 0.5 | 0.5 |
| 5/23/2023 | GK | Research Swissport matter re 216b reply | 0.5 | 0.5 |
| 5/24/2023 | GK | Draft and research reply re 216b motion | 3.5 | 3.5 |
| 5/25/2023 | GK | Final draft reply MOL re 216b | 2.1 | 2.1 |
| 5/26/2023 | GK | E-file 216b motion re bundling rule | 0.5 | **0.0** |
| 5/26/2023 | GK | Emails with K Long re discovery responses and briefing | 0.1 | 0.1 |
| 6/8/2023 | GK | Emails with TK re withholding coworker communications | 0.2 | 0.2 |
| 6/8/2023 | GK | Draft interrogatory and document responses | 3.1 | 3.1 |
| 6/9/2023 | GK | Research NLRA authority and common-interest priv re objections to producing texts between workers | 1.2 | 1.2 |
| 6/9/2023 | GK | Review, redact, combine, and Bates Stamp records re docs to be produced as P831-942 | 1.9 | 1.9 |
| 6/9/2023 | GK | Final edits to the document responses and interrogatory responses and produce same, along with P831-942 | 2.1 | 2.1 |
| 8/1/2023 | GK | Emails with KJ re deposition notices | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Defendant Ali Butt | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Gulraiz Iqbal | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Kabir Humayan | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Nafees Bukhari | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted deposition notice for Tariq Ahmad | 0.1 | 0.1 |
| 8/2/2023 | KJ | drafted 30(b)(6) notice | 0.1 | 0.1 |
| 8/3/2023 | GK | Draft letter to Defs and research for same re discovery deficiencies | 2.5 | 2.5 |
| 8/11/2023 | GK | Emails with K Long re Defs' doc responses | 0.1 | 0.1 |
| 8/11/2023 | GK | Revise and serve deposition notices | 0.4 | 0.4 |
| 8/18/2023 | GK | Revise proposed term sheet and sent to Defs' counsel | 0.4 | 0.4 |
| 8/22/2023 | GK | Call with K Long re settlement and document production | 0.2 | 0.2 |
| 9/6/2023 | GK | Call with B Campbell re settlement | 0.2 | 0.2 |
| 9/7/2023 | GK | Email to J Parks re AB data quote | 0.1 | 0.1 |
| 9/7/2023 | GK | Email to J Paul re Xpand legal quote | 0.1 | 0.1 |
| 10/4/2023 | GK | Emails with K Long re settlement and letter to court | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 10/6/2023 | GK | Draft and file letter to Court re extension, settlement, leave | 0.3 | **0.0** |
| 11/2/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 11/2/2023 | GK | Emails with TK re settlement mechanics addressing various entities | 0.1 | 0.1 |
| 11/2/2023 | GK | Email with K Long re extension, settlement papers, various defendants | 0.1 | 0.1 |
| 11/21/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 12/7/2023 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 12/7/2023 | GK | Draft 3rd Amd Complaint and related stip for K Long's review -- email same to K Long | 1.3 | 1.3 |
| 12/7/2023 | GK | Final edits to draft Agreement | 2.0 | 2.0 |
| 12/7/2023 | GK | Final edits to proposed notice, claim form, service award release form, reminder notice, proposed order re exhibits to agreement; zip and send to K Long | 2.4 | 2.4 |
| 12/8/2023 | GK | Email with KJ re referral to Magistrate | 0.1 | 0.1 |
| 12/8/2023 | KJ | drafted MJ Consent Form; sent to GK | 0.1 | 0.1 |
| 1/5/2024 | GK | Draft and file letter to Court re extension | 0.1 | **0.0** |
| 1/5/2024 | GK | Email with K Long re letter to court | 0.1 | 0.1 |
| 1/31/2024 | GK | Emails with K Long re magistrate consent and stip; sign same | 0.2 | 0.2 |
| 1/31/2024 | GK | Finalize settlement agreement for signature | 0.4 | 0.4 |
| 2/1/2024 | GK | Draft and research for memo of law in support of motion for preliminary approval | 3.5 | 3.5 |
