# Exhibit H

**Campbell, et al v. Bukhari Group LLC,**
**Costs**

| Category | Description | Date | Total |
|---|---|---|---|
| Court Fees | Filing Fee - EDNY | 5/13/2022 | $400.00 |
| Mediation Costs | Payment to Mediator | 2/1/2023 | $1,150.00 |
| Service of Process | Service of Individual Defendants | 6/3/2022 | $580.00 |
| Service of Process | Service of Corporations | 6/3/2022 | $981.60 |
| Postage & Shipping | Postage for 23 Letters to Putative Class Members | 7/13/2022 | $12.19 |
| Research | Pacer Charges | Various | $47.70 |

**Law and ADR Office of Adam J. Halper, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, NY  10601 US
+19149791245
adam@newyorkadr.com
www.newyorkadr.com

# Invoice

| BILL TO |
| --- |
| Garrett Kaske |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1157 | 02/01/2023 | $0.00 | 02/01/2023 | Due on receipt | |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 12/30/2022 | Sales | Review of pre-mediation submissions. | 2 | 0.00 | 0.00 |
| 01/03/2023 | Sales | Mediation Session. | 4 | 150.00 | 600.00 |
| 01/03/2023 | Sales | Mediation Session, Cont. | 3.75 | 250.00 | 937.50 |
| 01/04/2023 | Sales | Post session correspondence with all attorneys. | 0.40 | 250.00 | 100.00 |
| 01/12/2023 | Sales | Correspondence/Ph Call with D. Counsel. | 0.30 | 250.00 | 75.00 |
| 01/13/2023 | Sales | Correspondence/Ph Call with P. Counsel. | 0.50 | 250.00 | 125.00 |
| 01/16/2023 | Sales | Review of P. proposal/counter. | 0.30 | 250.00 | 75.00 |
| 01/19/2023 | Sales | Correspondence/Ph Call with D. Counsel. | 0.30 | 250.00 | 75.00 |
| 01/27/2023 | Sales | Correspondence/Ph Call with D. Counsel. | 1.25 | 250.00 | 312.50 |

| | | |
| --- | --- | --- |
| SUBTOTAL | | 2,300.00 |
| DISCOUNT | | -1,150.00 |
| TOTAL | | 1,150.00 |
| BALANCE DUE | | **$0.00** |

**Nationwide Court Services, Inc.**

**S T A T E M E N T**

| Date: | 7/5/2022 |
|---|---|
| Account: | 4291 |

| Amount Paid: |
|---|
| |

,

| KESSLER MATURA, P.C.<br><br>534 BROADHOLLOW ROAD<br>SUITE 275<br>MELVILLE NEW YORK  11747 |
|---|

**Payment Terms:  NET 30**

*^Please return this portion with your payment^*

| Document No. | Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| PSI901204 | 3/29/2022 | SLS | | $145.00 | $145.00 |
| PSI908395 | 6/20/2022 | SLS | BUKARI GROUP | $580.00 | $725.00 |

| Amount Due: | $725.00 |
|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91-120 | 120 and over |
|---|---|---|---|---|
| $580.00 | $145.00 | $0.00 | $0.00 | $0.00 |

Codes:   SLS  =  Sales / Invoices     FIN  =  Finance Charges     CR  =  Credit Memos
         DR   =  Debit Memos          PMT  =  Payments            RTN  =  Returns

# INVOICE

**The Servinator, Inc.**
41 State Street, 604-13
Albany, NY 12207

servinator@servinator.com
(518)432-7378

## Kessler Matura PC

**Bill to**
Kessler Matura PC

**Ship to**
Kessler Matura PC

**Invoice details**
Invoice no. : 1543
Invoice date : 5/31/22
Terms : Due on receipt
Due date : 5/31/22

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **NYSDOS Service**<br>12 services (42ppx24copies 1008pp) $480 NYSDOS fees $25x12 Service Fee | 1 unit × $981.60 | $981.60 |

