# **Exhibit J**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIANNA CAMPBELL, SHAKEIM ROBINSON, and    :
KEVAUGHN ROBINSON on behalf of themselves and    :
others similarly situated,    : Case No. 22 Civ. 2813 (PK)
                                    Plaintiff,    :
                                                :
                                                :
        - against -    :
                                                :
                                                :
BUKHARI GROUP LLC, NAFEES BUKHARI, an    :
individual, ALI BUTT, an individual, 4399 BRONX    :
CHICKEN LLC, BAYCHESTER CHICKEN BG LLC.,    :
3555 WHITE PLAINS BG LLC, 3411 JEROME AVE    :
CORP., and CONEY FOOD OF NY LLC,    :
                                                :
                                    Defendants.    :
------------------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
### FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

This matter came before the Court on Plaintiffs' Motion for Final Approval of Class

Action Settlement ("Final Approval Motion"). In support of the Final Approval Motion, Plaintiff

submitted a Memorandum of Law in Support of the Final Approval Motion (the "Memorandum

of Law"), the Declaration of Garrett Kaske ("Kaske Declaration") and supporting exhibits.

Defendants do not oppose the motion.

Based upon the Court's review of the Memorandum of Law and Kessler Declaration, the

Court approves the class action settlement as follows:

1.    The Parties' settlement, memorialized in the Agreement attached to the Kaske

Declaration as Exhibit A, is fair, adequate, reasonable, and binding on Plaintiffs and all Class

Members who have not timely and properly opted out pursuant to Section 3.2 and all FLSA

Collective Members who opted into this matter.  The Court further finds that the Agreement meets

the standards for approval and dismissal under the Fair Labor Standards Act.  As a result, the Court

approves the settlement and "So Orders" all its terms which are incorporated herein. Capitalized terms used in this Order have the same meaning as set forth in the Agreement, unless defined otherwise.

2. The Court grants final certification of the Class and FLSA Collective for settlement purposes.

3. The Court approves the Service Payment set forth in Section 4.3(A) of the Agreement.

4. The Court grants Plaintiff's' request for attorneys' fees and out-of-pocket costs and expenses.

5. The Court approves of the selection of Brandworkers Inc. as a *cy pres* designee as per Section 4.5.

6. The Court adopts the following settlement procedure set forth in the Agreement:

| Event or Deadline | Due by Date or Date Certain |
|---|---|
| Deadline for Settlement Administrator to distribute the Settlement Checks. | By the earlier of (a) 10 days after the final Installment Payment is made or (b) 14 days after the Effective Date if the final Installment Payment has already been made. |
| Deadline for Class Members to cash their Settlement Checks. (*I.e.,* the end of the check cashing period.). | 120 days after the Claims Administrator distributes the Settlement Checks. |
| Donation of the uncashed funds, if any, to the *cy pres* designee. | 21 days after the close of the check-cashing period. |

7. The parties shall abide by the terms of the Agreement.

8. With the exception of those Class Members who filed valid requests to be excluded from the settlement, Plaintiffs and all Qualified Class Members are permanently enjoined from seeking to reopen or filing any claims against Defendants that were released by this Agreement.

9. The Litigation is dismissed with prejudice.

10.    The Court shall retain jurisdiction over the interpretation and implementation of this Agreement, as well as any and all matters arising out of, or related to, the interpretation or implementation of this Agreement and of the settlement contemplated thereby.

11.    This constitutes the decision and order of this Court.

Dated:  Brooklyn, New York          **SO ORDERDED**:

_____ \_\_\_\_, 2026

_____

Hon. Peggy Kuo
United States Magistrate Judge

3