# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

WESTCHESTER COUNTY OFFICE
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

***Kaitlyn P. Long***
Member CT, MA & NY Bars
(914) 593-7306
KLong@moodklaw.com

July 20, 2026

**<u>Via ECF</u>**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   ***Campbell, et al. v. Bukhari Group LLC, et al.***
> **No. 22 Civ. 2813 (MKB) (PK)**

Dear Magistrate Kuo:

My office represents Defendants in the above-referenced matter. I am respectfully requesting permission to bring my cell phone and laptop into the courtroom on July 20, 2026 for the scheduled conference.

I require these devices for the following purpose(s):

- Laptop - to reference my electronic notes; and

- Cell Phone - as I have small children and must be able to be reached if there is a emergency.

I understand that the device will be turned off or in airplane mode upon entering the courthouse and during the proceedings. I will abide by all court rules regarding the use of technology and use the device for recording or photography.

Thank you for your consideration.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

Kaitlyn P. Long, Esq.

KPL: jg

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
|---|---|---|---|---|---|
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |