KESSLER MATURA

October 23, 2026

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Campbell, et al. v. Bukhari Group LLC, et al.***
**No. 22 Civ. 2813 (PK)**

Dear Judge Kuo:

Plaintiff writes to provide the Court with a status report as to the funding of the settlement. As of today, Defendant has funded $162,000 of the $400,000. Although Defendants had anticipated funding up to $200,000 by this week, Defendant only funded an additional $70,000 since our last status report (ECF No. 95), dated September 21. Defendants, however, aver that they will be making additional payments in short order to catch up and then will fund the remainder of the settlement by November 20 – the extended deadline.

The Parties stand prepared to provide the Court with any additional information Your Honor requires. Otherwise, in accordance with the So Ordered stipulation (ECF No. 96), the Parties will submit another status report on November 23 or within three days of the settlement being fully funded. We apologize to the Court for this status report being late.

Thank you for your time and continued attention to this matter.

Respectfully submitted,

Garett Kaske

cc: Counsel of Record (via ECF)