UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA CAMPBELL, SHAKEIM ROBINSON, and KEVAUGHN ROBINSON on behalf of themselves and others similarly situated, Plaintiffs, | Case No. 22 Civ. 2813 (PK) |
| - against - | |
| BUKHARI GROUP LLC, NAFEES BUKHARI, an individual, ALI BUTT, an individual, 4399 BRONX CHICKEN LLC, BAYCHESTER CHICKEN BG LLC., 3555 WHITE PLAINS BG LLC, 3411 JEROME AVE CORP., and CONEY FOOD OF NY LLC, Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING DEADLINE FOR DEFENDANTS TO FUND SETTLEMENT**

**WHEREAS**, Plaintiffs, on behalf of themselves and all others similarly situated, and Defendants Bukhari Group LLC, 4399 Bronx Chicken LLC, Baychester Chicken BG LLC, 3555 White Plains BG LLC, 3411 Jerome Ave Corp., Coney Food of NY LLC, Nafees Bukhari, and Ali Butt entered into the operative Agreement (ECF No. 75-3), which was submitted to the Court on January 3, 2025, for preliminary approval (ECF No. 75).

**WHEREAS**, thereafter the Court granted Plaintiffs' preliminary approval motion on July 8, 2025 (ECF No. 80), setting the deadlines associated with the settlement notice-and-claims process and culminating a Final Fairness Hearing.

**WHEREAS**, after addressing issues related to the distribution of Notice, Plaintiffs moved for final approval of the settlement on June18, 2026 (ECF Nos. 92-93), and the Court held a Final Fairness Hearing on July 20, 2026.

**WHEREAS**, at the Final Fairness Hearing, Defendants requested an extension of time, through October 20, 2026, to complete payment of the settlement amount due under paragraph 4.1(B) of the Agreement (ECF No. 93-3).

**WHEREAS,** the Court directed the Parties to file a joint status report detailing Defendants' installment payments, whether Defendants will make all required payments by October 20, 2026, and, if not, Plaintiffs' proposal for remedying the breach. The Court also deferred ruling on the motion for final approval until further information is provided on full funding of the Settlement Fund.

**WHEREAS,** as of September 21, 2026, Defendants had funded $92,000 out of the $400,000 due under the Agreement and had agreed to make the remaining payments by November

20, 2026 (ECF No. 95-1). The Court So Ordered the Parties' stipulation extending the time to make payment to November 20, 2026. *See* ECF No. 96.

**WHEREAS**, Defendants have continued to make payments but have not yet fully funded the settlement. To date, Defendants have funded $236,000 out of the $400,000 due. Defendants that they will pay the remaining $164,000 over the course of the next four weeks – by December 21, 2026. Plaintiffs consent to this additional time to avoid unnecessary motion practice, which by the time Plaintiffs' motion to enforce the settlement payment terms of the Agreement were to be briefed, would be mooted by Defendants completing the payments as agreed to in this Stipulation.

**NOW THEREFORE**, the Parties stipulate and agreed that:

1. Defendant shall make sufficient payments to fund the entire settlement, in the amount of $400,000, by no later than December 21, 2026.

2. The Parties shall provide further Status Reports to the Court on December 14, 2026, and December 22, 2026, as to the status of funding. If, however, funding is completed before any of these Status Report deadlines, the Parties shall notify the Court within three days of the settlement being fully funded.

3. Should Defendants not fully fund the settlement by December 21, 2026, Plaintiffs shall take the first steps in moving to enforce the settlement payment terms of the Agreement by December 23, 2026.

Dated: November 23, 2026

*Attorneys for Defendants*

______________________________
Kaitlyn P. Long

Kaitlyn P. Long
MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C
580 White Plains Rd., Suite 620
Tarrytown, New York 10591
Tel. No.: (914) 345-3701
klong@moodklaw.com

*Attorneys for Plaintiffs and the Settlement Collective and Class*

______________________________
Garrett Kaske

Troy L. Kessler
Garrett Kaske
KESSLER MATURA P.C.
445 Broadhollow Road, Suite 316
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Delmas A. Costin, Jr.
THE LAW OFFICE OF
DELMAS A. COSTIN, JR., PC
930 Grand Concourse, Suite 1F
Bronx, NY 10451
Telephone: (718) 618-0589
dacostin@dacostinlaw.com

Dated: Brooklyn, New York
___________ ____, 2026

**SO ORDERED:**

________________________________________
Hon. Peggy Kuo
United States Magistrate Judge