| 2/2/2024 | GK | Draft and e-file extension motion | 0.2 | **0.0** |
| 2/2/2024 | GK | Revise agreement with requested payment dates | 0.2 | 0.2 |
| 2/2/2024 | GK | Email to K Long re agreement, ltr to Court, stip, amd complaint | 0.2 | 0.2 |
| 2/7/2024 | GK | Draft motion to extend and e-file same | 0.2 | **0.0** |
| 2/7/2024 | GK | E-file stip and amended complaint | 0.2 | **0.0** |
| 2/12/2024 | GK | Draft motion to extend and e-file same | 0.2 | **0.0** |
| 2/15/2024 | GK | E-File consent to magistrate | 0.1 | **0.0** |
| 2/15/2024 | GK | Compile all exhibits and file motion for preliminary approval via ECF | 0.5 | **0.2** |
| 2/15/2024 | GK | Email to G Morales re cy pres application | 0.1 | 0.1 |
| 2/15/2024 | GK | Draft notice of motion re preliminary approval | 0.2 | 0.2 |
| 2/15/2024 | GK | Review and revise declaration of D Costin re approval motion | 0.5 | 0.5 |
| 2/15/2024 | GK | Draft TK declaration re preliminary approval | 2.5 | 2.5 |
| 2/15/2024 | GK | Revisions to memo of law re proofing, TOA/TOC, bluebooking, cites to exs and Declaration | 2.5 | 2.5 |
| 4/19/2024 | GK | E-File letter to court withdrawing FLSA motion and seeking leave to amend Agreement | 0.1 | **0.0** |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 4/19/2024 | GK | Call with K Long re Court's order | 0.2 | 0.2 |
| 4/19/2024 | GK | Draft letter to Court re FLSA elements of Settlement and noting distinguishing factors from Chen v. XpresSpa at Terminal 4 JFK LLC | 2.1 | 2.1 |
| 4/19/2024 | TK | Review and edits of letter to Judge Kuo clarify settlement terms re FLSA | 0.2 | **0.0** |
| 4/21/2024 | GK | Draft amended exhibits and amendment to the settlement agreement re clarification of FLSA claims and collective | 3.8 | 3.8 |
| 4/23/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.2 | 0.2 |
| 4/23/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.2 | 0.2 |
| 4/25/2024 | GK | Email with K Long re amendments to the agreement and exhibits | 0.1 | 0.1 |
| 4/26/2024 | GK | E-File amendments to the Agreement | 0.2 | **0.0** |
| 6/21/2024 | GK | Emails with K Long re call-in information; review hearing order and court calendar re same | 0.1 | 0.1 |
| 6/21/2024 | GK | Review papers to prepare prepare re Preliminary Approval hearing | 0.5 | 0.5 |
| 6/21/2024 | GK | Preliminary approval hearing | 0.8 | 0.8 |
| 7/1/2024 | GK | Email to K Long re status of letter to Court | 0.1 | 0.1 |
| 7/10/2024 | GK | Review letter to Court from Defs | 0.1 | 0.1 |
| 8/19/2024 | GK | Review Order denying preliminary approval | 0.5 | 0.5 |
| 8/19/2024 | GK | Emails and discussions with TK and DAC re Court's Order and proposals to address same | 0.5 | 0.5 |
| 8/19/2024 | GK | Review agreement and Order and draft email to K Long outlining changes to the settlement to address the issues raised by the Court | 2.2 | 2.2 |
| 8/22/2024 | GK | Emails with K Long re next steps | 0.1 | 0.1 |
| 8/23/2024 | GK | Emails with K Long re next steps | 0.1 | 0.1 |
| 8/30/2024 | GK | Call with K Long re amendment proposal | 0.2 | 0.2 |
| 8/30/2024 | GK | Email to Team re issues discussed with K Long and violations alleged | 0.2 | 0.2 |
| 9/5/2024 | GK | Draft Second Amended Settlement Agreement and annotate prior email demonstrating where in the agreement changes were made | 3.1 | 3.1 |
| 9/12/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/13/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/17/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 9/19/2024 | GK | Email to K Long re amended agreement | 0.1 | 0.1 |