| | |
|---|---|
| **Total** | **$981.60** |

## Ways to pay

| | |
|---|---|
| **Overdue** | 5/31/22 |

Campbell, et al v. Bukhari Group LLC,
PACER Charges

| Date | Time | Pgs | Court | Type | Docket | Cost |
|------|------|-----|-------|------|--------|------|
| 8/24/2021 | 9:41:54 | 1 | 00PCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BAYCHESTER CHICKEN; ALL COURTS; PAGE: 1 | $0.10 |
| 8/24/2021 | 9:42:15 | 1 | 00PCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME 4399 BRONX CHICKEN; ALL COURTS; PAGE: 1 | $0.10 |
| 8/24/2021 | 10:40:22 | 1 | NYEDC | SEARCH | LAST NAME: POPEYE | $0.10 |
| 8/24/2021 | 10:40:41 | 1 | NYEDC | SEARCH | LAST NAME: BAYCHESTER CHICKEN | $0.10 |
| 8/24/2021 | 10:42:27 | 6 | NYSDC | DOCKET REPORT | 1:17-CV-04658-VSB | $0.60 |
| 8/24/2021 | 10:45:09 | 30 | NYSDC | IMAGE2-0 | 1:17-CV-04658-VSB DOCUMENT 2-0 | $3.00 |
| 8/24/2021 | 10:45:11 | 6 | NYSDC | IMAGE39-0 | 1:17-CV-04658-VSB DOCUMENT 39-0 | $0.60 |
| 8/24/2021 | 11:08:58 | 5 | NYSDC | DOCKET REPORT | 1:20-CV-07884-AT | $0.50 |
| 8/24/2021 | 11:12:20 | 14 | NYSDC | IMAGE15-0 | 1:20-CV-07884-AT DOCUMENT 15-0 | $1.40 |
| 8/24/2021 | 11:12:50 | 10 | NYSDC | IMAGE1-0 | 1:20-CV-07884-AT DOCUMENT 1-0 | $1.00 |
| 8/24/2021 | 12:46:47 | 21 | NYSDC | IMAGE19-0 | 1:17-CV-04658-VSB DOCUMENT 19-0 | $2.10 |
| 11/8/2021 | 11:41:28 | 6 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB | $0.60 |
| 11/8/2021 | 11:42:54 | 1 | NYEDC | IMAGE33-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 33-0 | $0.10 |
| 11/8/2021 | 11:42:58 | 16 | NYEDC | IMAGE1-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 1-0 | $1.60 |
| 11/8/2021 | 11:44:49 | 20 | NYEDC | IMAGE30-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 30-0 | $2.00 |
| 11/8/2021 | 11:45:05 | 2 | NYEDC | IMAGE25-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 25-0 | $0.20 |
| 11/8/2021 | 11:45:08 | 2 | NYEDC | IMAGE26-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 26-0 | $0.20 |
| 11/8/2021 | 11:45:19 | 2 | NYEDC | IMAGE27-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 27-0 | $0.20 |
| 11/8/2021 | 11:45:22 | 2 | NYEDC | IMAGE28-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 28-0 | $0.20 |
| 11/8/2021 | 11:45:25 | 2 | NYEDC | IMAGE29-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 29-0 | $0.20 |
| 11/8/2021 | 11:49:32 | 3 | NYEDC | IMAGE32-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 32-0 | $0.30 |
| 11/8/2021 | 16:17:00 | 1 | NYEDC | SEARCH | LAST NAME: CONEY FOOD OF NY | $0.10 |
| 11/8/2021 | 16:17:34 | 1 | NYSDC | SEARCH | LAST NAME: CONEY FOOD OF NY LL | $0.10 |
| 11/11/2021 | 14:32:57 | 5 | NYSDC | DOCKET REPORT | 1:17-CV-04658-VSB | $0.50 |
| 11/11/2021 | 14:34:03 | 5 | NYSDC | IMAGE34-1 | 1:17-CV-04658-VSB DOCUMENT 34-1 | $0.50 |
| 11/11/2021 | 14:34:29 | 4 | NYSDC | IMAGE34-2 | 1:17-CV-04658-VSB DOCUMENT 34-2 | $0.40 |
| 11/11/2021 | 14:46:01 | 5 | NYSDC | DOCKET REPORT | 1:20-CV-07884-AT | $0.50 |
| 11/11/2021 | 14:46:31 | 11 | NYSDC | IMAGE20-1 | 1:20-CV-07884-AT DOCUMENT 20-1 | $1.10 |
| 11/11/2021 | 14:46:33 | 11 | NYSDC | IMAGE22-1 | 1:20-CV-07884-AT DOCUMENT 22-1 | $1.10 |
| 2/16/2022 | 22:52:01 | 8 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB | $0.80 |
| 2/16/2022 | 22:52:49 | 1 | NYEDC | IMAGE39-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 39-0 | $0.10 |
| 4/8/2022 | 10:21:10 | 9 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB | $0.90 |
| 4/8/2022 | 10:22:07 | 25 | NYEDC | IMAGE42-1 | 1:21-CV-02416-LDH-SJB DOCUMENT 42-1 | $2.50 |
| 4/8/2022 | 10:22:59 | 5 | NYEDC | IMAGE42-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 42-0 | $0.50 |
| 11/15/2021 | 11:42:15 | 3 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB START DATE: 11/4/2021 END DATE: 11/15/2021 | $0.30 |