| 10/3/2024 | GK | Email and call with K Long re amended agreement, related matters | 0.2 | 0.2 |
| 10/4/2024 | GK | Emails with TK and DAC re other matter, call with K Long, next steps | 0.2 | 0.2 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|------|------|-------------|--------|--------|
| 10/11/2024 | GR | Call with CLient KR re update | 0.1 | **0.0** |
| 10/16/2024 | GK | Email to K Long re need to set scheduling order, renewed 216b briefing order, and proposed stips | 0.2 | 0.2 |
| 10/17/2024 | GK | Call with K Long re next steps, amendments | 0.2 | 0.2 |
| 10/17/2024 | GK | Emails with TK and DAC re call and proposed response (0.1); draft and send email to K Long re detailing why Defs' counter-proposals do not satisfy the Court's concerns (.8). | 0.9 | 0.9 |
| 10/17/2024 | GK | Revise the Notice into two Notices (Collective/Class Notice; Class Only Notice) (1.3); revise claim form (0.4); and email to TK and DAC re revised forms (0.1). | 1.8 | 1.8 |
| 10/18/2024 | KJ | call with PC M. Miah re update | 0.1 | 0.1 |
| 10/25/2024 | GR | Status call with Client BC | 0.1 | **0.0** |
| 10/28/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 10/30/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 11/5/2024 | GK | Emails with K Long re finalizing agreement | 0.1 | 0.1 |
| 11/7/2024 | GK | Calculate proposed funding dates, compare to approval timeline, and calculate date-specific counter proposal; email same to K Long | 0.8 | 0.8 |
| 11/7/2024 | GK | Calculate KM lodestar and preliminary lodestar with DAC | 0.5 | 0.5 |
| 11/7/2024 | GK | Email to DAC re status, approval declaration etc. | 0.1 | 0.1 |
| 11/7/2024 | GK | Emails with K Long re confirmation of final terms and next steps | 0.1 | 0.1 |
| 11/7/2024 | GK | Revise Agreement re confirmed payment timeline | 0.2 | 0.2 |
| 11/11/2024 | GK | Revise memo of law in support of preliminary approval re Second Amended Settlement terms | 3.0 | 3.0 |
| 11/12/2024 | GK | Compare Agreement, Exhibits, Memo of Law, Court Order, and PA transcript re consistent and complete responses to Court's concerns; make edits to Agreement, Exhibits, and Memo of Law re same, including bulleted explanations of changes to Notices | 3.5 | 3.5 |
| 11/19/2024 | GK | Draft fee-approval section of Mem of Law (1.0); update facts re first PA motion (0.5); update section on % of recovery & 195 claims (0.3). | 1.8 | 1.8 |
| 11/19/2024 | GK | Final edits to revised Memo of Law and draft corresponding Declaration of GK | 3.0 | 3.0 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 11/20/2024 | GK | Review D Costin declaration ISO prelim approval and propose additions (0.4); further edits and revisions to preliminary approval motion before forwarding to D Costin (0.3); email to D Costin re both (0.1) | 0.8 | 0.8 |
| 11/22/2024 | GK | Final edits to Settlement Agreement, compile the files, send to K Long | 0.5 | 0.5 |
| 11/26/2024 | GK | Email to K Long re status of review of agreement, new exhibits, papers | 0.1 | 0.1 |
| 11/27/2024 | GK | Final edits to GK declaration and memo of law in supp of preliminary approval (3.4); email to K Long re attaching same (0.1) | 3.5 | 3.5 |
| 12/2/2024 | GK | Calls with K Long re settlement, process to date and going fwd (0.2); emails with K Long re status of settlement (0.1) | 0.3 | 0.3 |
| 12/11/2024 | GK | Prepared signed copy of Agreement for signature by Defs and email to K Long | 0.2 | 0.2 |
| 12/13/2024 | GR | Call w/ Class Member | 0.1 | **0.0** |