<u>Campbell, et al v. Bukhari Group LLC,</u>
PACER Charges

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/15/2021 | 21:55:21 | 2 | NYEDC | IMAGE34-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-0 | $0.20 |
| 11/15/2021 | 21:55:22 | 3 | NYEDC | IMAGE34-2 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-2 | $0.30 |
| 11/15/2021 | 21:55:22 | 12 | NYEDC | IMAGE34-3 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-3 | $1.20 |
| 11/15/2021 | 21:55:22 | 2 | NYEDC | IMAGE34-1 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-1 | $0.20 |
| 11/15/2021 | 21:55:23 | 19 | NYEDC | IMAGE34-5 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-5 | $1.90 |
| 11/15/2021 | 21:55:23 | 3 | NYEDC | IMAGE34-4 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-4 | $0.30 |
| 11/15/2021 | 21:55:23 | 18 | NYEDC | IMAGE34-6 | 1:21-CV-02416-LDH-SJB DOCUMENT 34-6 | $1.80 |
| 1/10/2022 | 17:46:31 | 4 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB START DATE: 12/1/2021 END DATE: 1/10/2022 | $0.40 |
| 1/10/2022 | 17:47:33 | 13 | NYEDC | IMAGE37-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 37-0 | $1.30 |
| 12/17/2021 | 14:07:30 | 2 | NYSDC | DOCKET REPORT | 1:21-CV-02416-TMR START DATE: 12/1/2021 END DATE: 12/17/2021 | $0.20 |
| 12/17/2021 | 14:08:30 | 4 | NYEDC | DOCKET REPORT | 1:21-CV-02416-LDH-SJB START DATE: 11/14/2021 END DATE: 12/17/2021 | $0.40 |
| 12/17/2021 | 14:08:51 | 2 | NYEDC | IMAGE36-1 | 1:21-CV-02416-LDH-SJB DOCUMENT 36-1 | $0.20 |
| 12/17/2021 | 14:08:54 | 30 | NYEDC | IMAGE36-2 | 1:21-CV-02416-LDH-SJB DOCUMENT 36-2 | $3.00 |
| 12/17/2021 | 14:11:52 | 20 | NYEDC | IMAGE36-0 | 1:21-CV-02416-LDH-SJB DOCUMENT 36-0 | $2.00 |
| 6/3/2022 | 11:17:25 | 10 | TNMDC | DOCKET REPORT | 3:20-CV-00052 | $1.00 |
| 6/3/2022 | 11:18:34 | 21 | TNMDC | IMAGE7-0 | 3:20-CV-00052 DOCUMENT 7-0 | $2.10 |
| 6/3/2022 | 11:19:34 | 17 | TNMDC | IMAGE1-2 | 3:20-CV-00052 DOCUMENT 1-2 | $1.70 |
| 6/22/2022 | 12:36:07 | 4 | NYEDC | DOCKET REPORT | 1:22-CV-02813-MKB-PK | $0.40 |
| 6/22/2022 | 13:28:59 | 4 | NYEDC | IMAGE6-0 | 1:22-CV-02813-MKB-PK DOCUMENT 6-0 | $0.40 |
| 9/26/2022 | 12:25:45 | 30 | NYEDC | Image30-0 | 1:22-cv-02813-MKB-PK Document 30-0 | $3.00 |
| 9/26/2022 | 13:13:49 | 8 | NYSDC | Search | COA: M:10-468 | $0.80 |
| 9/26/2022 | 13:14:21 | 1 | NYSDC | Docket Report | 1:19-mc-00583-CM | $0.10 |
| 9/26/2022 | 13:14:25 | 2 | NYSDC | Image1-0 | 1:19-mc-00583-CM Document 1-0 | $0.20 |