| 12/13/2024 | GK | Follow up emails with K Long re status of signature | 0.1 | **0.0** |
| 12/17/2024 | GK | Emails with K Long re status | 0.1 | 0.1 |
| 12/17/2024 | GK | Draft status letter to Court including new provisions | 0.5 | 0.5 |
| 12/17/2024 | GK | Call with L Lovell re status, next steps | 0.2 | 0.2 |
| 12/17/2024 | GK | E-file status letter and motion for leave via ECF | 0.1 | **0.0** |
| 12/20/2024 | GK | Emails w/ K Long re status | 0.1 | 0.1 |
| 12/23/2024 | GK | Emails w/ K Long re status, motion for extension | 0.1 | 0.1 |
| 12/31/2024 | GK | Emails w/ K Long re status of signed agreement, partial execution of same | 0.1 | 0.1 |
| 1/2/2025 | GK | Emails w/ K Long re status of signed agreement, partial execution of same, options if signature is missing | 0.1 | 0.1 |
| 1/3/2025 | GK | Final edits to the Approval Motion and declaration, including final lodestar analysis (2.8); assemble exhibits and final PDFs for filing (0.6); draft notice of motion (0.1); e-file same (0.2). | 3.6 | **3.4** |
| 4/2/2025 | GK | Receipt and review of scheduling order from Court (0.1); emails with TK re same (0.1); review of papers as part of discussion with TK (0.1) | 0.3 | 0.3 |
| 4/3/2025 | GK | Emails with K Long re rescheduling of appearance | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 4/23/2025 | GK | Review motion papers re prep for court conference (0.4); conference with Court (0.3); email to TK and DC summarizing call with Court and attaching amended papers to resolve concerns (0.1); draft stip amending the agreement to address Court concerns, including new notices and proposed Orders (2.9) | 3.7 | **3.6** |
| 4/24/2025 | GK | Continue to revise Notices, Proposed Order, CLaim Form re suggestions from Court and additional plain-language proofing (1.0); email to K Long (0.1). | 1.1 | 1.1 |
| 5/4/2025 | GK | Further revisions to the amended agreement to address the Court's minute entry (0.3); email to K Long asking for response to be on file by EOD (0.1) | 0.4 | **0.3** |
| 5/5/2025 | GK | Email to K Long asking for response to be on file by deadline; finalize copies for execution | 0.1 | **0.0** |
| 7/8/2025 | GK | Receipt and review of Preliminary Approval Order, draft memo to Team re digest of same | 0.5 | **0.0** |
| 7/9/2025 | GK | Email to Xpand re Order, notices, def's contact | 0.5 | 0.5 |
| 7/15/2025 | GK | Call and emails with K Long re class list data (0.2); assemble the pre-suit class data for her reference (0.2) | 0.4 | 0.4 |
| 7/22/2025 | GK | Email to K Long re data, suggesting amended schedule | 0.1 | 0.1 |
| 7/28/2025 | GK | Email w/ counsel of putative opt-out re status | 0.1 | **0.0** |
| 8/1/2025 | GK | Email w/ counsel of putative opt-out re status | 0.1 | **0.0** |
| 8/5/2025 | GK | Email to K Long asking for update on data; receipt of email from Xpand re same | 0.1 | 0.1 |
| 8/15/2025 | GK | Email to K Long asking for update on data today | 0.1 | **0.0** |
| 8/15/2025 | GK | Further emails with K Long and Xpand re status, data missing, ability to keep the hearing date depending on supplemental review | 0.2 | 0.2 |
| 8/18/2025 | GK | Review mock-up notice -- advise on edits to Xpand | 0.1 | 0.1 |
| 8/19/2025 | GK | Update email to putative opt-out's counsel | 0.1 | 0.1 |
| 8/27/2025 | GK | Email to K Long re need for new hearing date, asking for timeline, and proposing stip, in lieu of motion to compel | 0.1 | 0.1 |
| 9/4/2025 | GK | Follow up email with K Long and Xpand re whether all data was received following supplemental production on 9/4 | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 9/17/2025 | GK | Receipt of email re questions from Xpand about seperate notices and missing data of 47 ppl (0.1); email to K Long re same, hearing date (0.1); review of settlement agreement and email to Xpand re confirming FLSA packet and NYLL packet, missing data (0.1) | 0.3 | 0.3 |
| 9/18/2025 | GK | Email to Xpand re missing data, time pressure of production/hearing | 0.1 | 0.1 |
| 10/15/2025 | GK | Call with K Long re status of data etc (0.1); email to Xpand re missing data, time pressure of production/hearing (0.1) | 0.2 | 0.2 |
| 10/15/2025 | GK | Email to putative opt-out's counsel re status (0.1); email to Xpand and K Long re status (0.1) | 0.2 | 0.2 |
| 11/21/2025 | GK | Email from K Long re status of Def's attempts to get data from prior vendor (0.1); email response re need to update Court, proposals to address same (0.1); email to putative opt-opts counsel re status (0.1) | 0.3 | 0.3 |
| 11/24/2025 | GK | Emails w/ K Long re status of class list review | 0.1 | 0.1 |
| 12/4/2025 | GK | Draft Stip re settlement timeline and fairness hearing | 1.5 | 1.5 |
| 12/8/2025 | GK | Email to K Long re request to execute stip etc | 0.1 | **0.0** |
| 12/9/2025 | GK | Review draft status letter and approve same, emails with K Long re executed stip | 0.1 | 0.1 |
| 12/10/2025 | GK | Email to K Long re filing of stip, letter | 0.1 | **0.0** |
| 12/11/2025 | GK | Email to K Long re filing of stip/letter and request for update on data | 0.1 | **0.0** |
| 12/12/2025 | GK | Receipt of Court's order; email to K Long confirming Def will file stip/ltr | 0.1 | 0.1 |
| 12/12/2025 | GK | Email update to Xpand re stip and order from Court | 0.1 | 0.1 |
| 12/12/2025 | GK | Emails with Xpand confirming receipt of new data and review update coming next week | 0.1 | 0.1 |
| 12/16/2025 | GK | Emails with Xpand and K Long re access to Class List data and issue list (0.1); emails to Xpand and K Long re point-by-point issues with the data identified by Xpand (1.3); email to Xpand and K Long re gross wage data and sections from the Agreement re same (0.6) | 2.0 | 2.0 |
| 12/17/2025 | GK | Call with K Long re data issues | 0.1 | 0.1 |
| 12/18/2025 | GK | Emails w/ Xpand re gross pay data, access to prior data lists (0.2); review of prior emails re whether data was on the issue list (0.4); email to K Long re issues with the data, proposal to move fwd, Court update (0.2) | 0.8 | 0.8 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 12/19/2025 | GK | Emails w/ Xpand re confirming issues ID'ing gross pay deficiency (0.1); emails w/ Xpand re adding Gross Pay to deficiency log (0.1); draft letter to Court and emails with K Long re same (0.5) | 0.7 | 0.7 |
| 12/19/2025 | GK | E-file ltr to Court re status | 0.1 | **0.0** |
| 12/28/2025 | GK | Email to K Long and A Nicholas re status, production | 0.1 | **0.0** |
| 12/29/2025 | GK | Emails w/ K Long and A Nicholas re status, production | 0.1 | 0.1 |
| 12/30/2025 | GK | Emails w/ K Long and A Nicholas re status, production | 0.1 | 0.1 |
| 1/5/2026 | GK | Receipt of update from Xpand and outstanding issues | 0.1 | 0.1 |
| 1/7/2026 | GK | Email to Xpand and Defs re point-by-point response on updated issue list (0.8); review Class List to prepare response, research in case file for managers ID'd on list who should not be there, review timeline from Court (1.0); pull missing zips via Google and email to Xpand re same (.3) | 2.1 | 2.1 |
| 1/8/2026 | GK | Emails w/ Xpand re funding processes, confirming Xpand has all necessary docs to proceed (including review of files and emails, linking them to same) | 1.1 | 1.1 |
| 1/8/2026 | GK | Close review of data and draft detailed email to Xpand and Defs re class periods, no hire date EE, 61 termination date issues and data points that could resolve same, data outside the relevant period | 1.5 | 1.5 |
| 1/8/2026 | GK | F/u emails to my own email re questions for Xpand specifically and access to payroll data | 0.2 | 0.2 |
| 1/8/2026 | GK | Receipt and review of payroll data (0.5); email to xpand and K Long re use of payroll data to resolve outstanding issues related to 1 no hire date, some termination dates, data outside relevant period, incompleteness for 2018, 2019, 2021, 2022 (1.0) | 1.5 | 1.5 |
| 1/8/2026 | GK | Further emails w/ Xpand w/ answers from my questions, deadlines | 0.2 | 0.2 |
| 1/8/2026 | GK | Draft status letter to Court considering status, and issues identified | 0.5 | 0.5 |
| 1/13/2026 | GK | Emails with K Long and A Nicholas re status | 0.1 | 0.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 1/20/2026 | GK | Emails w/ Xpand and Defs re status, circling back on 31 members with term dates, 62 addresses/Zips KM found, 2 SSNs | 0.3 | 0.3 |
| 1/21/2026 | GK | Emails with Xpand re XPand's f/u w/ Def counsel on data issues (0.1); review issue log and draft email to Xpand and Def re confirming outstanding data and notes on how to resolve discrepancies with 7 class members (0.3). | 0.4 | 0.4 |
| 1/21/2026 | GK | Research missing addresses; send to Xpand and Defs | 0.3 | 0.3 |
| 1/22/2026 | GK | Request update from Defs and Xpand (3x) (0.2); request proofs and provide resolution to missing end dates on 2 Class Members (0.1); emails w/ J Paul re concerns over status, update (0.1); Email to Xpand and Defs re resolution of missing end dates, allocation formula, proof status (0.1) | 0.5 | 0.5 |
| 1/23/2026 | GK | Email to putative opt-out counsel re status | 0.1 | **0.0** |
| 1/23/2026 | GK | Emails to Xpand re status updates, court deadlines (0.1); review and comment on proofs (0.3); emails to Xpand re update, confirming can't complete (0.1); draft status update to teh Court and send to K Long for feedback (0.4); receipt of detailed email w/ questions and issues on calcs from Xpand; prelim response w/ previously provided information (0.2); confer w/ Defs' counsel re issues, timing; update to XPand on same (0.1); draft detailed email responding to all questions, sample calcs, and splits in allocation (1.0) | 2.1 | 2.1 |
| 1/26/2026 | GK | Review issue logs and data sets and provide detailed responses to issues from XPand in calcs, mismatches, previously noted matters and new issues, number of class members (1.5); draft status update draft for Court and send to K Long (0.4) | 1.9 | 1.9 |
| 1/27/2026 | GK | Review new data set, comment in data set, send detailed email outlining various questions and assumption from same, and review responses (2.0); emails with TK and D Costin re status, issues outstanding (0.2) | 2.2 | 2.2 |
| 1/29/2026 | GK | Review consolidated data related to mismatches for Class Members, mark up, and explain six categories of next steps/confirmation in email to Admin and Defs | 1.1 | 1.1 |

**Campbell, et al v. Bukhari Group LLC,**

**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|------|------|-------------|--------|--------|
| 1/29/2026 | GK | f/u email to my email asking for update from Defs | 0.1 | 0.1 |
| 1/30/2026 | GK | Draft latest status letter to Court (0.5); email and call with Defs' Counsel re same (0.2) | 0.7 | 0.7 |
| 2/4/2026 | GK | Request status update on unanswered questions | 0.1 | **0.0** |
| 2/5/2026 | GK | review update frm Xpand (0.3); draft point-by-point review via email and on Dropbox'd Excel file (1.2); emails with Defs re proposal for next steps and need for court intervention (0.2); emails w/ Xpand confirming Court involvement and proposal (0.2) | 1.7 | 1.7 |
| 2/6/2026 | GK | Draft stip to Court and revise upon receipt of information from Xpand (1.5); emails with Defs and Xpand re information needed for update to the Court (0.3); final edits to submission to Court before filing (0.4); e-file same (0.1) | 2.3 | **2.2** |
| 2/13/2026 | GK | Call w/ Court re data issues (0.3); prep for same (0.2); email to Xpand advising that Court approved proposal and to move fwd; email to Team re same (0.1) | 0.6 | 0.6 |
| 2/16/2026 | GK | Fwd so ordered stip to Xpand | 0.1 | 0.1 |
| 2/18/2026 | GK | Check in w/ Xpand re mailing status | 0.1 | 0.1 |
| 2/23/2026 | GK | Emails w/ Cpand re outstanding and new issues found during final data calcs (0.4); review data and send K Long email to resolve 3 buckets of issues (0.3); further emails w/ Xpand re issues (0.2); request for proofs, f/u emails on timing, resolution of issues (0.3); f/u up email on status (0.1); response to FLSA calc question (0.2); review proofs confirm same (0.2); last email requesting update on whether notices were mailed (0.1) | 1.8 | 1.8 |
| 2/24/2026 | GK | Request for status update, assuming notice did not issues; emails w/ JP re same | 0.1 | 0.1 |
| 2/26/2026 | GK | Review ponts calcs provided by Xpand and confirm same | 0.3 | 0.3 |
| 2/27/2026 | GK | Emails w/ Xpand re status, confirming mailing (0.3); emails w/ K Long re status ltr to Court and draft same (0.2); e-file same (0.1) | 0.6 | **0.5** |
| 3/2/2026 | GK | Emails w/ putative opt-out re status; email to Xpand re same | 0.1 | 0.1 |
| 3/9/2026 | GK | Email w/ Xpand and C Lam re notice | 0.1 | **0.0** |
| 3/13/2026 | GK | Emails w/ Class Member FF re notice, address | 0.2 | 0.2 |
| 3/20/2026 | GR | Client called | 0.1 | **0.0** |

**Campbell, et al v. Bukhari Group LLC,**
**KM Time**

| Date | User | Description | RawHrs | NetHrs |
|---|---|---|---|---|
| 5/11/2026 | KJ | called CM MDH re info | 0.1 | 0.1 |
| 5/11/2026 | KJ | called CM K re info | 0.1 | 0.1 |
| 6/1/2026 | GK | Email to Xpand re confirming various forms, addresses | 0.2 | 0.2 |
| 6/2/2026 | KJ | call with CM A re MDH | 0.1 | 0.1 |
| 6/2/2026 | KJ | left message for MDH with sister | 0.1 | **0.0** |
| 6/2/2026 | KJ | ran people map on CM; sent results to GK | 0.1 | 0.1 |
| 6/2/2026 | KJ | returned call re MDH; left vm | 0.1 | **0.0** |
| 6/2/2026 | KJ | left vm for CM re claim forms | 0.1 | 0.1 |
| 6/2/2026 | KJ | call with CM re claim forms | 0.1 | 0.1 |
| 6/2/2026 | KJ | called CM re claim forms; unable to reach her | 0.1 | **0.0** |
| 6/2/2026 | GK | Emails w/ Xpand re confirming various forms, addresses | 0.2 | 0.2 |
| 6/3/2026 | KJ | call with CM MDH | 0.1 | 0.1 |
| 6/3/2026 | KJ | call with KR e claim forms | 0.1 | 0.1 |
| 6/15/2026 | GK | Emails w/ Xpand re information needed for Final Approval | 0.2 | 0.2 |
| 6/16/2026 | GK | Draft MOL in Supp of Final Approval (2.9); detailed review of data production timeline and draft summary for Xpand for Paul Declaration; other proposed edits and comments on same (0.5) | 3.5 | 3.5 |
| 6/17/2026 | GK | Review list of Collective Members and compare to PDFs (assembly of same) (0.8); draft notice to Court (0.2); emails with Xpand re missing forms, unlisted Collective Member (0.2); e-file notice (0.1) | 1.3 | **1.2** |